| United States Bankruptcy Court<br>District of Kansas | Voluntary Petition |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>Team Financial Inc | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names):<br>None | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all): EIN: 48-1017164 | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all): |

| Street Address of Debtor (No. and Street, City, and State)<br>8 West Peoria Ste 200<br>Paola, KS | Street Address of Joint Debtor (No. and Street, City, and State |
|---|---|
| ZIPCODE 66071 | ZIPCODE |

| County of Residence or of the Principal Place of Business:<br>Miami | County of Residence or of the Principal Place of Business: |
|---|---|

| Mailing Address of Debtor (if different from street address):<br>P.O. Box 402<br>Paola, KS | Mailing Address of Joint Debtor (if different from street address): |
|---|---|
| ZIPCODE 66071 | ZIPCODE |

| Location of Principal Assets of Business Debtor (if different from street address above): | ZIPCODE |
|---|---|

**Type of Debtor**
(Form of Organization)
(Check **one** box)

- [ ] Individual (includes Joint Debtors)
  *See Exhibit D on page 2 of this form.*
- [x] Corporation (includes LLC and LLP)
- [ ] Partnership
- [ ] Other (If debtor is not one of the above entities, check this box and state type of entity below.)

_____

**Nature of Business**
(Check **one** box)

- [ ] Health Care Business
- [ ] Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)
- [ ] Railroad
- [ ] Stockbroker
- [ ] Commodity Broker
- [ ] Clearing Bank
- [x] Other
  Bank Holding

**Tax-Exempt Entity**
(Check box, if applicable)

- [ ] Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code)

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check one box)

- [ ] Chapter 7
- [ ] Chapter 9
- [x] Chapter 11
- [ ] Chapter 12
- [ ] Chapter 13
- [ ] Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- [ ] Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Nature of Debts**
(Check one box)

- [ ] Debts are primarily consumer debts, defined in 11 U.S.C. §101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
- [x] Debts are primarily business debts

**Filing Fee** (Check one box)

- [x] Full Filing Fee attached
- [ ] Filing Fee to be paid in installments (Applicable to individuals only) Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form No. 3A.
- [ ] Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Check one box:** **Chapter 11 Debtors**

- [ ] Debtor is a small business as defined in 11 U.S.C. § 101(51D)
- [x] Debtor is not a small business as defined in 11 U.S.C. § 101(51D)

**Check if:**

- [ ] Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,190,000

**Check all applicable boxes**

- [ ] A plan is being filed with this petition.
- [ ] Acceptances of the plan were solicited prepetition from one or more classes, in accordance with 11 U.S.C. § 1126(b).

**Statistical/Administrative Information**

- [x] Debtor estimates that funds will be available for distribution to unsecured creditors.
- [ ] Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

**Estimated Number of Creditors**

| 1-49 | 50-99 | 100-199 | 200-999 | 1000-5000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | Over 100,000 |
|---|---|---|---|---|---|---|---|---|---|
| [ ] | [ ] | [ ] | [x] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] |

**Estimated Assets**

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| [ ] | [ ] | [ ] | [x] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] |

**Estimated Liabilities**

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| [ ] | [ ] | [ ] | [ ] | [ ] | [x] | [ ] | [ ] | [ ] | [ ] |

Bankruptcy2009 ©1991-2009, New Hope Software, Inc., ver. 4.4.9-732 - 32442 - Adobe PDF

| **Voluntary Petition**<br>*(This page must be completed and filed in every case)* | Name of Debtor(s):<br>Team Financial Inc |
|---|---|

| **All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet) |||
|---|---|---|
| Location<br>Where Filed:  NONE | Case Number: | Date Filed: |
| Location<br>Where Filed:  N.A. | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner or Affiliate of this Debtor** (If more than one, attach additional sheet) |||
|---|---|---|
| Name of Debtor:<br>Team Financial Acquisition Subsidiary Inc | Case Number:<br>09- | Date Filed:<br>April 5, 2009 |
| District:<br>District of Kansas | Relationship:<br>Affiliate | Judge: |

| **Exhibit A** | **Exhibit B** |
|---|---|
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11) | (To be completed if debtor is an individual<br>whose debts are primarily consumer debts)<br><br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. § 342(b). |
| ☑  Exhibit A is attached and made a part of this petition. | X _____<br>    Signature of Attorney for Debtor(s)          Date |

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐  Yes, and Exhibit C is attached and made a part of this petition.

☑  No

**Exhibit D**

(To be completed by every individual debtor.  If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐  Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐  Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**
**(Check any applicable box)**

☑  Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐  There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐  Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United Sates in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
**(Check all applicable boxes)**

☐  Landlord has a judgment for possession of debtor's residence.  (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐  Debtor claims that under applicable non bankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐  Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐  Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(1)).

Bankruptcy2009 ©1991-2009, New Hope Software, Inc., ver. 4.4.9-732 - 32442 - Adobe PDF

| **Voluntary Petition** <br> *(This page must be completed and filed in every case)* | Name of Debtor(s): <br> Team Financial Inc |
|---|---|

## Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. § 342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
   Signature of Debtor

X _____
   Signature of Joint Debtor

_____
   Telephone Number (If not represented by attorney)

_____
   Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only **one** box.)

☐   I request relief in accordance with chapter 15 of title 11, United States Code. Certified copies of the documents required by § 1515 of title 11 are attached.

☐   Pursuant to 11 U.S.C.§ 1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
   (Signature of Foreign Representative)

_____
   (Printed Name of Foreign Representative)

_____
   (Date)

### Signature of Attorney*

X   /s/ Edward J. Nazar
_____
   Signature of Attorney for Debtor(s)

  EDWARD J. NAZAR
   Printed Name of Attorney for Debtor(s)

  Redmond & Nazar, L.L.P.
   Firm Name

  245 N. Waco, Ste. 402
   Address

  Wichita, KS 67202

  (316) 262-8361   ednazar@redmondnazar.com
   Telephone Number         e-mail

  04/05/2009
   Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X  /s/ Sandra Moll
_____
   Signature of Authorized Individual

  SANDRA MOLL
   Printed Name of Authorized Individual

  Chief Operating Officer
   Title of Authorized Individual

  04/05/2009
   Date

### Signature of Non-Attorney Petition Preparer

I declare under penalty of perjury that: 1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110, 2) I prepared this document for compensation, and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. § 110(b), 110(h), and 342(b); and, 3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110 setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social Security Number (If the bankruptcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.) (Required by 11 U.S.C. § 110.)

_____
Address

X _____

_____
Date

Signature of bankruptcy petition preparer or officer, principal, responsible person, or partner whose Social Security number is provided above.

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. §110; 18 U.S.C. §156.*

Bankruptcy2009 ©1991-2009, New Hope Software, Inc., ver. 4.4-9-732 - 32442 - Adobe PDF

# UNITED STATES BANKRUPTCY COURT
## District of Kansas

In re  Team Financial Inc _____,
               Debtor

Case No. _____

Chapter ____11____

## Voluntary Petition Continuation Sheet

| Additional Pending Bankruptcy Case(s) Filed by any Spouse, Partner or Affiliate of this Debtor | | |
|---|---|---|
| Name of Debtor: <br>    Post Bancorp Inc | Case Number: <br>   09- | Date Filed: <br>    April 5, 2009 |
| District: <br>    District of Kansas | Relationship: <br>    Affiliate | Judge: |

**Form B1, Exh. A (9/97)**

## Exhibit "A"

[If the debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11 of the Bankruptcy Code, this Exhibit "A" shall be completed and attached to the petition.]

### UNITED STATES BANKRUPTCY COURT
**District of Kansas**

In re    Team Financial Inc                                  ,
                        Debtor

Case No. _____

Chapter    11

### Exhibit "A" to Voluntary Petition

1.    If any of debtor's securities are registered under section 12 of the Securities and Exchange Act of 1934, the SEC file number is  0001082484  .

2.    The following financial data is the latest available information and refers to debtor's condition on March 31, 2009  .

a.    Total assets                                $_____692,410_

b.    Total debts (including debts listed in 2.c., below)    $_____26,681,000_

|  |  | Approximate number of holders |
|---|---|---|

c.    Debt securities held by more than 500 holders

| | | | | |
|---|---|---|---|---|
| secured / / | unsecured / / | subordinated / / | $ _____0 | _____ |
| secured / / | unsecured / / | subordinated / / | $ _____0 | _____ |
| secured / / | unsecured / / | subordinated / / | $ _____0 | _____ |
| secured / / | unsecured / / | subordinated / / | $ _____0 | _____ |
| secured / / | unsecured / / | subordinated / / | $ _____0 | _____ |

d.    Number of shares of preferred stock        _____0        _____

e.    Number of shares of common stock        _____3,515,324        ____213_

Comments, if any: _____None._____

_____

3.    Brief description of debtor's business:    ____Bank Holding_____

_____

4.    List the names of any person who directly or indirectly owns, controls, or holds, with power to vote, 5% or more of the voting securities of debtor:
Gene Bicknell; Team Financial Inc. Employee Stock Ownership Plan (11.6%)_____

_____

# United States Bankruptcy Court
### District of Kansas

In re     Team Financial Inc            Case No. _____

                Debtor

Chapter     11

## SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors must also complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

**AMOUNTS SCHEDULED**

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A – Real Property | YES | 1 | $ 0 | | |
| B – Personal Property | YES | 4 | $ 692,410 | | |
| C – Property Claimed as exempt | YES | 1 | | | |
| D – Creditors Holding Secured Claims | YES | 1 | | $ 4,000,000 | |
| E - Creditors Holding Unsecured Priority Claims (Total of Claims on Schedule E) | YES | 2 | | $ 0 | |
| F - Creditors Holding Unsecured Nonpriority Claims | YES | 63 | | $ 22,681,000 | |
| G - Executory Contracts and Unexpired Leases | YES | 3 | | | |
| H - Codebtors | YES | 1 | | | |
| I - Current Income of Individual Debtor(s) | NO | 0 | | | $ 0 |
| J - Current Expenditures of Individual Debtors(s) | NO | 0 | | | $ 0 |
| **TOTAL** | | 76 | $ 692,410 | $ 26,681,000 | |

Bankruptcy2009 ©1991-2009, New Hope Software, Inc., ver. 4.4-9-732 - 32442 - Adobe PDF

# United States Bankruptcy Court
## District of Kansas

In re  Team Financial Inc _____    Case No. _____

_____
Debtor

Chapter ___11___

## STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C. §101(8)), filing a case under chapter 7, 11 or 13, you must report all information requested below.

☑   Check this box if you are an individual debtor whose debts are NOT primarily consumer debts.  You are not required to report any information here.

**This information is for statistical purposes only under 28 U.S.C. § 159.**

**Summarize the following types of liabilities, as reported in the Schedules, and total them.**

| Type of Liability | Amount |
|---|---|
| Domestic Support Obligations (from Schedule E) | $  N.A. |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | $  N.A. |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | $  N.A. |
| Student Loan Obligations (from Schedule F) | $  N.A. |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | $  N.A. |
| Obligations to Pension or  Profit-Sharing, and Other Similar Obligations (from Schedule F) | $  N.A. |
| TOTAL | $  N.A. |

**State the Following:**

| | |
|---|---|
| Average Income  (from Schedule I, Line 16) | $  N.A. |
| Average Expenses (from Schedule J, Line 18) | $  N.A. |
| Current Monthly Income (from Form 22A Line 12; **OR**, Form 22B Line 11; **OR**, Form 22C Line 20 ) | $  N.A. |

**State the Following:**

| | | |
|---|---|---|
| 1.  Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | $  N.A. |
| 2.  Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column. | $  N.A. | |
| 3.  Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | $  N.A. |
| 4.  Total from Schedule F | | $  N.A. |
| 5.  Total of non-priority unsecured debt (sum of 1, 3, and 4) | | $  N.A. |

Bankruptcy2009 ©1991-2009, New Hope Software, Inc., ver. 4.4.9-732 - 32342 - Adobe PDF

# UNITED STATES BANKRUPTCY COURT
## District of Kansas

In re  Team Financial Inc

Debtor

Case No. _____

Chapter _____11_____

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [or chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C.§ 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. § 112 and Fed. R. Bankr. P. 1007(m).

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc. | (4) Indicate if claim is contingent, unliquidated, disputed or subject to setoff | (5) Amount of claim [if secured also state value of security] |
|---|---|---|---|---|
| Wells Fargo NA Trustee Trust Preferred Securities Attn Corp Trust Division 919 Market Street Ste 700 Wilmington DE 19801 | | | | 22,681,000 |
| US Bank Attn Timothy N Scheer VP P O Box 790401 St Louis MO 63179-0401 | | | | 4,000,000 Collateral FMV 0 |

Bankruptcy2009 ©1991-2009, New Hope Software, Inc., ver. 4.4.9-732 - 32442 - Adobe PDF

DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, [the president or other officer or an authorized agent of the corporation] named as debtor in this case, declare under penalty of perjury that I have read the foregoing LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS and that it is true and correct to the best of my information and belief.

Date  _04/05/2009_____

Signature  _/s/ Sandra Moll_____

SANDRA MOLL,
Chief Operating Officer

Bankruptcy2009 ©1991-2009, New Hope Software, Inc., ver. 4.4.9-732 - 32442 - Adobe PDF

**In re** Team Financial Inc
_____
**Debtor**

**Case No.** _____
**(If known)**

# SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a co-tenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim."

If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C – Property Claimed as Exempt.

| DESCRIPTION AND LOCATION OF PROPERTY | NATURE OF DEBTOR'S INTEREST IN PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION | AMOUNT OF SECURED CLAIM |
|---|---|---|---|---|
| None | | | | |
| | | Total | 0 | |

(Report also on Summary of Schedules.)

Bankruptcy2009 ©1991-2009, New Hope Software, Inc., ver. 4.4.9-732 - 32342 - Adobe PDF

In re   <u>Team Financial Inc</u>                               Case No. <u>                        </u>
                   **Debtor**                                                   **(If known)**

# SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

      **Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property." If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. § 112 and Fed. R. Bankr. P. 1007(m).

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 1.  Cash on hand. | X | | | |
| 2.  Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | Checking Account<br>Equity Bank<br>As of 3/31/09 | | 546,578 |
| | | Checking Account1<br>TeamBank NA<br>#xxxx9159 | | Unknown |
| | | Checking Account2<br>TeamBank NA<br>#xxxx5976<br>Accounts Payable | | Unknown |
| | | Checking Account3<br>Colorado Nat'l Bank<br>#xxxx4096 | | Unknown |
| | | Checking Account4<br>TeamBank NA<br>#xxxx1636<br>Payroll | | Unknown |
| | | Checking Account5<br>TeamBank NA<br>#xxxx7200 as of 3/31/09<br>125 Plan | | 11,616 |

Bankruptcy2009 ©1991-2009, New Hope Software, Inc., ver. 4.4.9-732 - 32342 - Adobe PDF

In re   Team Financial Inc                                            Case No.  _____
              **Debtor**                                                              **(If known)**

# SCHEDULE B - PERSONAL PROPERTY
## (Continuation Sheet)

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| | | Checking Account6<br>TeamBank NA<br>#xxxx8691<br>Dividends | | Unknown |
| 3.   Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4.   Household goods and furnishings, including audio, video, and computer equipment. | X | | | |
| 5.   Books. Pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6.   Wearing apparel. | X | | | |
| 7.   Furs and jewelry. | X | | | |
| 8.   Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9.   Interests in insurance policies.  Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |
| 10.  Annuities.  Itemize and name each issuer. | X | | | |
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | X | | | |
| 13.  Stock and interests in incorporated and unincorporated businesses.  Itemize. | | Stock<br>Post Bancorp Inc. and Team Financial Acquisition Subsidiary Inc. | | 0 |
| 14.  Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15.  Government and corporate bonds and other negotiable and non-negotiable instruments. | X | | | |
| 16.  Accounts receivable. | | Accounts Receivable<br>Prepaid Expenses- Jones & Keller<br>as of 3/31/09 | | Unknown<br>10,000 |

Bankruptcy2009 ©1991-2009, New Hope Software, Inc., ver. 4.4.9-732 - 32342 - Adobe PDF

In re  Team Financial Inc                                    Case No. _____
              **Debtor**                                                    **(If known)**

# SCHEDULE B - PERSONAL PROPERTY
## (Continuation Sheet)

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| | | Prepaid Expenses - COBRA as of 3/31/09 | | 6,932 |
| | | Prepaid Expenses - NASDAQ as of 3/31/09 | | 22,500 |
| | | Prepaid Expenses - Other as of 3/31/09 | | 10,000 |
| 17. Alimony, maintenance, support, and property settlement to which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owing debtor including tax refunds. Give particulars. | X | | | |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate or a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights of setoff claims. Give estimated value of each. | X | | | |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. §101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | | 2006 Chrysler Town & Country Minivan Debtor's Possession net book value as of 3/31/09 SEE ATTACHED | | 11,370 |

Bankruptcy2009 ©1991-2009, New Hope Software, Inc., ver. 4.4.9-732 - 32342 - Adobe PDF

In re    Team Financial Inc                                             Case No. _____
                    **Debtor**                                                                    **(If known)**

# SCHEDULE B - PERSONAL PROPERTY
## (Continuation Sheet)

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| | | 2007 Chrysler Apsen 4WD<br>Debtor's Possession<br>net book value as of 3/31/09<br>SEE ATTACHED | | 23,414 |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | X | | | |
| 29. Machinery, fixtures, equipment, and supplies used in business. | | Furniture, Fixtures & Equipment<br>Debtor's possession<br>Net Book Value (excluding vehicles)<br>SEE ATTACHED as of 3/31/09 | | 50,000 |
| 30. Inventory. | X | | | |
| 31. Animals. | X | | | |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed. Itemize. | X | | | |

_____0_____ continuation sheets attached        Total    $    692,410

(Include amounts from any continuation sheets attached. Report total also on Summary of Schedules.)

Bankruptcy2009 ©1991-2009, New Hope Software, Inc., ver. 4.4.9-732 - 32342 - Adobe PDF

# TFI

## Net Book Value Report

Book = Internal

FYE Month = December

| SysNo | Ext | Co Asset No | In Svc Date | Depr Meth | Rem Life | Basis | (+) Salvage Value | Thru Date | (-) Current Accum Depreciation | (=) Net Book Value | Pct Dep |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 000008 | | PLANSMITH SOFTWARE | | | | | | | | | |
| | 000 | 8 | 01/01/94 | SLMM | 00 00 | $ 24,500.00 | $ 0.00 | 03/31/09 | $ 24,500.00 | $ 0.00 | 100.00% |
| 000024 | | OFFICE FURNITURE | | | | | | | | | |
| | 000 | | 12/01/97 | SLMM | 00 00 | 119,716.00 | 0.00 | 03/31/09 | 119,716.00 | 0.00 | 100.00% |
| 000026 | | OFFICE FURNITURE | | | | | | | | | |
| | 000 | | 01/01/98 | SLMM | 00 00 | 812.00 | 0.00 | 03/31/09 | 812.00 | 0.00 | 100.00% |
| 000028 | | TV/STEREO | | | | | | | | | |
| | 000 | | 01/01/98 | SLMM | 00 00 | 2,874.00 | 0.00 | 03/31/09 | 2,874.00 | 0.00 | 100.00% |
| 000033 | | OFFICE FURNITURE | | | | | | | | | |
| | 000 | | 05/01/98 | SLMM | 00 00 | 13,079.00 | 0.00 | 03/31/09 | 13,079.00 | 0.00 | 100.00% |
| 000037 | | FURNITURE | | | | | | | | | |
| | 000 | | 07/01/98 | SLMM | 00 00 | 1,266.00 | 0.00 | 03/31/09 | 1,266.00 | 0.00 | 100.00% |
| 000046 | | LATERAL FILE | | | | | | | | | |
| | 000 | | 07/08/99 | SLMM | 00 00 | 1,613.02 | 0.00 | 03/31/09 | 1,613.02 | 0.00 | 100.00% |
| 000047 | | 3 DRAWER LATER FILE | | | | | | | | | |
| | 000 | | 07/08/99 | SLMM | 00 00 | 5,266.80 | 0.00 | 03/31/09 | 5,266.80 | 0.00 | 100.00% |
| 000048 | | 36" LATERAL FILE | | | | | | | | | |
| | 000 | | 07/07/99 | SLMM | 00 00 | 329.84 | 0.00 | 03/31/09 | 329.84 | 0.00 | 100.00% |
| 000049 | | VELOCITY WORKSTATIONS | | | | | | | | | |
| | 000 | | 07/12/99 | SLMM | 00 00 | 20,189.40 | 0.00 | 03/31/09 | 20,189.40 | 0.00 | 100.00% |
| 000052 | | EXUCIVE CHAIR | | | | | | | | | |
| | 000 | | 08/04/99 | SLMM | 00 00 | 1,744.96 | 0.00 | 03/31/09 | 1,744.96 | 0.00 | 100.00% |
| 000053 | | GUEST CHAIR | | | | | | | | | |
| | 000 | | 08/04/99 | SLMM | 00 00 | 1,404.48 | 0.00 | 03/31/09 | 1,404.48 | 0.00 | 100.00% |
| 000059 | | FILE CABINETS | | | | | | | | | |
| | 000 | | 08/23/99 | SLMM | 00 00 | 1,404.48 | 0.00 | 03/31/09 | 1,404.48 | 0.00 | 100.00% |
| 000060 | | 4 OFFICE CHIARS | | | | | | | | | |
| | 000 | | 12/15/99 | SLMM | 00 00 | 1,342.00 | 0.00 | 03/31/09 | 1,342.00 | 0.00 | 100.00% |
| 000065 | | FILE CABINET - HR | | | | | | | | | |
| | 000 | | 03/12/01 | SLMM | 00 00 | 2,633.40 | 0.00 | 03/31/09 | 2,633.40 | 0.00 | 100.00% |
| 000071 | | FIREPROOF FILE | | | | | | | | | |
| | 000 | | 11/21/01 | SLMM | 00 00 | 2,761.06 | 0.00 | 03/31/09 | 2,761.06 | 0.00 | 100.00% |
| 000078 | | HP4550 Color Printer | | | | | | | | | |
| | 000 | | 08/23/02 | SLMM | 00 00 | 1,162.26 | 0.00 | 03/31/09 | 1,162.26 | 0.00 | 100.00% |
| 000079 | | CLT-741 CLIENTPRO 325 E COMPUTER W/17 IN MONITOR | | | | | | | | | |
| | 000 | | 02/07/03 | SLMM | 00 00 | 1,755.03 | 0.00 | 03/31/09 | 1,755.03 | 0.00 | 100.00% |
| 000080 | | SECURITY SYSTEM-CARD READERS | | | | | | | | | |
| | 000 | | 05/27/03 | SLMM | 00 00 | 9,139.63 | 0.00 | 03/31/09 | 9,139.63 | 0.00 | 100.00% |
| 000081 | | TSP-822 TRANSPORT T2000 15" (N) | | | | | | | | | |
| | 000 | | 07/23/03 | SLMM | 00 00 | 1,970.71 | 0.00 | 03/31/09 | 1,970.71 | 0.00 | 100.00% |
| 000083 | | TSP-807 - TRANSPORT T2100 14.1" NOTEBOOK COMPUTER | | | | | | | | | |
| | 000 | | 11/25/03 | SLMM | 00 00 | 2,050.99 | 0.00 | 03/31/09 | 2,050.99 | 0.00 | 100.00% |
| 000086 | | SONY VPC PX 15 PROJECTOR | | | | | | | | | |
| | 000 | | 02/25/04 | SLMM | 00 00 | 3,005.33 | 0.00 | 03/31/09 | 3,005.33 | 0.00 | 100.00% |
| 000088 | | CHAIRS -4 | | | | | | | | | |
| | 000 | | 09/02/04 | SLMM | 02 05 | 1,645.52 | 0.00 | 03/31/09 | 1,077.45 | 568.07 | 65.48% |
| 000089 | | FIRE FILE - GRAY | | | | | | | | | |
| | 000 | | 09/13/04 | SLMM | 02 05 | 2,742.53 | 0.00 | 03/31/09 | 1,795.70 | 946.83 | 65.48% |
| 000092 | | Laptop Computer 15" | | | | | | | | | |
| | 000 | | 02/07/05 | SLMM | 00 10 | 2,802.75 | 0.00 | 03/31/09 | 2,335.62 | 467.13 | 83.33% |
| 000093 | | Infostage Disaster Recovery Software | | | | | | | | | |
| | 000 | | 04/01/05 | SLMM | 00 00 | 43,880.00 | 0.00 | 03/31/09 | 43,880.00 | 0.00 | 100.00% |
| 000094 | | Transport T3100 15" laptop computer | | | | | | | | | |

Case 09-10925   Doc# 1   Filed 04/05/09   Page 15 of 159

Book = Internal
FYE Month = December

| SysNo | Ext | Co Asset No | In Svc Date | Depr Meth | Rem Life | Basis | (+) Salvage Value | Thru Date | (-) Current Accum Depreciation | (=) Net Book Value | Pct Dep |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | 000 | | 11/21/05 | SLMM | 01 08 | 2,656.49 | 0.00 | 03/31/09 | 1,771.01 | 885.48 | 66.67% |
| 000095 | | Blue Coat Spyware Appliance w/URL Filtering | | | | | | | | | |
| | 000 | | 11/16/05 | SLMM | 01 08 | 2,468.27 | 0.00 | 03/31/09 | 1,645.51 | 822.76 | 66.67% |
| 000096 | | Blue Coat Spyware Inspector w/update sub 250U | | | | | | | | | |
| | 000 | | 11/16/05 | SLMM | 01 08 | 1,285.23 | 0.00 | 03/31/09 | 856.83 | 428.40 | 66.67% |
| 000097 | | Compaq NC6000 Laptop - HR | | | | | | | | | |
| | 000 | | 01/01/06 | SLMM | 01 09 | 1,505.70 | 0.00 | 03/31/09 | 978.70 | 527.00 | 65.00% |
| 000098 | | 2006 FAS update | | | | | | | | | |
| | 000 | | 02/01/06 | SLMM | 00 00 | 3,028.83 | 0.00 | 03/31/09 | 3,028.83 | 0.00 | 100.00% |
| 000099 | | NetBotz 320 Wall Appliance | | | | | | | | | |
| | 000 | | 05/01/06 | SLMM | 02 01 | 1,227.16 | 0.00 | 03/31/09 | 715.83 | 511.33 | 58.33% |
| 000100 | | Worktop w/panel add-ons | | | | | | | | | |
| | 000 | | 05/01/06 | SLMM | 07 01 | 1,803.72 | 0.00 | 03/31/09 | 526.08 | 1,277.64 | 29.17% |
| 000101 | | laptop computer - audit | | | | | | | | | |
| | 000 | | 05/26/06 | SLMM | 00 02 | 2,051.63 | 0.00 | 03/31/09 | 1,937.67 | 113.96 | 94.45% |
| 000102 | | Computer Monitors 19 inch (5) | | | | | | | | | |
| | 000 | | 08/16/06 | SLMM | 02 05 | 1,021.53 | 0.00 | 03/31/09 | 519.28 | 502.25 | 50.83% |
| 000103 | | Computer, Laptop? TSP-1164-transport t2400 15.4/2.0GHZ | | | | | | | | | |
| | 000 | | 07/25/06 | SLMM | 02 04 | 2,166.71 | 0.00 | 03/31/09 | 1,119.45 | 1,047.26 | 51.67% |
| 000106 | | Chrysler Town and Country 2006 Minivan | | | | | | | | | |
| | 000 | 888 | 11/24/03 | NoDep | 00 00 | 0.00 | 0.00 | 03/31/09 | 0.00 | 0.00 | 0.00% |
| 000107 | | Chrysler Town and Country 2006 Minivan | | | | | | | | | |
| | 000 | 888 | 09/30/06 | SLMM | 02 05 | 22,741.12 | 0.00 | 03/31/09 | 11,370.56 | 11,370.56 | 50.00% |
| 000111 | | 2007 YUKON DENALI SUBURBAN XL | | | | | | | | | |
| | 000 | 15 | 10/29/03 | SLMM | 00 00 | 0.00 | 0.00 | 03/31/09 | 0.00 | 0.00 | 0.00% |
| 000112 | | Furniture Jim Engelhart | | | | | | | | | |
| | 000 | | 11/16/06 | SLMM | 04 08 | 3,860.34 | 0.00 | 03/31/09 | 1,286.80 | 2,573.54 | 33.33% |
| 000113 | | TFI Ice machine | | | | | | | | | |
| | 000 | | 01/10/07 | SLMM | 02 09 | 1,183.05 | 0.00 | 03/31/09 | 532.37 | 650.68 | 45.00% |
| 000114 | | hp lj cp4005dn printer | | | | | | | | | |
| | 000 | | 02/21/07 | SLMM | 02 11 | 2,806.14 | 0.00 | 03/31/09 | 1,169.22 | 1,636.92 | 41.67% |
| 000115 | | cnx9420lt7400h712xghf10pa | | | | | | | | | |
| | 000 | | 03/22/07 | SLMM | 03 00 | 2,118.93 | 0.00 | 03/31/09 | 847.57 | 1,271.36 | 40.00% |
| 000116 | | HP nc8430 T2500 15.4 1024/80 p | | | | | | | | | |
| | 000 | | 03/22/07 | SLMM | 03 00 | 1,864.96 | 0.00 | 03/31/09 | 745.97 | 1,118.99 | 40.00% |
| 000117 | | HP laserjet p2015D | | | | | | | | | |
| | 000 | | 03/22/07 | SLMM | 03 00 | 529.43 | 0.00 | 03/31/09 | 211.78 | 317.65 | 40.00% |
| 000118 | | Chrysler Aspen 4WD | | | | | | | | | |
| | 000 | 132 | 11/30/06 | SLMM | 02 08 | 43,901.53 | 0.00 | 03/31/09 | 20,487.38 | 23,414.15 | 46.67% |
| 000119 | | Chrysler Aspen 4WD | | | | | | | | | |
| | 000 | 132 | 08/09/04 | SLMM | 00 00 | 0.00 | 0.00 | 03/31/09 | 0.00 | 0.00 | 0.00% |
| 000120 | | Logicube Talon Hardware to destroy Hard Drives | | | | | | | | | |
| | 000 | | 05/01/07 | SLMM | 01 01 | 2,500.00 | 0.00 | 03/31/09 | 1,499.99 | 1,000.01 | 60.00% |
| 000121 | | Custom Made Top for Desk | | | | | | | | | |
| | 000 | | 04/02/07 | SLMM | 08 00 | 730.00 | 0.00 | 03/31/09 | 146.00 | 584.00 | 20.00% |
| 000123 | | Lap Top CNX9420FT7400H712XGhF10Pa | | | | | | | | | |
| | 000 | | 04/02/07 | SLMM | 01 00 | 1,949.51 | 0.00 | 03/31/09 | 1,237.78 | 711.73 | 63.49% |
| 000124 | | HP CB428ABCC LJM34XM Printer | | | | | | | | | |
| | 000 | | 06/15/07 | SLMM | 01 02 | 5,930.47 | 0.00 | 03/31/09 | 3,624.17 | 2,306.30 | 61.11% |
| 000125 | | UpGrade FAS Software | | | | | | | | | |
| | 000 | | 07/02/07 | SLMM | 01 03 | 5,952.97 | 0.00 | 03/31/09 | 3,472.56 | 2,480.41 | 58.33% |
| 000126 | | Clietnpro All-In-One | | | | | | | | | |
| | 000 | | 08/30/07 | SLMM | 01 05 | 1,683.16 | 0.00 | 03/31/09 | 888.33 | 794.83 | 52.76% |

Case 09-10925   Doc# 1   Filed 04/05/09   Page 16 of 159

Book = Internal

FYE Month = December

| Sys No | Ext | Co Asset No | In Svc Date | Depr Meth | Rem Life | Basis | (+) Salvage Value | Thru Date | (-) Current Accum Depreciation | (=) Net Book Value | Pct Dep |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 000127 | | Monitor | | | | | | | | | |
| | 000 | | 08/30/07 | SLMM | 01 05 | 196.73 | 0.00 | 03/31/09 | 103.83 | 92.90 | 52.78% |
| 000128 | | Monitor | | | | | | | | | |
| | 000 | | 08/30/07 | SLMM | 01 05 | 196.73 | 0.00 | 03/31/09 | 103.83 | 92.90 | 52.78% |
| 000129 | | HP Docking Station | | | | | | | | | |
| | 000 | | 08/30/07 | SLMM | 01 05 | 149.33 | 0.00 | 03/31/09 | 78.81 | 70.52 | 52.78% |
| 000130 | | HP nx9420 laptop | | | | | | | | | |
| | 000 | 111-3423 | 10/01/07 | SLMM | 01 06 | 1,899.89 | 0.00 | 03/31/09 | 949.95 | 949.94 | 50.00% |
| 000131 | | 19" Monitor | | | | | | | | | |
| | 000 | | 10/01/07 | SLMM | 01 06 | 169.49 | 0.00 | 03/31/09 | 84.75 | 84.74 | 50.00% |
| 000132 | | 19" Monitor | | | | | | | | | |
| | 000 | | 10/01/07 | SLMM | 01 06 | 158.32 | 0.00 | 03/31/09 | 79.15 | 79.17 | 49.99% |
| 000133 | | HP P2015D Laserjet Printer | | | | | | | | | |
| | 000 | | 10/01/07 | SLMM | 01 06 | 473.19 | 0.00 | 03/31/09 | 236.59 | 236.60 | 50.00% |
| 000134 | | HP Laserjet M3035 MFP | | | | | | | | | |
| | 000 | | 10/01/07 | SLMM | 01 06 | 2,172.51 | 0.00 | 03/31/09 | 1,086.25 | 1,086.26 | 50.00% |
| 000135 | | LJ 9050 dn printer | | | | | | | | | |
| | 000 | 100-3433 | 10/01/07 | SLMM | 01 06 | 12,867.89 | 0.00 | 03/31/09 | 6,433.95 | 6,433.94 | 50.00% |
| 000136 | | Office Chair Leather/Mesh Back | | | | | | | | | |
| | 000 | 193-3596 | 10/30/07 | SLMM | 08 07 | 322.60 | 0.00 | 03/31/09 | 45.71 | 276.89 | 14.17% |
| 000137 | | Dell Workstation | | | | | | | | | |
| | 000 | | 03/12/08 | SLMM | 01 11 | 2,644.32 | 0.00 | 03/31/09 | 954.89 | 1,689.43 | 36.11% |
| 000138 | | MPC 434 AIO 19" | | | | | | | | | |
| | 000 | 3454-194 | 05/01/08 | SLMM | 02 01 | 1,831.52 | 0.00 | 03/31/09 | 559.63 | 1,271.89 | 30.56% |
| 000139 | | HP 6820s notebook | | | | | | | | | |
| | 000 | 3471-100 | 08/07/08 | SLMM | 02 04 | 1,066.78 | 0.00 | 03/31/09 | 237.05 | 829.73 | 22.22% |
| 000140 | | TFI IT Stack on Sotrage Back Enclosure | | | | | | | | | |
| | 000 | 3585-194 | 10/01/08 | SLMM | 09 06 | 596.95 | 0.00 | 03/31/09 | 29.84 | 567.11 | 5.00% |
| 000141 | | TFI IT Guest Chair | | | | | | | | | |
| | 000 | 3594-194 | 10/01/08 | SLMM | 09 06 | 329.44 | 0.00 | 03/31/09 | 16.47 | 312.97 | 5.00% |
| 000142 | | TFI IT Guest Chair | | | | | | | | | |
| | 000 | 3593-194 | 10/01/08 | SLMM | 09 06 | 329.44 | 0.00 | 03/31/09 | 16.47 | 312.97 | 5.00% |
| 000143 | | TFI IT Guest Chair | | | | | | | | | |
| | 000 | 3592-194 | 10/01/08 | SLMM | 09 06 | 329.44 | 0.00 | 03/31/09 | 16.47 | 312.97 | 5.00% |
| 000144 | | TFI IT Guest Chair | | | | | | | | | |
| | 000 | 3591-194 | 10/01/08 | SLMM | 09 06 | 329.44 | 0.00 | 03/31/09 | 16.47 | 312.97 | 5.00% |
| 000145 | | TFI IT Desk, Bridge, and Credenza | | | | | | | | | |
| | 000 | 3589-194 | 10/01/08 | SLMM | 09 06 | 1,825.16 | 0.00 | 03/31/09 | 91.26 | 1,733.90 | 5.00% |
| 000146 | | TFI IT Stack-on-storage, Back Enclosure | | | | | | | | | |
| | 000 | 3588-194 | 10/01/08 | SLMM | 09 06 | 736.27 | 0.00 | 03/31/09 | 36.81 | 699.46 | 5.00% |
| 000147 | | TFI IT Exec Chair | | | | | | | | | |
| | 000 | 3587-194 | 10/01/08 | SLMM | 09 06 | 511.73 | 0.00 | 03/31/09 | 25.58 | 486.15 | 5.00% |
| 000148 | | TFI IT - Guest Table | | | | | | | | | |
| | 000 | 3590-194 | 10/01/08 | SLMM | 09 06 | 644.67 | 0.00 | 03/31/09 | 32.23 | 612.44 | 5.00% |
| 000149 | | TFI IT Credenza Shell | | | | | | | | | |
| | 000 | 3586-194 | 10/25/08 | SLMM | 09 07 | 376.22 | 0.00 | 03/31/09 | 15.67 | 360.55 | 4.17% |
| 000150 | | IT Dept Workstations Furniture | | | | | | | | | |
| | 000 | | 10/28/08 | SLMM | 09 07 | 6,961.66 | 0.00 | 03/31/09 | 290.07 | 6,671.59 | 4.17% |
| 000151 | | Office Chair | | | | | | | | | |
| | 000 | 3575-194 | 10/28/08 | SLMM | 09 07 | 210.21 | 0.00 | 03/31/09 | 8.75 | 201.46 | 4.16% |
| 000152 | | Office Chair | | | | | | | | | |
| | 000 | 3574-194 | 10/28/08 | SLMM | 09 07 | 210.30 | 0.00 | 03/31/09 | 8.76 | 201.54 | 4.17% |

Case 09-10925    Doc# 1    Filed 04/05/09    Page 17 of 159

# TFI
## Net Book Value Report

**Book = Internal**
**FYE Month = December**

| Sys No | Ext | Co Asset No | In Svc Date | Depr Meth | Rem Life | Basis | (+) Salvage Value | Thru Date | (-) Current Accum Depreciation | (=) Net Book Value | Pct Dep |
|--------|-----|-------------|-------------|-----------|----------|-------|-------------------|-----------|--------------------------------|--------------------|---------|
| | | | | | **Grand Total** | $ 425,598.32 | $ 0.00 | | $ 341,288.09 | $ 84,310.23 | 80.19% |
| | | | | | Less disposals and transfers | 0.00 | 0.00 | | 0.00 | 0.00 | 0.00% |
| | | | | | Count = 0 | | | | | | |
| | | | | | **Net Grand Total** | $ 425,598.32 | $ 0.00 | | $ 341,288.09 | $ 84,310.23 | 80.19% |
| | | | | | Count = 79 | | | | | | |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -   **Report Assumptions**   - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

**Report Name:** Net Book Value
**Source Report:** <Standard Report>

**Calculation Assumptions:**
Include Sec 168(k) Allowance & Sec 179: No

**Group/Sorting Criteria:**
Group = Active Assets
Include Assets that meet the following conditions:
Activity is currently A,
Sorted by: System No, Extension

Case 09-10925    Doc# 1    Filed 04/05/09    Page 18 of 159

In re    Team Financial Inc                                    Case No. _____
                    **Debtor**                                                  **(If known)**

# SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

Debtor claims the exemptions to which debtor is entitled under:
(Check one box)

☐    11 U.S.C. § 522(b)(2)                          ☐   Check if debtor claims a homestead exemption that exceeds
                                                                        $136,875.
☐    11 U.S.C. § 522(b)(3)

| DESCRIPTION OF PROPERTY | SPECIFY LAW PROVIDING EACH EXEMPTION | VALUE OF CLAIMED EXEMPTION | CURRENT VALUE OF PROPERTY WITHOUT DEDUCTING EXEMPTION |
|---|---|---|---|
| Not Applicable. | | | |

Bankruptcy2009 ©1991-2009, New Hope Software, Inc., ver. 4.4.9-732  - 32442 - Adobe PDF

In re ___Team Financial Inc_____,          Case No. _____

                  **Debtor**                                                                    **(If known)**

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

    State the name, mailing address, including zip code and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition.  The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so.  List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

     List creditors in alphabetical order to the extent practicable.  If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian."  Do not disclose the child's name. See 11 U.S.C §112 and Fed. R. Bankr. P. 1007(m).  If all secured creditors will not fit on this page, use the continuation sheet provided.

    If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors.  If a joint petition is filed, state whether husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

    If the claim is contingent, place an "X" in the column labeled "Contingent."  If the claim is unliquidated, place an "X" in the column labeled "Unliquidated."  If the claim is disputed, place an "X" in the column labeled "Disputed."  (You may need to place an "X" in more than one of these three columns.)

    Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim Without Deducting Value of Collateral" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion, if Any" on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. |  |  |  |  |  |  |  | 4,000,000 |
| US Bank Attn Timothy N Scheer VP P O Box 790401 St Louis MO 63179-0401 |  |  |  |  |  |  | 4,000,000 |  |
|  |  |  | VALUE $               0 |  |  |  |  |  |
| ACCOUNT NO. |  |  |  |  |  |  |  |  |
|  |  |  | VALUE $ |  |  |  |  |  |
| ACCOUNT NO. |  |  |  |  |  |  |  |  |
|  |  |  | VALUE $ |  |  |  |  |  |

___0___ continuation sheets attached

| | Subtotal ▶ (Total of this page) | $  4,000,000 | $  4,000,000 |
|---|---|---|---|
| | Total ▶ (Use only on last page) | $  4,000,000 | $  4,000,000 |

                                        (Report also on Summary of Schedules)    (If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2009 ©1991-2009, New Hope Software, Inc., ver. 4.4.9-732 - 32342 - Adobe PDF

In re ___Team Financial Inc_____,        Case No._____
                                    Debtor                                                                    (if known)

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. § 112 and Fed.R.Bankr.P. 1007(m).

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether husband, wife, both of them or the marital community may be liable on each claim by placing an "H,""W,""J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

Report the total of amounts not entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☑ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

## TYPES OF PRIORITY CLAIMS (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Domestic Support Obligations**

Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**

Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☐ **Wages, salaries, and commissions**

Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $10,950* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**

Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

Bankruptcy2009 ©1991-2009, New Hope Software, Inc., ver. 4.4.9-732 - 32442 - Adobe PDF

**B6E (Official Form 6E) (12/07) - Cont.**

In re____Team Financial Inc_____,  Case No._____
                        Debtor                                                    (if known)

☐  **Certain farmers and fishermen**

Claims of certain farmers and fishermen, up to $5,400* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐  **Deposits by individuals**

Claims of individuals up to $2,425* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided.  11 U.S.C. § 507(a)(7).

☐  **Taxes and Certain Other Debts Owed to Governmental Units**

Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐  **Commitments to Maintain the Capital of an Insured Depository Institution**

Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution.  11 U.S.C. § 507 (a)(9).

☐  **Claims for Death or Personal Injury While Debtor Was Intoxicated**

Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

* Amounts are subject to adjustment on April 1, 2010, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

0
____ **continuation sheets attached**

Bankruptcy2009 ©1991-2009, New Hope Software, Inc., ver. 4.4.9-732 - 32342 - Adobe PDF

B6F (Official Form 6F) (12/07)

In re ___Team Financial Inc_____ ,  Case No. _____
           **Debtor**                                                                          **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. § 112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | workers' compensation annual | | | | |
| ACE Property & Casualty Ins Elliott Insurance Group 278 Fairlane Drive Louisburg KS 66053 | | | | | | | Unknown |
| ACCOUNT NO. | | | Workers' compensation | | | | |
| ACE USA Dept CH 14089 Palatine IL 60055-4089 | | | | | | | Unknown |
| ACCOUNT NO. | | | | | | | |
| Perry O Adkins dba Midwest Banking Services 2731 NE River Ridge Rd St Joseph MO 64507 | | | | | | | Unknown |
| ACCOUNT NO. | | | HR | | | | |
| Advance Ins Co of Ks 1133 SW Topeka Blvd Topeka KS 66629-0001 | | | | | | | Unknown |

___62___continuation sheets attached

Subtotal ▸ | $ | 0
Total ▸ | $ |

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2009 ©1991-2009, New Hope Software, Inc., ver. 4.4.9-732 - 32442 - Adobe PDF

In re   Team Financial Inc                                         ,        Case No. _____
_____
                    **Debtor**                                                                                    **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT ORCOMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>AFLAC<br>1932 Wynnton Rd<br>Columbus GA 31999-2000 | | | HR | | | | Unknown |
| ACCOUNT NO.<br><br>Agler & Gaeddert<br>P O Box 1020<br>Ottawa KS 66067 | | | Trust - Bank | | | | Unknown |
| ACCOUNT NO.<br><br>Air Communication Systems<br>23 W Wea<br>Paola KS 66071 | | | IT - Bank | | | | Unknown |
| ACCOUNT NO.<br><br>David Alley<br>4750 Malcom Ct<br>Colorado Springs CO 80920 | | | Shareholder | | | | Notice Only |
| ACCOUNT NO.<br><br>Russell J Anderson<br>17550 Bar X Road<br>Colorado Springs CO 80908 | | | Shareholder | | | | Notice Only |

Sheet no. __1__ of __62__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤  $                    0

Total ➤  $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2009 ©1991-2009, New Hope Software, Inc., ver. 4.4.9-732 - 32342 - Adobe PDF

In re    Team Financial Inc                          ,        Case No. _____
_____
          **Debtor**                                                    **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | Shareholder | | | | |
| Emily J & Keith A Anselmi JT TEN 14774 County Rd Centerville KS 66014 | | | | | | | Notice Only |
| ACCOUNT NO. | | | Shareholder | | | | |
| Paula and Donald G Armstrong JT TEN 1105 Pawnee Drive Paola KS 66071 | | | | | | | Notice Only |
| ACCOUNT NO. | | | | | | | |
| AS Pratt & Sons P O Box 840208 Dallas TX 75284-0208 | | | | | | | Unknown |
| ACCOUNT NO. | | | | | | | |
| Ascensus Crump Group Inc P O Box 36469 Newark NJ 07188-6469 | | | | | | | Unknown |
| ACCOUNT NO. | | | | | | | |
| Assurant Employee Benefits P O Box 843300 Kansas City MO 64184-3300 | | | | | | | Unknown |

Sheet no. __2__ of __62__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ▶ | $ | 0

Total ▶ | $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2009 ©1991-2009, New Hope Software, Inc., ver. 4.4.9-732 - 32342 - Adobe PDF

In re   Team Financial Inc
_____ ,      Case No. _____
               **Debtor**                                                              **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>Crisanne S & Brian E Badders<br>JT TEN<br>34160 High Dr<br>Osawatomie KS 66064 | | | Shareholder | | | | Notice Only |
| ACCOUNT NO.<br><br>Banc Tec Remittance Processing<br>P O Box 6168<br>2100 A Corporate Drive<br>Addison IL 60101 | | | HR- Bank | | | | Unknown |
| ACCOUNT NO.<br><br>Heather Forck Bappe<br>26695 Harmony Rd<br>Paola KS 66071 | | | Shareholder | | | | Notice Only |
| ACCOUNT NO.<br><br>Bobbi & Samuel Barber<br>JT TEN<br>P O Box 335<br>Lacygne KS 66040 | | | Shareholder | | | | Notice Only |
| ACCOUNT NO.<br><br>Jerry G Basson<br>9410 Beacon Hill Cir<br>Dallas TX 75217 | | | Shareholder | | | | Notice Only |

Sheet no. __3__ of __62__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ► | $             0

Total ► | $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2009 ©1991-2009, New Hope Software, Inc., ver. 4.4.9-732 - 32342 - Adobe PDF

In re  Team Financial Inc
_____,     Case No. _____
**Debtor**                                                      **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>Shawn Baus<br>1212 S 5th St E<br>Louisburg KS 66053 | | | Shareholder | | | | Notice Only |
| ACCOUNT NO.<br><br>Tiffany D Baxter<br>812 Pine St<br>Eudora KS 66025-9673 | | | Shareholder | | | | Notice Only |
| ACCOUNT NO.<br><br>Carmen Beastrom | | | | | | | Unknown |
| ACCOUNT NO.<br><br>Helen Beebe<br>8008 S 36th St<br>Bellevue NE 68147-1961 | | | Shareholder | | | | Notice Only |
| ACCOUNT NO.<br><br>Best Western Paola<br>1600 E Hedge Lane Ct<br>Paola KS 66071 | | | | | | | Unknown |

Sheet no. __4__ of __62__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ▶  $                    0

Total ▶  $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2009 ©1991-2009, New Hope Software, Inc., ver. 4.4.9-732 - 32342 - Adobe PDF

In re __Team Financial Inc_____,  Case No. _____
       **Debtor**                                                      **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>Lori A Bickford<br>14506 S 132nd St<br>Springfield NE 68059 | | | Shareholder | | | | Notice Only |
| ACCOUNT NO.<br><br>O Gene Bicknell<br>7400 College Blvd Suite 205<br>Overland Park KS 66210 | | | Shareholder | | | | Notice Only |
| ACCOUNT NO.<br><br>O Gene Bicknell<br>c/o John A. Granda Esq<br>Stinson Morrison Hecker LLP<br>1201 Walnut Suite 2900<br>Kansas City MO 64106 | | | | | | | Notice Only |
| ACCOUNT NO.<br><br>Robert M Blachly<br>307 N Oak<br>Paola KS 66071 | | | | | | | Unknown |
| ACCOUNT NO.<br><br>Helen I Blakeman<br>31475 Oak Grove Rd<br>Paola KS 66071 | | | Shareholder | | | | Notice Only |

Sheet no. __5__ of __62__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ►    $          0

Total ►    $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2009 ©1991-2009, New Hope Software, Inc., ver. 4.4.9-732 - 32342 - Adobe PDF

In re ___Team Financial Inc_____,   Case No. _____
　　　　　　　　　　Debtor　　　　　　　　　　　　　　　　　　　　　　　　(If known)

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **ACCOUNT NO.** <br><br> Neil E Blakeman <br> 31475 Oak Grove Rd <br> Paola KS 66071 | | | Shareholder | | | | Notice Only |
| **ACCOUNT NO.** <br><br> Neil E and Helen Blakeman <br> JT TEN <br> 31475 Oak Grove <br> Paola KS 66071 | | | Shareholder | | | | Notice Only |
| **ACCOUNT NO.** <br><br> Cherie K Bloch <br> c/o Cherie Taylor <br> P O Box 8292 <br> Springfield MO 65801 | | | Shareholder | | | | Notice Only |
| **ACCOUNT NO.** <br><br> Freeda & Gary Bloomberg <br> JT TEN <br> 2425 Yorkshire S <br> Fort Collins CO 80526 | | | Shareholder | | | | Notice Only |
| **ACCOUNT NO.** <br><br> Blue Cross Blue Shield of Ks <br> 1133 SW Topeka Blvd <br> Topeka KS 66612 | | | | | | | Unknown |

Sheet no. __6__ of __62__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ▶ | $ | 0
Total ▶ | $ |

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2009 ©1991-2009, New Hope Software, Inc., ver. 4.4.9-732 - 32342 - Adobe PDF

In re    Team Financial Inc                                              ,          Case No. _____
                **Debtor**                                                                                                    **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br>BodyMaxx Fitness<br>708 Baptiste Drive<br>Paola KS 66071 | | | | | | | Unknown |
| ACCOUNT NO. <br><br>Marilyn K & Joseph A Bolander<br>JT TEN<br>26081 Ottawa Rd<br>Parsons KS 67357 | | | Shareholder | | | | Notice Only |
| ACCOUNT NO. <br><br>Sandra K and Ralph E Bowman<br>120 S Webster<br>Erie KS 66733-1346 | | | Shareholder | | | | Notice Only |
| ACCOUNT NO. <br><br>Julie L Boyle<br>15616 S Gallery St<br>Olathe KS 66062 | | | Shareholder | | | | Notice Only |
| ACCOUNT NO. <br><br>Patricia A and Kevin D Brening<br>JT TEN<br>808 Loch Lommond<br>Hutchinson KS 67502 | | | Shareholder | | | | Notice Only |

Sheet no. _7_ of _62_ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤  $                    0

Total ➤  $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2009 ©1991-2009, New Hope Software, Inc., ver. 4.4.9-732 - 32342 - Adobe PDF

In re ___Team Financial Inc_____ ,      Case No. _____
              **Debtor**                                                            **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br> Deana Brim <br> 803 Saddlewood St Apt C <br> Gardner KS 66030-1520 | | | Shareholder | | | | Notice Only |
| ACCOUNT NO. <br><br> Lois A and Jerry R Brinker <br> 519 Charles Rd <br> Abilene KS 67410 | | | Shareholder | | | | Notice Only |
| ACCOUNT NO. <br><br> Broadridge <br> P O Box 23487 <br> Newark NJ 07189 | | | TFI - annual meeting | | | | Unknown |
| ACCOUNT NO. <br><br> Cind S Bruce <br> 31501 NE 1900 Rd <br> Garnett KS 66032 | | | Shareholder | | | | Notice Only |
| ACCOUNT NO. <br><br> Donna Bruner <br> 21013 Ness Rd <br> Parsons KS 67357-8082 | | | Shareholder | | | | Notice Only |

Sheet no. __8__ of __62__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤   $             0

Total ➤   $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2009 ©1991-2009, New Hope Software, Inc., ver. 4.4.9-732 - 32342 - Adobe PDF

In re  Team Financial Inc                                ,      Case No. _____
            **Debtor**                                                                    **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>Lora Bryant<br>113 Waterworks Rd<br>Paola KS 66071 | | | Shareholder | | | | Notice Only |
| ACCOUNT NO.<br><br>Eric W & Kristin M Bunnell<br>JT TEN<br>23982 Eagle Court<br>Paola KS 66071-5709 | | | Shareholder | | | | Notice Only |
| ACCOUNT NO.<br><br>Karlan K Butler<br>21548 S Soryl Ave<br>Peculiar MO 64708 | | | Shareholder | | | | Notice Only |
| ACCOUNT NO.<br><br>Sergio Campanini<br>2706 University Dr<br>Lawrence KS 66049 | | | Shareholder | | | | Notice Only |
| ACCOUNT NO.<br><br>Carl W Hartley LLC<br>16206 W 319th Street<br>Paola  KS 66071 | | | | | | | Unknown |

Sheet no. __9__ of __62__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ▶ | $             0

Total ▶ | $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2009 ©1991-2009, New Hope Software, Inc., ver. 4.4.9-732 - 32342 - Adobe PDF

In re   Team Financial Inc _____,   Case No. _____
　　　　　　　　　**Debtor**　　　　　　　　　　　　　　　　　　　　　　　　　　　　**(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | Shareholder | | | | |
| Louita A and William L Carter JT TEN P O Box 256 McCune KS 66753 | | | | | | | Notice Only |
| ACCOUNT NO. | | | HR - Bank | | | | |
| CBCINNOVIS INC P O Box 535595 Pittsburgh PA 15253-5595 | | | | | | | Unknown |
| ACCOUNT NO. | | | taxes | | | | |
| CBIZ Accounting Tax & Advisory 11440 Tomahawk Creek Pkwy Leawood KS 66211 | | | | | | | Unknown |
| ACCOUNT NO. | | | SEC reporting | | | | |
| CBIZ Valuation Group LLC P O Box 849846 Dallas TX 75284-9846 | | | | | | | Unknown |
| ACCOUNT NO. | | | Shareholder | | | | |
| Cede and Co P O Box 20 Bowling Green St New York NY 10274 | | | | | | | Notice Only |

Sheet no. __10__ of __62__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤ | $ | 0

Total ➤ | $ |

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2009 ©1991-2009, New Hope Software, Inc., ver. 4.4.9-732 - 32342 - Adobe PDF

In re ___Team Financial Inc_____,  Case No. _____
             **Debtor**                                                           **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>Ceridian<br>P O Box 10989<br>Newark NJ 07193 | | | Bank | | | | Unknown |
| ACCOUNT NO.<br>Clark Consulting<br>CBC Banking Practice<br>21712 Network Place<br>Chicago IL 60673-1217 | | | | | | | Unknown |
| ACCOUNT NO.<br>Charles Clatterbuck<br>1718 Hillcrest Dr<br>Bellevue NE 68005-3652 | | | Shareholder | | | | Notice Only |
| ACCOUNT NO.<br>Charles R & Linda L Clatterbuck<br>JT TEN<br>1718 Hillcrest Dr<br>Bellevue NE 68005-3652 | | | Shareholder | | | | Notice Only |
| ACCOUNT NO.<br>Robert L and Donna Clatterbuck<br>JT TEN<br>605 Lincoln Rd<br>Bellevue NE 68005 | | | Shareholder | | | | Notice Only |

Sheet no. __11__ of __62__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ► $           0

Total ► $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2009 ©1991-2009, New Hope Software, Inc., ver. 4.4.9-732 - 32342 - Adobe PDF

**B6F (Official Form 6F) (12/07) - Cont.**

In re  Team Financial Inc                                              ,     Case No. _____
                    **Debtor**                                                               **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br> CNA Ins Companies <br> P O Box 14534 <br> Des Moines IA 50398 | | | Annual - Bank | | | | Unknown |
| ACCOUNT NO. <br> Computershare <br> 39322 Treasury Center <br> Chicago IL 60694-9300 | | | Transfer Agent | | | | Unknown |
| ACCOUNT NO. <br> Rhonda and Bruce Cordle <br> JT TEN <br> 26619 K 68 Hwy <br> Paola KS 66071-5750 | | | Shareholder | | | | Notice Only |
| ACCOUNT NO. <br> Country Club Bank <br> P O Box 410889 <br> Kansas City MO 64141-0889 | | | Bank | | | | Unknown |
| ACCOUNT NO. <br> Sally A and Michael S Crane <br> JT TEN <br> 446 N Cedar <br> Garnett KS 66032 | | | Shareholder | | | | Notice Only |

Sheet no. 12 of 62 continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ► $ 0

Total ► $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

In re ___Team Financial Inc_____,     Case No. _____
              **Debtor**                                                              **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | Shareholder | | | | |
| Frances Laverne Crooks 207 Crestview Dr Nevada MO 64772 | | | | | | | Notice Only |
| ACCOUNT NO. | | | | | | | |
| Crossfirst Holdings LLC 11225 College Blvd Ste 130 Overland Park KS 66210 | | | | | | | Unknown |
| ACCOUNT NO. | | | Shareholder | | | | |
| Brian R & Marjorie E Davis JT TEN 2211 Dovming Dr Colorado Spring CO 80909 | | | | | | | Notice Only |
| ACCOUNT NO. | | | Shareholder | | | | |
| John P Day 4790 Yarrow Pl Colorado Springs CO 80917-1428 | | | | | | | Notice Only |
| ACCOUNT NO. | | | Shareholder | | | | |
| Neil Detrich Revocable Trust No 1 P O Box 589 Chapman KS 67431 | | | | | | | Notice Only |

Sheet no. __13__ of __62__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤   $                0

Total ➤   $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2009 ©1991-2009, New Hope Software, Inc., ver. 4.4.9-732 - 32342 - Adobe PDF

In re __Team Financial Inc_____ ,     Case No. _____
　　　　　　　　　　　　**Debtor**　　　　　　　　　　　　　　　　　　　　　　　　　　　　**(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>Kimberly S Drews<br>23870 W 264th St<br>Paola KS 66071 | | | Shareholder | | | | Notice Only |
| ACCOUNT NO.<br><br>DSM Consulting LLC<br>28080 W 303rd<br>Paola KS 66071 | | | Storage of Computer Records | | X | | Unknown |
| ACCOUNT NO.<br><br>Kimberly Dunn<br>10434 Osage Rd<br>Oskaloosa KS 66066 | | | Shareholder | | | | Notice Only |
| ACCOUNT NO.<br><br>Raymond H and Barbara A Dunn<br>JT TEN<br>6178 Sapporo Dr<br>Colorado Springs CO 80918 | | | Shareholder | | | | Notice Only |
| ACCOUNT NO.<br><br>Lori D Edge<br>405 Kansas Drive<br>Iola KS 66749 | | | Shareholder | | | | Notice Only |

Sheet no. __14__ of __62__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ▶ | $ | 0

Total ▶ | $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2009 ©1991-2009, New Hope Software, Inc., ver. 4.4.9-732 - 32342 - Adobe PDF

In re   Team Financial Inc                                    ,          Case No. _____
_____
           **Debtor**                                                                    **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT ORCOMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.  Charles R & Paula G Edmonds JT TEN 1201 S Spring Nevada MO 64772 | | | Shareholder | | | | Notice Only |
| ACCOUNT NO.  Keith Edquist 12005 N 72nd St Omaha NE 68122 | | | Shareholder | | | | Notice Only |
| ACCOUNT NO.  Electronic Technology Inc 5700 Merriam Dr Merriam KS 66203 | | | | | | | Unknown |
| ACCOUNT NO.  Mark E Emley 13108 W 127th Pl Overland Park KS 66213 | | | Shareholder | | | | Notice Only |
| ACCOUNT NO.  James R Englehart 7219 W 144th Terr Overland Park KS 66223 | | | Shareholder | | | | Notice Only |

Sheet no.  15  of 62  continuation sheets attached
to Schedule of  Creditors Holding Unsecured
Nonpriority Claims

Subtotal ▶ | $            0

Total ▶ | $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2009 ©1991-2009, New Hope Software, Inc., ver. 4.4.9-732 - 32342 - Adobe PDF

In re  Team Financial Inc                                    ,        Case No. _____
                    **Debtor**                                                                    **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>Harold J & Beverly J Englekamp<br>JT TEN<br>2109 Englewood Dr<br>Bellevue NE 68005 | | | Shareholder | | | | Notice Only |
| ACCOUNT NO.<br><br>John E Ennis<br>1630 N Main 3 C<br>El Dorado KS 67042 | | | Shareholder | | | | Notice Only |
| ACCOUNT NO.<br><br>Francis W & Carolyn S Esely<br>JT TEN<br>107 Winston Place<br>St Joseph MO 64506 | | | Shareholder | | | | Notice Only |
| ACCOUNT NO.<br><br>Sheba and David Evans<br>JT TEN<br>19389 W 319th St<br>Paola KS 66071 | | | Shareholder | | | | Notice Only |
| ACCOUNT NO.<br><br>FedEx<br>P O Box 94515<br>Palatine IL 60094-4515 | | | Bank | | | | Unknown |

Sheet no. __16__ of __62__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤  $                0

Total ➤  $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2009 ©1991-2009, New Hope Software, Inc., ver. 4.4.9-732 - 32342 - Adobe PDF

In re  Team Financial Inc                                      ,        Case No. _____
          **Debtor**                                                                    **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>James D & Shirley A Ferley<br>JT TEN<br>34475 W 263rd St<br>Paola KS 66071-4224 | | | Shareholder | | | | Notice Only |
| ACCOUNT NO.<br><br>Peter J and Jane F Fiene<br>JT TEN<br>13832 Hemlock<br>Overland Park KS 66223 | | | Shareholder | | | | Notice Only |
| ACCOUNT NO.<br><br>First Clearing Corp<br>Cust Hellen M Welch IRA<br>P O Box 6510<br>Glen Allen VA 23058-6510 | | | Shareholder | | | | Notice Only |
| ACCOUNT NO.<br><br>First Trust of MidAmerica<br>605 Cherry Street Ste 304<br>Belton MO 64012 | | | HR - Bank | | | | Unknown |
| ACCOUNT NO.<br><br>Fiserv Health Kansas<br>Cari Charter Admin<br>P O Box 47822<br>Wichita KS 67201-7822 | | | HR - Bank | | | | Unknown |

Sheet no. 17 of 62 continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ► | $ | 0

Total ► | $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2009 ©1991-2009, New Hope Software, Inc., ver. 4.4.9-732 - 32342 - Adobe PDF

In re   Team Financial Inc                                        ,        Case No. _____
        _____
                        **Debtor**                                                          **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | Shareholder | | | | |
| Catherine E & Joseph E Flake JT TEN 23207 W 289th Paola KS 66071 | | | | | | | Notice Only |
| ACCOUNT NO. | | | Shareholder | | | | |
| Pamela J and Bradley K Fogo JT TEN 14605 W 60th Terrace Shawnee KS 66216 | | | | | | | Notice Only |
| ACCOUNT NO. | | | Shareholder | | | | |
| Marion A Foster 5 Circle Drive Paola KS 66071 | | | | | | | Notice Only |
| ACCOUNT NO. | | | Shareholder | | | | |
| Gary Friedenbach 708 Kayleen Dr Bellevue NE 66005-2350 | | | | | | | Notice Only |
| ACCOUNT NO. | | | Shareholder | | | | |
| Matthew C Froggatte 2908 Utah Terrace Rantoul KS 66079 | | | | | | | Notice Only |

Sheet no. __18__ of __62__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ►   $                    0

Total ►   $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2009 ©1991-2009, New Hope Software, Inc., ver. 4.4.9-732 - 32342 - Adobe PDF

In re ___Team Financial Inc_____,     Case No. _____
          **Debtor**                                                          **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br>G & L Gym <br>119 W Wea <br>Paola KS 66071 | | | | | | | Unknown |
| ACCOUNT NO. <br><br>Davina L Garrison <br>28100 Hospital Dr <br>Paola KS 66071 | | | Shareholder | | | | Notice Only |
| ACCOUNT NO. <br><br>Georgeson Inc <br>36758 Teasury Center <br>Chicago IL 60694-6700 | | | Annual Meeting | | | | Unknown |
| ACCOUNT NO. <br><br>Beverly E Gfeller <br>7107 E State Route W <br>Freeman MO 64746-6282 | | | Shareholder | | | | Notice Only |
| ACCOUNT NO. <br><br>Michael L Gibson <br>205 Overhill Dr <br>Paola KS 66071 | | | | | | | Unknown |

Sheet no. __19__ of __62__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤   $       0

Total ➤   $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2009 ©1991-2009, New Hope Software, Inc., ver. 4.4.9-732 - 32342 - Adobe PDF

In re  Team Financial Inc                                    ,        Case No. _____
                    **Debtor**                                                                    **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>Gibson Living Trust<br>205 Overhill Dr<br>Paola KS 66071 | | | Shareholder | | | | Notice Only |
| ACCOUNT NO.<br><br>Thomas E Giefer<br>918 Lincoln St<br>Parsons KS 67357-2952 | | | Shareholder | | | | Notice Only |
| ACCOUNT NO.<br><br>Globe Newswire<br>Lockbox 40200<br>P O Box 8500<br>Philadelphia PA 19178-0200 | | | | | | | Unknown |
| ACCOUNT NO.<br><br>Dolores M Gottfried<br>4648 Pika Pt<br>Colorado Springs CO 80922 | | | Shareholder | | | | Notice Only |
| ACCOUNT NO.<br><br>Robert Gregory<br>1019 Prairie<br>Paola KS 66071 | | | Shareholder | | | | Notice Only |

Sheet no. __20__ of __62__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤   $                    0

Total ➤   $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2009 ©1991-2009, New Hope Software, Inc., ver. 4.4.9-732 - 32342 - Adobe PDF

In re  Team Financial Inc                                     ,          Case No. _____
                              **Debtor**                                                                        **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. Alan C Gregory 2595 Tamora Way Colorado Springs CO 80919 | | | Shareholder | | | | Notice Only |
| ACCOUNT NO. William Griffin Jr & Patricia R Griffin JT TEN 29 Holly Lane Paola KS 66071-1842 | | | Shareholder | | | | Notice Only |
| ACCOUNT NO. Kristin A Guier 200 N Washington St Freeman MO 64746-9727 | | | Shareholder | | | | Notice Only |
| ACCOUNT NO. Pam Halcomb 523 E Maple St Nevada MO 64772 | | | Shareholder | | | | Notice Only |
| ACCOUNT NO. Deryl F Hamann 1500 Woodman Tower Omaha NE 68102-2002 | | | Shareholder | | | | Notice Only |

Sheet no. _21_ of _62_ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ► $                    0

Total ► $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2009 ©1991-2009, New Hope Software, Inc., ver. 4.4.9-732 - 32342 - Adobe PDF

In re  Team Financial Inc                          ,          Case No. _____
          **Debtor**                                                    **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>James Dean Hancock<br>16203 Palace Creek Dr<br>Monument CO 80132 | | | Shareholder | | | | Notice Only |
| ACCOUNT NO.<br><br>Kenneth F & Annette E Harris<br>JT TEN<br>4751 Hayes<br>Shawnee KS 66203 | | | Shareholder | | | | Notice Only |
| ACCOUNT NO.<br><br>Sherry and Ashley R Hart<br>JT TEN<br>601 S Washington<br>Iola KS 66749 | | | Shareholder | | | | Notice Only |
| ACCOUNT NO.<br><br>Connie Hart<br>P O Box 250<br>Paola KS 66071 | | | | | | | Unknown |
| ACCOUNT NO.<br><br>Sherry Hart and Amanda Phillips<br>JT TEN<br>601 S Washington<br>Iola KS 66749 | | | Shareholder | | | | Notice Only |

Sheet no.  22  of  62  continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ►   $                0

Total ►   $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2009 ©1991-2009, New Hope Software, Inc., ver. 4.4.9-732 - 32342 - Adobe PDF

In re  Team Financial Inc                                    ,          Case No. _____
                    **Debtor**                                                                                    **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. Hartley Nicholson & Hartley PA 6 West Peoria St Paola KS 66071-1410 | | | | | | | Unknown |
| ACCOUNT NO. Dorthoy Arlene & Fred Harvey JT TEN 10834 W 2100 Rd Lacygne KS 66040 | | | Shareholder | | | | Notice Only |
| ACCOUNT NO. Hawk Business Specialties 110 S Washington Iola KS 66749-1106 | | | | | | | Unknown |
| ACCOUNT NO. Harold B Hendrickson 29980 W 335th St Oswatomie KS 66064 | | | Shareholder | | | | Notice Only |
| ACCOUNT NO. Colby G Hendrickson 4007 E 107th St Kansas City MO 64137 | | | Shareholder | | | | Notice Only |

Sheet no. __23__ of __62__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤   $                0

Total ➤   $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2009 ©1991-2009, New Hope Software, Inc., ver. 4.4.9-732 - 32342 - Adobe PDF

In re  Team Financial Inc                                    ,          Case No. _____
                   **Debtor**                                                              **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>Jason A & Niki J Henrie<br>JT TEN<br>9321 Kessler Ln<br>Overland Park KS 66212 | | | Shareholder | | | | Notice Only |
| ACCOUNT NO.<br><br>Deborah Higgins & George F Huffman<br>JT TEN<br>214 Sycamore<br>Lacygne KS 66040 | | | Shareholder | | | | Notice Only |
| ACCOUNT NO.<br><br>Holderman Printing LLC<br>Box 392<br>Paola KS 66071 | | | | | | | Unknown |
| ACCOUNT NO.<br><br>Pam and George Holtz<br>JT TEN<br>31305 Hospital Dr<br>Paola KS 66071 | | | Shareholder | | | | Notice Only |
| ACCOUNT NO.<br><br>Horn Aylward & Bandy LLC<br>2600 Grand Boulevard Ste 1100<br>Kansas City MO 64108 | | | Emp Attny | | | | Unknown |

Sheet no. __24__ of _62_ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤    $           0

Total ➤    $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2009 ©1991-2009, New Hope Software, Inc., ver. 4.4.9-732 - 32342 - Adobe PDF

In re  Team Financial Inc                                    ,          Case No. _____
                    **Debtor**                                                                    **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. Robert E Howell 1674 Industrial Ave Ottawa KS 66067 | | | | | | | Unknown |
| ACCOUNT NO. Richard Inge | | | | | | | Unknown |
| ACCOUNT NO. Mark Isbell 11723 W 1800 Rd Parker KS 66072 | | | Shareholder | | | | Notice Only |
| ACCOUNT NO. Mark B and Michelle L Jenkins 5377 W 208th St Bucyrus KS 66013 | | | Shareholder | | | | Notice Only |
| ACCOUNT NO. Kristin Johnson 112 Ash Rd Southport NC 28461 | | | Shareholder | | | | Notice Only |

Sheet no. _25_ of _62_ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ▶  $               0

Total ▶  $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2009 ©1991-2009, New Hope Software, Inc., ver. 4.4-9-732 - 32342 - Adobe PDF

In re  Team Financial Inc                                    ,          Case No. _____
_____
Debtor                                                                    (If known)

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>Deborah P Johnson<br>33510 W 395th St<br>Osawatomie KS 66064 | | | Shareholder | | | | Notice Only |
| ACCOUNT NO.<br><br>Paul D Johnson<br>Paul D Johnson TR UA<br>928 South Esplan<br>Leavenworth KS 66048-3547 | | | Shareholder | | | | Notice Only |
| ACCOUNT NO.<br><br>Kandie Johnston<br>TOD Dakota Johnston<br>13819 NW Hwy 31<br>Garnett KS 66032 | | | Shareholder | | | | Notice Only |
| ACCOUNT NO.<br><br>Kandie Johnston<br>TOD Denver Johnston<br>13819 NW Hwy 31<br>Garnett KS 66032 | | | Shareholder | | | | Notice Only |
| ACCOUNT NO.<br><br>Carolyn K Jones<br>818 Thrid St<br>Osawatomie KS 66064 | | | Shareholder | | | | Notice Only |

Sheet no. __26__ of __62__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ► | $                 0

Total ► | $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2009 ©1991-2009, New Hope Software, Inc., ver. 4.4.9-732 - 32342 - Adobe PDF

In re  Team Financial Inc                                    ,        Case No. _____
                **Debtor**                                                                              **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **ACCOUNT NO.**<br><br>Jones & Keller PC<br>World Trade Center<br>1625 Broadway 16th Fl<br>Denver CO 80202 | | | SEC Counsel | | | | Unknown |
| **ACCOUNT NO.**<br><br>Jones Day<br>222 E 41st Street<br>New York NY 10017-6702 | | | ESOP - Bank | | | | Unknown |
| **ACCOUNT NO.**<br><br>Blake C Jorgensen<br>432 E 11th St<br>Ottawa KS 66067 | | | Shareholder | | | | Notice Only |
| **ACCOUNT NO.**<br><br>Kansas City Power & Light<br>P O Box 219330<br>Kansas City MO 64121-9703 | | | | | | | Unknown |
| **ACCOUNT NO.**<br><br>KBA Insurance Inc<br>610 SW Corporate View<br>P O Box 4407<br>Topeka KS 66604-0407 | | | Corp Ins | | | | Unknown |

Sheet no. __27__ of __62__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤    $               0

Total ➤    $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2009 ©1991-2009, New Hope Software, Inc., ver. 4.4.9-732 - 32342 - Adobe PDF

In re   Team Financial Inc                                    ,        Case No. _____
                    **Debtor**                                                                    **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>Mary Ann and Darrel L Keller<br>JT TEN<br>3004 Johnston Rd<br>Parsons KS 67357 | | | Shareholder | | | | Notice Only |
| ACCOUNT NO.<br><br>Jeanne Kelly<br>5010 Ottawa St<br>Kansas City KS 66106-3428 | | | Shareholder | | | | Notice Only |
| ACCOUNT NO.<br><br>Francis W & Jeanne Kelly<br>JT TEN<br>5010 Ottawa St<br>Kansas City KS 66106-3428 | | | Shareholder | | | | Notice Only |
| ACCOUNT NO.<br><br>Linda K Kice<br>121 S 16th Terrace<br>Louisburg KS 66053 | | | Shareholder | | | | Notice Only |
| ACCOUNT NO.<br><br>RG and Beverly Kilkenny<br>JT TEN JTWROS<br>4304 W 110th St<br>Leawood KS 66211 | | | Shareholder | | | | Notice Only |

Sheet no.  28  of  62  continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤   $                    0

Total ➤   $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2009 ©1991-2009, New Hope Software, Inc., ver. 4.4.9-732 - 32342 - Adobe PDF

In re  Team Financial Inc                                    ,          Case No. _____
_____
        **Debtor**                                                              (If known)

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

Bankruptcy2009 ©1991-2009, New Hope Software, Inc., ver. 4.4.9-732 - 32342 - Adobe PDF

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **ACCOUNT NO.** <br><br> Emily B Kirby <br> 2000 Greenbriar Ln <br> Riverwoods IL 60015-3855 | | | Shareholder | | | | Notice Only |
| **ACCOUNT NO.** <br><br> Connie J & Paul G Knight <br> JT TEN <br> P O Box 161 <br> Moran KS 66755-0161 | | | Shareholder | | | | Notice Only |
| **ACCOUNT NO.** <br><br> James L Kohout <br> c/o Sodoro Daly & Sodoro PC <br> 7000 Spring St <br> Omaha NE 68106 | | | Shareholder | | | | Notice Only |
| **ACCOUNT NO.** <br><br> KPMG LLP <br> Dept 0970 <br> Box 120001 <br> Dallas TX 75312-0970 | | | Audit and Tax | | | | Unknown |
| **ACCOUNT NO.** <br><br> Denis A Kurtenbach <br> IRA Custodial TBNA Cust <br> P O Box 369 <br> Paola KS 66071 | | | Shareholder | | | | Notice Only |

Sheet no. __29__ of __62__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤ | $                    0

Total ➤ | $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re Team Financial Inc                              ,          Case No. _____
                    Debtor                                                    (If known)

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT ORCOMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. Starla Landers 1328 26000 Rd Parsons KS 67357 | | | Shareholder | | | | Notice Only |
| ACCOUNT NO. Ronald R Lang 713 Bobtail Ct Newton KS 67114 | | | Shareholder | | | | Notice Only |
| ACCOUNT NO. Willetta M and Charles K Lawhead JT TEN 31760 W 83rd St De Soto KS 66018 | | | Shareholder | | | | Notice Only |
| ACCOUNT NO. Lawing Financial Associates 11020 King Street 4th Fl Overland Park KS 66210 | | | | | | | Unknown |
| ACCOUNT NO. Ashley N Lawson 1005 Wicklow Rd Papillion NE 68046 | | | Shareholder | | | | Notice Only |

Sheet no. 30 of 62 continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ► $                    0

Total ► $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

In re   Team Financial Inc _____ ,   Case No. _____
          **Debtor**                                                                    **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. Justin G Lawson 3260 47th St Boulder CO 80301 | | | Shareholder | | | | Notice Only |
| ACCOUNT NO. Leawood Rotary Club P O Box 6608 Leawood KS 66206 | | | HR Bank | | | | Unknown |
| ACCOUNT NO. Leawood South 12700 Overbrook Rd Leawood KS 66209 | | | HR - Bank | | | | Unknown |
| ACCOUNT NO. Shelly and Ronald Anthony Ledbetter JT TEN 503 E Spring Bonner Springs KS 66012 | | | Shareholder | | | | Notice Only |
| ACCOUNT NO. Huong V Lee 1006 Sterling Drive Papillion NE 68133 | | | Shareholder | | | | Notice Only |

Sheet no. __31__ of __62__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤   $                    0

Total ➤   $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2009 ©1991-2009, New Hope Software, Inc., ver. 4.4.9-732 - 32342 - Adobe PDF

In re   Team Financial Inc                                          ,         Case No. _____
                        **Debtor**                                                                                  **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>Huong V & Jeffrey F Lee<br>JT TEN<br>1006 Sterling Dr<br>Papillion NE 68046 | | | Shareholder | | | | Notice Only |
| ACCOUNT NO.<br><br>Russell C Leffel<br>6408 Willow Ln<br>Mission Hills KS 66208 | | | Shareholder | | | | Notice Only |
| ACCOUNT NO.<br><br>Karen S Lehto<br>204 Tower St<br>Paola KS 68071 | | | Shareholder | | | | Notice Only |
| ACCOUNT NO.<br><br>Ned R Lewis<br>2425 El Paso<br>Colorado Springs CO 80907 | | | Shareholder | | | | Notice Only |
| ACCOUNT NO.<br><br>Nancy E Lewis<br>401 NW 80th Rd<br>Lamar MO 64759 | | | Shareholder | | | | Notice Only |

Sheet no. _32_ of _62_ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ► $                    0

Total ► $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2009 ©1991-2009, New Hope Software, Inc., ver. 4.4.9-732 - 32342 - Adobe PDF

In re  Team Financial Inc _____,     Case No. _____
        **Debtor**                                                    **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br> Beverly L & Robert K Locke <br> JT TEN <br> 1821 US Hwy 54 <br> Iola KS 66749 | | | Shareholder | | | | Notice Only |
| ACCOUNT NO. <br><br> Anne Lolley <br> 8601 SW 29th St <br> Topeka KS 6614-9219 | | | Shareholder | | | | Notice Only |
| ACCOUNT NO. <br><br> Kathy A and Dean S Lovig <br> JT TEN <br> 306 E Wea <br> Paola KS 66071 | | | Shareholder | | | | Notice Only |
| ACCOUNT NO. <br><br> Steven Markham <br> 417 West 7th Ave <br> Garnett KS 66032 | | | Shareholder | | | | Notice Only |
| ACCOUNT NO. <br><br> Mary C and Rudolph T Matherly <br> JT TEN <br> 5122 W 96th Terr <br> Overland Park KS 66207 | | | Shareholder | | | | Notice Only |

Sheet no. __33__ of __62__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤   $                0

Total ➤   $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2009 ©1991-2009, New Hope Software, Inc., ver. 4.4.9-732 - 32342 - Adobe PDF

In re   Team Financial Inc                        ,          Case No. _____
                    **Debtor**                                                                    **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **ACCOUNT NO.** Glora J & Phillip A Mathews JT TEN 39414 Lone Start Fontana KS 66026 | | | Shareholder | | | | Notice Only |
| **ACCOUNT NO.** Robert M Matthews 2298 County Rd 1077 Blue Mound KS 66010-9445 | | | Shareholder | | | | Notice Only |
| **ACCOUNT NO.** Cherri Maxwell 29888 Ashmore Way Springhill KS 66083 | | | Shareholder | | | | Notice Only |
| **ACCOUNT NO.** Thomas C McFarland Route 1 Box 3 Moundville MO 64771 | | | Shareholder | | | | Notice Only |
| **ACCOUNT NO.** John WM McQueeney 1505 University Dr Lawrence KS 66044 | | | Shareholder | | | | Notice Only |

Sheet no. __34__ of _62_ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤        $                    0

Total ➤        $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2009 ©1991-2009, New Hope Software, Inc., ver. 4.4.9-732 - 32342 - Adobe PDF

In re  Team Financial Inc                                        ,          Case No. _____
              **Debtor**                                                          **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br> Michael J McQueeney <br> 1505 University Dr <br> Lawrence KS 66044 | | | Shareholder | | | | Notice Only |
| ACCOUNT NO. <br><br> Marsha McRoberts <br> 1029 Brown <br> Osawatomie KS 66064 | | | Shareholder | | | | Notice Only |
| ACCOUNT NO. <br><br> Georgene & James E Melton <br> JT TEN <br> 1115 Durham Dr <br> Paola KS 66071 | | | Shareholder | | | | Notice Only |
| ACCOUNT NO. <br><br> Merrill Communications LLC <br> CM-9638 <br> St Paul MN 55170-9638 | | | SEC Filing | | | | Unknown |
| ACCOUNT NO. <br><br> Metavante Corporation <br> Accounting Dept <br> Bin 440 <br> Milwaukee WI 53288-0440 | | | Bank?? | | | | Unknown |

Sheet no. __35__ of __62__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤    $             0

Total ➤    $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2009 ©1991-2009, New Hope Software, Inc., ver. 4.4.9-732 - 32342 - Adobe PDF

In re   Team Financial Inc                                    ,        Case No. _____
                    **Debtor**                                                              **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **ACCOUNT NO.**<br>James A Meyer<br>FDIC<br>2345 Grand Blvd Ste 1200<br>Kansas City MO 65108 | | | | | | | Notice Only |
| **ACCOUNT NO.**<br>MHM Retirement Solutions<br>11440 Tomahawk Creek Pkwy<br>Leawood KS 66211 | | | HR - Bank | | | | Unknown |
| **ACCOUNT NO.**<br>Midwest Pension Administrators Inc<br>15641 S Mahaffie St<br>Olathe KS 66062 | | | ESOP - Bank | | | | Unknown |
| **ACCOUNT NO.**<br>Cheryl Miller<br>1304 Adame<br>Ft Calhoun NE 68023 | | | Shareholder | | | | Notice Only |
| **ACCOUNT NO.**<br>Lora J and Marvin L Miller<br>JT TEN<br>Rt 1 Box 254B<br>Nevada MO 64772 | | | Shareholder | | | | Notice Only |

Sheet no. __36__ of __62__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤    $                     0

Total ➤    $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2009 ©1991-2009, New Hope Software, Inc., ver. 4.4.9-732 - 32342 - Adobe PDF

In re ___Team Financial Inc_____,     Case No. _____
                    **Debtor**                                                    **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>Miller Healthmart<br>2 E Peoria<br>Paola KS 66071 | | | | | | | Unknown |
| ACCOUNT NO.<br><br>Geraldine and Marvin Mills<br>TR Geraldine Mills<br>2741 Red Rd<br>Chapman KS 67431 | | | Shareholder | | | | Notice Only |
| ACCOUNT NO.<br><br>Marvin Mills<br>TR Marvin Mills Rev Trust # I<br>2741 Red Rd<br>Chapman KS 67431 | | | Shareholder | | | | Notice Only |
| ACCOUNT NO.<br><br>Nancy M and Steven J Minor<br>JT TEN<br>2918 Washington<br>Parsons KS 67357 | | | Shareholder | | | | Notice Only |
| ACCOUNT NO.<br><br>Mitchell Partners LP<br>Attn Jim Mitchell<br>P O Box 5119<br>Irvine CA 92616 | | | Shareholder | | | | Notice Only |

Sheet no. __37__ of __62__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤     $          0

Total ➤     $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2009 ©1991-2009, New Hope Software, Inc., ver. 4.4.9-732 - 32342 - Adobe PDF

In re  Team Financial Inc                                    ,        Case No. _____
                    **Debtor**                                                                        **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br> Sandra J Moll <br> 28080 W 303rd <br> Paola KS 66071 | | | Employment Services | | X | | Unknown |
| ACCOUNT NO. <br> David Moll <br> 28080 W 303rd St <br> Paola KS 66071 | | | | | | | Unknown |
| ACCOUNT NO. <br> R Roger Moore <br> 303 Crestview <br> Parsons KS 67357 | | | Shareholder | | | | Notice Only |
| ACCOUNT NO. <br> R Roger and Colleen Moore <br> JT TEN <br> 303 Crestview <br> Parsons KS 67357 | | | Shareholder | | | | Notice Only |
| ACCOUNT NO. <br> David & Mary M Moore <br> JT TEN <br> P O Box 317 <br> Baldwin City KS 66006 | | | Shareholder | | | | Notice Only |

Sheet no. __38__ of __62__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤ $ 0

Total ➤ $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2009 ©1991-2009, New Hope Software, Inc., ver. 4.4.9-732 - 32342 - Adobe PDF

In re    Team Financial Inc                                          ,          Case No. _____
_____                                                    _____
                **Debtor**                                                                         **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br> Don L Morris <br> P O Box 327 <br> Paola KS 66071 | | | Shareholder | | | | Notice Only |
| ACCOUNT NO. <br><br> Barbara L Mowat <br> 1145 3rd St <br> Osawatomie KS 66064 | | | Shareholder | | | | Notice Only |
| ACCOUNT NO. <br><br> Nationwide Trust Company FSB <br> P O Box 183046 <br> Columbus OH 43218-3046 | | | HR - Bank | | | | Unknown |
| ACCOUNT NO. <br><br> Navrats Office Products <br> 1005 Baptiste Drive <br> Paola KS 66071 | | | Bank | | | | Unknown |
| ACCOUNT NO. <br><br> New Directions Behavioral Health <br> P O Box 87-0195 <br> Kansas City MO 64187-0195 | | | HR annual | | | | Unknown |

Sheet no. __39__ of __62__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤   $                    0

Total ➤   $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2009 ©1991-2009, New Hope Software, Inc., ver. 4.4.9-732 - 32342 - Adobe PDF

In re    Team Financial Inc                                    ,        Case No. _____
_____                                    _____
                  **Debtor**                                                                              **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>Joseph L & Carol L Newby<br>JT TEN<br>3345 80th Rd<br>Thayer KS 66776 | | | Shareholder | | | | Notice Only |
| ACCOUNT NO.<br><br>Cynthia A & Mark A Newland<br>JT TEN<br>1406 N Western<br>Iola KS 66749 | | | Shareholder | | | | Notice Only |
| ACCOUNT NO.<br><br>Rachelle L & Christopher J Newport<br>JT TEN<br>22496 Illif Rd<br>Fontana KS 66026 | | | Shareholder | | | | Notice Only |
| ACCOUNT NO.<br><br>Nicholson Law Office LC<br>25 W Peoria<br>P O Box 407<br>Paola KS 66071 | | | | | | | Unknown |
| ACCOUNT NO.<br><br>Rita A Noel and Frankie M Noel IV<br>39780 New Lancas<br>Lacygne KS 66040 | | | Shareholder | | | | Notice Only |

Sheet no. _40_ of _62_ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ▶    $                    0

Total ▶    $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2009 ©1991-2009, New Hope Software, Inc., ver. 4.4.9-732 - 32342 - Adobe PDF

In re ___Team Financial Inc_____,     Case No. _____
   **Debtor**                                                      **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>Todd G and Molly B Norton<br>1100 Merril Court<br>Columbia MO 65203 | | | Shareholder | | | | Notice Only |
| ACCOUNT NO.<br><br>Norma Ogen<br>39115 Walthal<br>Osawatomie KS 66064 | | | Shareholder | | | | Notice Only |
| ACCOUNT NO.<br><br>Diane M & Danny Oswalt<br>JT TEN<br>1681 N Dakota Rd<br>Iola KS 66749 | | | Shareholder | | | | Notice Only |
| ACCOUNT NO.<br><br>Paola Chamber of Commerce<br>3 W Wea<br>Paola KS 66071 | | | Bank | | | | Unknown |
| ACCOUNT NO.<br><br>Paola Country Club<br>P O Box 467<br>Paola KS 66071 | | | Bank | | | | Unknown |

Bankruptcy2009 ©1991-2009, New Hope Software, Inc., ver. 4.4.9-732 - 32342 - Adobe PDF

Sheet no. __41__ of __62__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ► $        0

Total ► $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

In re     Team Financial Inc                                            ,          Case No. _____
                        **Debtor**                                                                                    **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>Arlene A Parde<br>2101 Lucille Dr<br>Bellevue NE 68147 | | | Shareholder | | | | Notice Only |
| ACCOUNT NO.<br><br>Brenda R & Charles M Parsons<br>JT TEN<br>P O Box 52<br>McCune KS 66753 | | | Shareholder | | | | Notice Only |
| ACCOUNT NO.<br><br>PC Connection Sales Corp<br>P O Box 4520<br>Woburn MA 01888-4520 | | | IT - Bank | | | | Unknown |
| ACCOUNT NO.<br><br>Connie & Richard K Peckman<br>JT TEN<br>R R 4 Box 238G<br>Nevada MO 64772-9245 | | | Shareholder | | | | Notice Only |
| ACCOUNT NO.<br><br>Diane Peoples | | | | | | | Unknown |

Sheet no. _42_ of _62_ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ► | $                    0

Total ► | $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2009 ©1991-2009, New Hope Software, Inc., ver. 4.4.9-732 - 32342 - Adobe PDF

In re    Team Financial Inc                          ,          Case No. _____
                    **Debtor**                                                          **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>Karen and Patrick Petelin<br>JT TEN<br>27503 Lookout Rd<br>Paola KS 66071 | | | Shareholder | | | | Notice Only |
| ACCOUNT NO.<br><br>Don Peterson<br>202 Kings Dr<br>Bellevue NE 68005 | | | Shareholder | | | | Notice Only |
| ACCOUNT NO.<br><br>Philadelphia American Life Ins Co<br>P O Box 2887<br>Houston TX 77252-2887 | | | Employee Ins | | | | Unknown |
| ACCOUNT NO.<br><br>Philadelphia American Life Ins Co<br>P O Box 4884<br>Houston TX 77210-4884 | | | Employee Ins | | | | Unknown |
| ACCOUNT NO.<br><br>Wanda W and Robert L Phillips<br>JT TEN<br>5 Overhill Dr<br>Paola KS 66071 | | | Shareholder | | | | Notice Only |

Sheet no.  43  of  62   continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤   $                    0

Total ➤   $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2009 ©1991-2009, New Hope Software, Inc., ver. 4.4-9-732 - 32342 - Adobe PDF

In re   Team Financial Inc                                              ,        Case No. _____
_____
           **Debtor**                                                                    **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. Wanda Phillips TOD Robert L Phillips 5 Overhill Dr Paola KS 66071 | | | Shareholder | | | | Notice Only |
| ACCOUNT NO. June S Powell June S Powell Revocable Trust 205 Brookside Dr Paola KS 66071 | | | Shareholder | | | | Notice Only |
| ACCOUNT NO. PR Newswire G P O Box 5897 New York NY 10087-5897 | | | SEC filing | | | | Unknown |
| ACCOUNT NO. Marvin J and Donna L Pratt JT TEN JTWROS 230 Willis Drive Shepherdstown WV 25443 | | | Shareholder | | | | Notice Only |
| ACCOUNT NO. Juanita G & Frank T Pretz JT TEN 35105 Moonlight Osawatomie KS 66064 | | | Shareholder | | | | Notice Only |

Sheet no. __44__ of __62__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤ | $ | 0

Total ➤ | $ |

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2009 ©1991-2009, New Hope Software, Inc., ver. 4.4.9-732 - 32342 - Adobe PDF

In re    Team Financial Inc                                          ,          Case No. _____
_____
                    **Debtor**                                                                        **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br> Donna R Price <br> TOD Debra L Hobbs <br> 805 E 31st <br> Pittsburg KS 66762-2500 | | | Shareholder | | | | Notice Only |
| ACCOUNT NO. <br><br> Donna R Price <br> TOD Jeffrey W Price <br> 805 E 31st St <br> Pittsburg KS 66762-2500 | | | Shareholder | | | | Notice Only |
| ACCOUNT NO. <br><br> Donna R Price <br> TOD Tracy A Price <br> 805 E 31st St <br> Pittsburg KS 66762-2500 | | | Shareholder | | | | Notice Only |
| ACCOUNT NO. <br><br> Prime News Wire <br> Lockbox 40200 <br> P O Box 8500 <br> Philadelphia PA 19178-0200 | | | SEC filing | | | | Unknown |
| ACCOUNT NO. <br><br> Private Trust Company Cust <br> Barabara A Shouse Rollover IRA <br> 9785 Towne Center <br> San Diego CA 92121 | | | Shareholder | | | | Notice Only |

Sheet no. __45__ of __62__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤    $                    0

Total ➤    $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2009 ©1991-2009, New Hope Software, Inc., ver. 4.4.9-732 - 32342 - Adobe PDF

In re    Team Financial Inc                                      ,        Case No. _____
                    **Debtor**                                                                                      **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br> Gladys A & Christina M Prothe <br> 34635 Block Rd <br> Paola KS 66071 | | | Shareholder | | | | Notice Only |
| ACCOUNT NO. <br><br> Gladys A & Megan S Prothe <br> 34635 Block Rd <br> Paola KS 66071 | | | Shareholder | | | | Notice Only |
| ACCOUNT NO. <br><br> Leanne Dudley & Roger/Clarene Prothe <br> JT TEN <br> 19298 West 209th <br> Spring Hill KS 66083 | | | Shareholder | | | | Notice Only |
| ACCOUNT NO. <br><br> Gladys A & James R Prothe <br> JT TEN <br> 34635 Block Rd <br> Paola KS 66071 | | | Shareholder | | | | Notice Only |
| ACCOUNT NO. <br><br> Gladys A & Robert W Prothe <br> TR Gladys A Prothe <br> 34635 Block Rd <br> Paola KS 66071 | | | Shareholder | | | | Notice Only |

Sheet no. __46__ of __62__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ► $                    0

Total ► $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2009 ©1991-2009, New Hope Software, Inc., ver. 4.4.9-732 - 32342 - Adobe PDF

In re   Team Financial Inc_____,        Case No. _____
                        **Debtor**                                                          **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **ACCOUNT NO.** Patricia A Quist TR Patricia A Quist Trust 506 Cascio Drive Bellevue NE 68005 | | | Shareholder | | | | Notice Only |
| **ACCOUNT NO.** John J Ramsey 2035 Northridge Cir Blair NE 68008 | | | Shareholder | | | | Notice Only |
| **ACCOUNT NO.** Lois Rausch 32631 Lookout Rd Paola KS 66071 | | | Employment Services | | X | | Unknown |
| **ACCOUNT NO.** Phillip B Reaka 31423 Santa Fe Rd Paola KS 66071 | | | Shareholder | | | | Notice Only |
| **ACCOUNT NO.** Teresa J Reese 29850 Lone Star Rd Paola KS 66071 | | | Shareholder | | | | Notice Only |

Sheet no. __47__ of __62__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ▶   $          0

Total ▶   $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2009 ©1991-2009, New Hope Software, Inc., ver. 4.4.9-732 - 32342 - Adobe PDF

B6F (Official Form 6F) (12/07) - Cont.

In re  Team Financial Inc
_____,   Case No. _____
       **Debtor**                                    **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. Jeffrey L Renner 224 Shadow Road Bellevue NE 68005 | | | | | | | Unknown |
| ACCOUNT NO. Clifford E Rexwinkle 3115 Johnston Rd Parsons KS 67357 | | | Shareholder | | | | Notice Only |
| ACCOUNT NO. Deborah A & Scott A Robb JT TEN 19670 Rosewood Dr Stillwell KS 66085-9049 | | | Shareholder | | | | Notice Only |
| ACCOUNT NO. Sharon K and Stan Robinson JT TEN 26611 Crescent Hill Paola KS 66071 | | | Shareholder | | | | Notice Only |
| ACCOUNT NO. Donald L & M Gaye Rowland JT TEN 5407 Exeter Drive Richardson TX 75082 | | | Shareholder | | | | Notice Only |

Sheet no. 48 of 62 continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ► $ 0

Total ► $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2009 ©1991-2009, New Hope Software, Inc., ver. 4.4.9-732 - 32342 - Adobe PDF

In re   Team Financial Inc                                    ,          Case No. _____
          **Debtor**                                                                          **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>Sage Software Inc<br>P O Box 404927<br>Atlanta GA 30384-4927 | | | Depreciation Software - Bank | | | | Unknown |
| ACCOUNT NO.<br><br>Sandra K Hartley LLC<br>16206 W 319th Street<br>Paola  KS 66071 | | | | | | | Unknown |
| ACCOUNT NO.<br><br>Lori Schlegel | | | | | | | Unknown |
| ACCOUNT NO.<br><br>Lutie and Warren C Schooley<br>JT TEN<br>805 W Arch<br>Nevada MO 64772 | | | Shareholder | | | | Notice Only |
| ACCOUNT NO.<br><br>Kenneth Schulte<br>P O Box 11<br>Osborne KS 67473 | | | Shareholder | | | | Notice Only |

Sheet no. __49__ of __62__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ▶  $                    0

Total ▶  $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2009 ©1991-2009, New Hope Software, Inc., ver. 4.4.9-732  - 32342 - Adobe PDF

In re   Team Financial Inc                                    ,        Case No. _____
                   **Debtor**                                                                                    **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

Bankruptcy2009 ©1991-2009, New Hope Software, Inc., ver. 4.4.9-732 - 32342 - Adobe PDF

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>Harold G Sevy Jr<br>P O Box 42<br>Paola KS 66071 | | | Shareholder | | | | Notice Only |
| ACCOUNT NO.<br>Vickie M Shoults<br>13203 S 35th Ave Cir<br>Bellevue NE 68123 | | | Shareholder | | | | Notice Only |
| ACCOUNT NO.<br>Greg Sigman<br>Sigman & Co Inc<br>4310 Madison Ave<br>Kansas City MO 64444 | | | | | | | Unknown |
| ACCOUNT NO.<br>Deborah Sladky<br>P O Box 91<br>Louisburg KS 66053-0091 | | | Shareholder | | | | Notice Only |
| ACCOUNT NO.<br>Angela L Slaven<br>1222 1800th St<br>Iola KS 66749-3931 | | | Shareholder | | | | Notice Only |

Sheet no. __50__ of __62__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤   $                 0

Total ➤   $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

In re  Team Financial Inc                                    ,          Case No. _____
                    **Debtor**                                                              **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>V Dianne Smith<br>1700 Lockhart Lane<br>Osawatomie KS 66064 | | | Shareholder | | | | Notice Only |
| ACCOUNT NO.<br><br>Kenneth L Smith<br>5 E Terrace<br>Paola KS 66071 | | | | | | | Unknown |
| ACCOUNT NO.<br><br>Kenneth L & Mildred J Smith<br>JT TEN<br>5 E Terrace<br>Paola KS 66071 | | | Shareholder | | | | Notice Only |
| ACCOUNT NO.<br><br>SNL Securities LP<br>Box 2124<br>Charlottesville VA 22902 | | | Shareholder | | | | Notice Only |
| ACCOUNT NO.<br><br>Sonnenschein Nath & Rosenthal<br>4520 Main Street Ste 1100<br>Kansas City MO 64111 | | | ESOP - Bank | | | | Unknown |

Sheet no. __51__ of __62__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ▶  $                    0

Total ▶  $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2009 ©1991-2009, New Hope Software, Inc., ver. 4.4.9-732 - 32342 - Adobe PDF

In re ___Team Financial Inc_____,  Case No. _____
              **Debtor**                                                                **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>Robert G and Arlene P Stein<br>JT TEN<br>5965 Wilson Rd<br>Colorado Springs CO 80919 | | | Shareholder | | | | Notice Only |
| ACCOUNT NO.<br><br>Thomas S and Julie A Strickler<br>JT TEN<br>501 Canary Ln<br>Iola KS 66749-1913 | | | Shareholder | | | | Notice Only |
| ACCOUNT NO.<br><br>Suddenlink<br>Box 650742<br>Dallas TX 75265-0742 | | | Bank | | | | Unknown |
| ACCOUNT NO.<br><br>Robert F & Andrea V Sullivan<br>Rev Living Trust<br>11609 S Burch<br>Olathe KS 66061 | | | Shareholder | | | | Notice Only |
| ACCOUNT NO.<br><br>Barbara A & Clyde E Sutton<br>JT TEN<br>710 E Broad St<br>Colony KS 66015-9506 | | | Shareholder | | | | Notice Only |

Sheet no. __52__ of __62__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤    $          0

Total ➤    $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2009 ©1991-2009, New Hope Software, Inc., ver. 4.4.9-732 - 32342 - Adobe PDF

In re  Team Financial Inc_____,        Case No. _____
                    **Debtor**                                              **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **ACCOUNT NO.** <br> Dale F Swanson <br> 881 S 89th St <br> Omaha NE 68114-4231 | | | Shareholder | | | | Notice Only |
| **ACCOUNT NO.** <br> T Mobile <br> Box 790047 <br> St Louis MO 63179-0047 | | | | | | | Unknown |
| **ACCOUNT NO.** <br> Montie K & Candyse Hill Taylor <br> JT TEN <br> 1540 17000 Rd <br> Parsons KS 67357 | | | Shareholder | | | | Notice Only |
| **ACCOUNT NO.** <br> Taylor Forge Engineered Systems Inc <br> 208 North Iron <br> Paola KS 66071 | | | Shareholder | | | | Notice Only |
| **ACCOUNT NO.** <br> TBNA Asset Corp | | | | | | | Unknown |

Sheet no. _53_ of _62_ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤   $          0

Total ➤   $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2009 ©1991-2009, New Hope Software, Inc., ver. 4.4.9-732 - 32342 - Adobe PDF

In re __Team Financial Inc_____,     Case No. _____
           **Debtor**                                                             **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>Team Financial Inc<br>Employees Stock Ownership Plan TFI TR<br>8 West Peoria Ste 200<br>Paola KS 66071 | | | Shareholder | | | | Notice Only |
| ACCOUNT NO.<br><br>TeamBank NA<br>1515 Baptiste Dr<br>Paola KS 66071 | | | | | | | Unknown |
| ACCOUNT NO.<br><br>Amy Teems<br>Rt 4 Box 218<br>Nevada MO 64772 | | | Shareholder | | | | Notice Only |
| ACCOUNT NO.<br><br>James & Martha Tellefsen<br>JT TEN<br>805 Mountain Heights<br>Scottsboro AL 35769-8820 | | | Shareholder | | | | Notice Only |
| ACCOUNT NO.<br><br>The Agos Group LLC<br>Attn Employee Protection Line<br>321 S Boston Ave Suite 900<br>Tulsa OK 74103 | | | HR | | | | Unknown |

Sheet no. __54__ of __62__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤ | $ | 0

Total ➤ | $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

*Bankruptcy2009 ©1991-2009, New Hope Software, Inc., ver. 4.4.9-732 - 32342 - Adobe PDF*

In re   Team Financial Inc                               ,        Case No. _____
                    **Debtor**                                                              **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br> The ESOP Association <br> Dept 5149 <br> Washington DC 20061-5149 | | | Bank | | | | Unknown |
| ACCOUNT NO. <br><br> The NASDAQ Stock Market LLC <br> P O Box 7777-W8130 <br> Philadelphia PA 19175-8130 | | | SEC - TFI Annual | | | | Unknown |
| ACCOUNT NO. <br><br> Marita J Thomas <br> 4160 E Windsong <br> Springfield MO 65809 | | | Shareholder | | | | Notice Only |
| ACCOUNT NO. <br><br> Joanne Thompson <br> 10510 West 327th St <br> Paola KS 66071 | | | Shareholder | | | | Notice Only |
| ACCOUNT NO. <br><br> Ethel Louise Thompson <br> Revocable Trust <br> 804 E Kaskaskia <br> Paola KS 66071 | | | Shareholder | | | | Notice Only |

Sheet no. __55__ of __62__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ▶ | $ | 0

Total ▶ | $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2009 ©1991-2009, New Hope Software, Inc., ver. 4.4.9-732 - 32342 - Adobe PDF

In re   Team Financial Inc                                    ,          Case No. _____
        **Debtor**                                                                **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **ACCOUNT NO.** Thompson Coburn LLP P O Box 18379M St Louis MO 63195 | | | | | | | Unknown |
| **ACCOUNT NO.** Alvie & Phyllis Thrower JT TEN JTWROS 1406 Lawrence La Bellevue NE 68005 | | | Shareholder | | | | Notice Only |
| **ACCOUNT NO.** Cindy L & Donald J Toburen Jr JT TEN 28116 W 319th St Paola KS 66071-4652 | | | Shareholder | | | | Notice Only |
| **ACCOUNT NO.** Bernard L & Mildred A Toncray JT TEN 38190 Harmony Rd Paola KS 66071-3055 | | | Shareholder | | | | Notice Only |
| **ACCOUNT NO.** TraceSecuity 5615 Corporate Blvd Ste 200A Baton Rouge LA 70808 | | | 4-2008 3 yr contract | | | | Unknown |

Sheet no. __56__ of __62__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤  $                    0

Total ➤  $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2009 ©1991-2009, New Hope Software, Inc., ver. 4.4.9-732 - 32342 - Adobe PDF

In re ___Team Financial Inc_____,  Case No. _____
          **Debtor**                                              **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. Rick Tremblay 12729 Grandview St Overland Park KS 66213 | | | | | | | Unknown |
| ACCOUNT NO. Unified School District 257 Allen County KS Endowment Assoc 402 E Jackson Iola KS 66749 | | | Shareholder | | | | Notice Only |
| ACCOUNT NO. US Attorney's Office 301 North Main Ste 1200 Wichita, KS 67202 | | | | | | | Notice Only |
| ACCOUNT NO. Bruce R Vance CPA Chtd 8 West Peoria Paola KS  66071 | | | Consultant | | X | | Unknown |
| ACCOUNT NO. Rudolph E & Mary Joann Vasko 13324 Madison Omaha NE 68137 | | | Shareholder | | | | Notice Only |

Sheet no. __57__ of __62__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ► $      0

Total ► $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2009 ©1991-2009, New Hope Software, Inc., ver. 4.4.9-732 - 32342 - Adobe PDF

In re   Team Financial Inc                            ,        Case No. _____
_____
            **Debtor**                                                    **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>VISA Card Services<br>Box 219736<br>Kansas City MO 64121-9736 | | | | | | | Unknown |
| ACCOUNT NO.<br><br>Karen S and Jennifer L Wagner<br>23387 W 236st<br>Spring Hill KS 66083 | | | Shareholder | | | | Notice Only |
| ACCOUNT NO.<br><br>Forrest E & Alma Ware<br>JT TEN<br>4764 Hwy 169<br>Greeley KS 66033 | | | Shareholder | | | | Unknown |
| ACCOUNT NO.<br><br>Washington Natl Ins Co<br>P O Box 223400<br>Pittsburgh PA 15251-2400 | | | HR- Cancer Ins | | | | Unknown |
| ACCOUNT NO.<br><br>Deborah K Weatherbie<br>2205 Lakeview Dr<br>Paola KS 66071 | | | Shareholder | | | | Notice Only |

Sheet no. __58__ of __62__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ► | $        0

Total ► | $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2009 ©1991-2009, New Hope Software, Inc., ver. 4.4.9-732 - 32342 - Adobe PDF

In re    Team Financial Inc                                    ,        Case No. _____
                    **Debtor**                                                              **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | Shareholder | | | | |
| Deb Weatherbie<br>Aaron Weatherbie UTMA KS<br>2205 Lakeview Dr<br>Paola KS 66071-1384 | | | | | | | Notice Only |
| ACCOUNT NO. | | | Shareholder | | | | |
| Deb Weatherbie<br>Alex Weatherbie UTMA KS<br>2205 Lakeview Dr<br>Paola KS 66071-1384 | | | | | | | Notice Only |
| ACCOUNT NO. | | | Shareholder | | | | |
| Trenton S and Robyn R Weatherbie<br>JT TEN JTWROS<br>809 Melrose<br>Paola KS 66071 | | | | | | | Notice Only |
| ACCOUNT NO. | | | Consideration: Lien on Preferred Stock Trustee for Team Financial Capital Trust II | | | | |
| Wells Fargo NA Trustee<br>Trust Preferred Securities<br>Attn Corp Trust Division<br>919 Market Street Ste 700<br>Wilmington DE 19801 | | | | | | | 22,681,000 |
| ACCOUNT NO. | | | Shareholder | | | | |
| Helen D West<br>216 Caroline Dr<br>Prattville AL 36066-6464 | | | | | | | Notice Only |

Sheet no. __59__ of __62__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ► $        22,681,000

Total ► $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2009 ©1991-2009, New Hope Software, Inc., ver. 4.4.9-732 - 32342 - Adobe PDF

In re ___Team Financial Inc_____,      Case No. _____
          **Debtor**                                                    **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>Eva J & Gerald L Whetstone<br>JT TEN<br>150 N Ridgewood<br>Wichita KS 67208 | | | Shareholder | | | | Notice Only |
| ACCOUNT NO.<br><br>Janet & Darryl R White<br>JT TEN<br>30700 W 399th<br>Parker KS 66072 | | | Shareholder | | | | Notice Only |
| ACCOUNT NO.<br><br>Jerry & Joan Wiesner<br>JT TEN JTWROS<br>315 S Elm<br>Ottawa KS 66067 | | | Shareholder | | | | Notice Only |
| ACCOUNT NO.<br><br>Sharla R Wilkerson<br>104 W 3rd St<br>Lamar MO 64759-1033 | | | Shareholder | | | | Notice Only |
| ACCOUNT NO.<br><br>Mary A Wilkes<br>7212 Hardy<br>Overland Park KS 66204 | | | Shareholder | | | | Notice Only |

Sheet no. __60__ of __62__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤ $          0

Total ➤ $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2009 ©1991-2009, New Hope Software, Inc., ver. 4.4.9-732 - 32342 - Adobe PDF

In re  Team Financial Inc                                    ,          Case No. _____
                    **Debtor**                                                                    **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>Jill F Wilks<br>930 Overlook Dr<br>Olathe KS 66061 | | | Shareholder | | | | Notice Only |
| ACCOUNT NO.<br><br>Sue Wilson | | | | | | | Unknown |
| ACCOUNT NO.<br><br>Jamie Wilson<br>910 Brown<br>Osawatomie KS 66064 | | | Shareholder | | | | Notice Only |
| ACCOUNT NO.<br><br>Windsor Drive Investments<br>729 N Frontier Drive Ste 8<br>Papaillion NE 68046 | | | Shareholder | | | | Notice Only |
| ACCOUNT NO.<br><br>Wood Dulohery Ins Inc<br>1725 Washington<br>P O Box 933<br>Parsons KS 67357 | | | Notary Service - Bank | | | | Unknown |

Sheet no. 61 of 62 continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ▶  | $ | 0

Total ▶ | $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2009 ©1991-2009, New Hope Software, Inc., ver. 4.4.9-732 - 32342 - Adobe PDF

In re ___Team Financial Inc_____,     Case No. _____
        **Debtor**                                                   **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br> Dick Works & Karen Works <br> JT TEN JTWROS <br> 1220 Neosho <br> Humbolt KS 66748 | | | Shareholder | | | | Notice Only |
| ACCOUNT NO. <br><br> Kent P and Diane R Wyatt <br> JT TEN <br> 1606 Hickok <br> Abilene KS 67410 | | | Shareholder | | | | Notice Only |
| ACCOUNT NO. <br><br> Michael Zuk Jr. & Gayle Line Zuk <br> JT TEN <br> 4923 W 96th Terr <br> Overland Park KS 66207 | | | Shareholder | | | | Notice Only |
| ACCOUNT NO. <br><br> | | | | | | | |
| ACCOUNT NO. <br><br> | | | | | | | |

Sheet no. __62__ of __62__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

                          Subtotal ▶    $            0

                          Total ▶    $      22,681,000

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2009 ©1991-2009, New Hope Software, Inc., ver. 4.4.9-732 - 32342 - Adobe PDF

In re  Team Financial Inc
_____
Debtor

Case No. _____
(if known)

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property. Include any timeshare interests. State nature of debtor's interest in contract, i.e., "Purchaser," "Agent," etc. State whether debtor is the lessor or lessee of a lease.  Provide the names and complete mailing addresses of all other parties to each lease or contract described. If a minor child is a party to one of the leases or contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian."  Do not disclose the child's name. See 11 U.S.C. § 112 and Fed. R. Bankr. P. 1007(m).

☐  Check this box if debtor has no executory contracts or unexpired leases.

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE, OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST. STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY. STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| TeamBank NA<br>1515 Baptiste Dr<br>Paola KS 66071 | Agreement for Services |
| BancIntelligence.com Inc<br>1301 Hightower Trail Ste 310<br>Atlanta GA 30350 | license agreement |
| BISYS Retirement Srvs LP<br>431 Golf Course Drive North<br>P O Box 979<br>Brainerd MN 56401 | Retirement Plan Service |
| Ceridian Corporation<br>3311 E Old Shakopee Rd<br>Minneapolis MN 55425 | Agrmt for products & services |
| ExpressData Corporation<br>1025 Cobb Place Bvd Ste 100<br>Kennesaw GA 30144 | license agreement for Quick-Rate |
| Fiserv Solutions Inc<br>4220 Shawnee Mission Pkwy Ste 101B<br>Fairway KS 66025 | products & service agreement |
| Harland Financial Solutions<br>400 SW Sixth Ave<br>Portland OR 97204 | products & service agreement |

Bankruptcy2009 ©1991-2009, New Hope Software, Inc., ver. 4.4.9-732  -  32442 - Adobe PDF

In re Team Financial Inc
_____
**Debtor**

Case No. _____
(if known)

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES
## (Continuation Page)

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE, OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST. STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY. STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| KPMG LLP<br>1000 Walnut Street Ste 1000<br>Kansas City MO 64106-2162 | tax consulting services |
| Loomis Fargo & Co<br>300 NW Parkway<br>Riverside MO 64150 | cash mgmt & armored services |
| Sandler Oneill & Partners LP<br>3424 Peachtree Rd NE Ste 2050<br>Atlanta GA 30326 | financial advisor to BOD |
| TraceSecuity<br>5615 Corporate Blvd Ste 200A<br>Baton Rouge LA 70808 | Security consulting & network security |
| Michael L Gibson<br>205 Overhill Dr<br>Paola KS 66071 | Retirement & Release Agreement |
| Sandra J Moll<br>28080 W 303rd<br>Paola KS 66071 | Employment Agreement and Temporary Services |
| Bruce R Vance CPA Chtd<br>8 West Peoria<br>Paola KS  66071 | Consultant Agreement |
| Lois Rausch<br>32631 Lookout Rd<br>Paola KS 66071 | Employment Agreement |

Bankruptcy2009 ©1991-2009, New Hope Software, Inc., ver. 4.4.9-732 - 32442 - Adobe PDF

In re  Team Financial Inc                                      Case No.  _____
_____
         **Debtor**                                                  **(if known)**

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES
## (Continuation Page)

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE, OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST. STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY. STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| DSM Consulting LLC<br>28080 W 303rd<br>Paola KS 66071 | Agreement for Storage of Computer Records |
| | |
| | |
| | |
| | |
| | |
| | |
| | |

Bankruptcy2009 ©1991-2009, New Hope Software, Inc., ver. 4.4.9-732 - 32442 - Adobe PDF

In re __Team Financial Inc_____     Case No. _____
          **Debtor**                                                       **(if known)**

# SCHEDULE H - CODEBTORS

    Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by debtor in the schedules of creditors. Include all guarantors and co-signers. If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory. Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case. If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian."  Do not disclose the child's name. See 11 U.S.C. § 112 and Fed. Bankr. P. 1007(m).

☐  Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| Post Bancorp Inc<br><br>Team Financial Acquisition Subsidiary Inc. | |

Bankruptcy2009 ©1991-2009, New Hope Software, Inc., ver. 4.4.9-732 - 32442 - Adobe PDF

Team Financial Inc

In re _____     Case No. _____
**Debtor**                                                    **(If known)**

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

## DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of _____ sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date _____     Signature: _____
                                                        Debtor:

Date _____     Signature: _____
                                                        (Joint Debtor, if any)

[If joint case, both spouses must sign.]

-----------------------------------------------------------------------------------------------------------

**DECLARATION AND SIGNATURE OF NON-ATTORNEY BANKRUPTCY PETITION PREPARER (See 11 U.S.C. § 110)**

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h) and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110 setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required by that section.

_____          _____
Printed or Typed Name and Title, if any,              Social Security No.
of Bankruptcy Petition Preparer                       *(Required by 11 U.S.C. § 110.)*

*If the bankruptcy petition preparer is not an individual, state the name, title (if any), address, and social security number of the officer, principal, responsible person, or partner who signs this document.*

_____
_____
_____
Address

X _____          _____
     Signature of Bankruptcy Petition Preparer              Date

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document, unless the bankruptcy petition preparer is not an individual:

*If more than one person prepared this document, attach additional signed sheets conforming to the appropriate Official Form for each person.*

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. § 156.*

-----------------------------------------------------------------------------------------------------------

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, the __Chief Operating Officer__ [the president or other officer or an authorized agent of the corporation or a member or an authorized agent of the partnership ] of the __Team Financial Inc__ [corporation or partnership] named as debtor in this case, declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of __78__ sheets *(total shown on summary page plus 1),* and that they are true and correct to the best of my knowledge, information, and belief.

Date __04/05/2009_____          Signature: ___/s/ Sandra Moll_____

                                                        SANDRA MOLL
                                                        [Print or type name of individual signing on behalf of debtor.]

-----------------------------------------------------------------------------------------------------------
*[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]*

*Penalty for making a false statement or concealing property: Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.*

Bankruptcy2009 ©1991-2009, New Hope Software, Inc., ver. 4.4.9-732 - 32342 - Adobe PDF

# UNITED STATES BANKRUPTCY COURT
## District of Kansas

In re    Team Financial Inc _____,
                      Debtor

Case No. _____

Chapter    11 _____

## List of Equity Security Holders

| Holder of Security | Number Registered | Type of Interest |
|---|---|---|
| David Alley<br>4750 Malcom Ct<br>Colorado Springs CO 80920 | 300 | Shareholder |
| Russell J Anderson<br>17550 Bar X Road<br>Colorado Springs CO 80908 | 450 | Shareholder |
| Emily J & Keith A Anselmi<br>JT TEN<br>14774 County Rd<br>Centerville KS 66014 | 125 | Shareholder |
| Paula and Donald G Armstrong<br>JT TEN<br>1105 Pawnee Drive<br>Paola KS 66071 | 500 | Shareholder |
| Crisanne S & Brian E Badders<br>JT TEN<br>34160 High Dr<br>Osawatomie KS 66064 | 10 | Shareholder |
| Heather Forck Bappe<br>26695 Harmony Rd<br>Paola KS 66071 | 40 | Shareholder |
| Bobbi & Samuel Barber<br>JT TEN<br>P O Box 335<br>Lacygne KS 66040 | 50 | Shareholder |
| Jerry G Basson<br>9410 Beacon Hill Cir<br>Dallas TX 75217 | 106 | Shareholder |
| Shawn Baus<br>1212 S 5th St E<br>Louisburg KS 66053 | 10 | Shareholder |
| Tiffany D Baxter<br>812 Pine St<br>Eudora KS 66025-9673 | 2 | Shareholder |
| Helen Beebe<br>8008 S 36th St<br>Bellevue NE 68147-1961 | 734 | Shareholder |
| Lori A Bickford<br>14506 S 132nd St<br>Springfield NE 68059 | 6 | Shareholder |

Bankruptcy2009 ©1991-2009, New Hope Software, Inc., ver. 4.4.9-732 - 32342 - Adobe PDF

In re    Team Financial Inc                              ,    Case No. _____
                                        Debtor

## List of Equity Security Holders (Continuation Page)

| Holder of Security | Number Registered | Type of Interest |
|---|---|---|
| Helen I Blakeman<br>31475 Oak Grove Rd<br>Paola KS 66071 | 300 | Shareholder |
| Neil E Blakeman<br>31475 Oak Grove Rd<br>Paola KS 66071 | 300 | Shareholder |
| Neil E and Helen Blakeman<br>JT TEN<br>31475 Oak Grove<br>Paola KS 66071 | 200 | Shareholder |
| Cherie K Bloch<br>c/o Cherie Taylor<br>P O Box 8292<br>Springfield MO 65801 | 45 | Shareholder |
| Freeda & Gary Bloomberg<br>JT TEN<br>2425 Yorkshire S<br>Fort Collins CO 80526 | 3,000 | Shareholder |
| Marilyn K & Joseph A Bolander<br>JT TEN<br>26081 Ottawa Rd<br>Parsons KS 67357 | 35 | Shareholder |
| Sandra K and Ralph E Bowman<br>120 S Webster<br>Erie KS 66733-1346 | 225 | Shareholder |
| Julie L Boyle<br>15616 S Gallery St<br>Olathe KS 66062 | 75 | Shareholder |
| Patricia A and Kevin D Brening<br>JT TEN<br>808 Loch Lommond<br>Hutchinson KS 67502 | 125 | Shareholder |
| Deana Brim<br>803 Saddlewood St Apt C<br>Gardner KS 66030-1520 | 50 | Shareholder |
| Lois A and Jerry R Brinker<br>519 Charles Rd<br>Abilene KS 67410 | 25 | Shareholder |
| Cind S Bruce<br>31501 NE 1900 Rd<br>Garnett KS 66032 | 25 | Shareholder |
| Donna Bruner<br>21013 Ness Rd<br>Parsons KS 67357-8082 | 200 | Shareholder |

Bankruptcy2009 ©1991-2009, New Hope Software, Inc., ver. 4.4.9-732 - 32442 - Adobe PDF

In re  Team Financial Inc                         ,        Case No. _____

        Debtor

## List of Equity Security Holders (Continuation Page)

| Holder of Security | Number Registered | Type of Interest |
|---|---|---|
| Lora Bryant<br>113 Waterworks Rd<br>Paola KS 66071 | 15 | Shareholder |
| Eric W & Kristin M Bunnell<br>JT TEN<br>23982 Eagle Court<br>Paola KS 66071-5709 | 200 | Shareholder |
| Karlan K Butler<br>21548 S Soryl Ave<br>Peculiar MO 64708 | 47 | Shareholder |
| Sergio Campanini<br>2706 University Dr<br>Lawrence KS 66049 | 390 | Shareholder |
| Louita A and William L Carter<br>JT TEN<br>P O Box 256<br>McCune KS 66753 | 250 | Shareholder |
| Cede and Co<br>P O Box 20<br>Bowling Green St<br>New York NY 10274 | 2,592,202 | Shareholder |
| Charles Clatterbuck<br>1718 Hillcrest Dr<br>Bellevue NE 68005-3652 | 96,225 | Shareholder |
| Charles R & Linda L Clatterbuck<br>JT TEN<br>1718 Hillcrest Dr<br>Bellevue NE 68005-3652 | 20,519 | Shareholder |
| Robert L and Donna Clatterbuck<br>JT TEN<br>605 Lincoln Rd<br>Bellevue NE 68005 | 3,235 | Shareholder |
| Rhonda and Bruce Cordle<br>JT TEN<br>26619 K 68 Hwy<br>Paola KS 66071-5750 | 150 | Shareholder |
| Sally A and Michael S Crane<br>JT TEN<br>446 N Cedar<br>Garnett KS 66032 | 42 | Shareholder |
| Frances Laverne Crooks<br>207 Crestview Dr<br>Nevada MO 64772 | 50 | Shareholder |

Bankruptcy2009 ©1991-2009, New Hope Software, Inc., ver. 4.9-732 - 32342 - Adobe PDF

In re  Team Financial Inc                                    ,          Case No. _____
                    _____
                              Debtor

### List of Equity Security Holders (Continuation Page)

| Holder of Security | Number Registered | Type of Interest |
|---|---|---|
| Brian R & Marjorie E Davis<br>JT TEN<br>2211 Dovming Dr<br>Colorado Spring CO 80909 | 300 | Shareholder |
| John P Day<br>4790 Yarrow Pl<br>Colorado Springs CO 80917-1428 | 100 | Shareholder |
| Neil Detrich<br>Revocable Trust No 1<br>P O Box 589<br>Chapman KS 67431 | 2,333 | Shareholder |
| Kimberly S Drews<br>23870 W 264th St<br>Paola KS 66071 | 80 | Shareholder |
| Kimberly Dunn<br>10434 Osage Rd<br>Oskaloosa KS 66066 | 3 | Shareholder |
| Raymond H and Barbara A Dunn<br>JT TEN<br>6178 Sapporo Dr<br>Colorado Springs CO 80918 | 150 | Shareholder |
| Lori D Edge<br>405 Kansas Drive<br>Iola KS 66749 | 135 | Shareholder |
| Charles R & Paula G Edmonds<br>JT TEN<br>1201 S Spring<br>Nevada MO 64772 | 1,075 | Shareholder |
| Keith Edquist<br>12005 N 72nd St<br>Omaha NE 68122 | 29,305 | Shareholder |
| Mark E Emley<br>13108 W 127th Pl<br>Overland Park KS 66213 | 200 | Shareholder |
| James R Englehart<br>7219 W 144th Terr<br>Overland Park KS 66223 | 100 | Shareholder |
| Harold J & Beverly J Englekamp<br>JT TEN<br>2109 Englewood Dr<br>Bellevue NE 68005 | 710 | Shareholder |
| John E Ennis<br>1630 N Main 3 C<br>El Dorado KS 67042 | 2,100 | Shareholder |

Bankruptcy2009 ©1991-2009, New Hope Software, Inc., ver. 4.4.9-732 - 32442 - Adobe PDF

## List of Equity Security Holders (Continuation Page)

| Holder of Security | Number Registered | Type of Interest |
|---|---|---|
| Francis W & Carolyn S Esely<br>JT TEN<br>107 Winston Place<br>St Joseph MO 64506 | 6,213 | Shareholder |
| Sheba and David Evans<br>JT TEN<br>19389 W 319th St<br>Paola KS 66071 | 35 | Shareholder |
| James D & Shirley A Ferley<br>JT TEN<br>34475 W 263rd St<br>Paola KS 66071-4224 | 723 | Shareholder |
| Peter J and Jane F Fiene<br>JT TEN<br>13832 Hemlock<br>Overland Park KS 66223 | 100 | Shareholder |
| First Clearing Corp<br>Cust Hellen M Welch IRA<br>P O Box 6510<br>Glen Allen VA 23058-6510 | 1,714 | Shareholder |
| Catherine E & Joseph E Flake<br>JT TEN<br>23207 W 289th<br>Paola KS 66071 | 50 | Shareholder |
| Pamela J and Bradley K Fogo<br>JT TEN<br>14605 W 60th Terrace<br>Shawnee KS 66216 | 100 | Shareholder |
| Marion A Foster<br>5 Circle Drive<br>Paola KS 66071 | 450 | Shareholder |
| Gary Friedenbach<br>708 Kayleen Dr<br>Bellevue NE 66005-2350 | 15 | Shareholder |
| Matthew C Froggatte<br>2908 Utah Terrace<br>Rantoul KS 66079 | 108 | Shareholder |
| Davina L Garrison<br>28100 Hospital Dr<br>Paola KS 66071 | 20 | Shareholder |
| Beverly E Gfeller<br>7107 E State Route W<br>Freeman MO 64746-6282 | 65 | Shareholder |

Bankruptcy2009 ©1991-2009, New Hope Software, Inc., ver. 4.4.9-732 - 32442 - Adobe PDF

In re <u>Team Financial Inc</u>,      Case No. _____

                       Debtor

### List of Equity Security Holders (Continuation Page)

| Holder of Security | Number Registered | Type of Interest |
|---|---|---|
| Gibson Living Trust<br>205 Overhill Dr<br>Paola KS 66071 | 120,900 | Shareholder |
| Thomas E Giefer<br>918 Lincoln St<br>Parsons KS 67357-2952 | 50 | Shareholder |
| Dolores M Gottfried<br>4648 Pika Pt<br>Colorado Springs CO 80922 | 526 | Shareholder |
| Robert Gregory<br>1019 Prairie<br>Paola KS 66071 | 43 | Shareholder |
| Alan C Gregory<br>2595 Tamora Way<br>Colorado Springs CO 80919 | 330 | Shareholder |
| William Griffin Jr & Patricia R Griffin<br>JT TEN<br>29 Holly Lane<br>Paola KS 66071-1842 | 2,500 | Shareholder |
| Kristin A Guier<br>200 N Washington St<br>Freeman MO 64746-9727 | 34 | Shareholder |
| Pam Halcomb<br>523 E Maple St<br>Nevada MO 64772 | 200 | Shareholder |
| Deryl F Hamann<br>1500 Woodman Tower<br>Omaha NE 68102-2002 | 1,000 | Shareholder |
| James Dean Hancock<br>16203 Palace Creek Dr<br>Monument CO 80132 | 96 | Shareholder |
| Kenneth F & Annette E Harris<br>JT TEN<br>4751 Hayes<br>Shawnee KS 66203 | 125 | Shareholder |
| Sherry and Ashley R Hart<br>JT TEN<br>601 S Washington<br>Iola KS 66749 | 140 | Shareholder |
| Sherry Hart and Amanda Phillips<br>JT TEN<br>601 S Washington<br>Iola KS 66749 | 200 | Shareholder |

Bankruptcy2009 ©1991-2009, New Hope Software, Inc., ver. 4.4.9-732 - 32342 - Adobe PDF

In re    Team Financial Inc                                    ,    Case No. _____
                                                    Debtor

## List of Equity Security Holders (Continuation Page)

| Holder of Security | Number Registered | Type of Interest |
|---|---|---|
| Dorthoy Arlene & Fred Harvey<br>JT TEN<br>10834 W 2100 Rd<br>Lacygne KS 66040 | 900 | Shareholder |
| Harold B Hendrickson<br>29980 W 335th St<br>Oswatomie KS 66064 | 375 | Shareholder |
| Colby G Hendrickson<br>4007 E 107th St<br>Kansas City MO 64137 | 375 | Shareholder |
| Jason A & Niki J Henrie<br>JT TEN<br>9321 Kessler Ln<br>Overland Park KS 66212 | 100 | Shareholder |
| Deborah Higgins & George F Huffman<br>JT TEN<br>214 Sycamore<br>Lacygne KS 66040 | 141 | Shareholder |
| Pam and George Holtz<br>JT TEN<br>31305 Hospital Dr<br>Paola KS 66071 | 10 | Shareholder |
| Mark Isbell<br>11723 W 1800 Rd<br>Parker KS 66072 | 600 | Shareholder |
| Mark B and Michelle L Jenkins<br>5377 W 208th St<br>Bucyrus KS 66013 | 50 | Shareholder |
| Kristin Johnson<br>112 Ash Rd<br>Southport NC 28461 | 18 | Shareholder |
| Deborah P Johnson<br>33510 W 395th St<br>Osawatomie KS 66064 | 3 | Shareholder |
| Paul D Johnson<br>Paul D Johnson TR UA<br>928 South Esplan<br>Leavenworth KS 66048-3547 | 21,245 | Shareholder |
| Kandie Johnston<br>TOD Dakota Johnston<br>13819 NW Hwy 31<br>Garnett KS 66032 | 49 | Shareholder |

Bankruptcy2009 ©1991-2009, New Hope Software, Inc., ver. 4.4.9-732 - 32442 - Adobe PDF

### List of Equity Security Holders (Continuation Page)

| Holder of Security | Number Registered | Type of Interest |
|---|---|---|
| Kandie Johnston<br>TOD Denver Johnston<br>13819 NW Hwy 31<br>Garnett KS 66032 | 49 | Shareholder |
| Carolyn K Jones<br>818 Thrid St<br>Osawatomie KS 66064 | 420 | Shareholder |
| Blake C Jorgensen<br>432 E 11th St<br>Ottawa KS 66067 | 40 | Shareholder |
| Mary Ann and Darrel L Keller<br>JT TEN<br>3004 Johnston Rd<br>Parsons KS 67357 | 700 | Shareholder |
| Jeanne Kelly<br>5010 Ottawa St<br>Kansas City KS 66106-3428 | 5 | Shareholder |
| Francis W & Jeanne Kelly<br>JT TEN<br>5010 Ottawa St<br>Kansas City KS 66106-3428 | 35 | Shareholder |
| Linda K Kice<br>121 S 16th Terrace<br>Louisburg KS 66053 | 25 | Shareholder |
| RG and Beverly Kilkenny<br>JT TEN JTWROS<br>4304 W 110th St<br>Leawood KS 66211 | 8,545 | Shareholder |
| Emily B Kirby<br>2000 Greenbriar Ln<br>Riverwoods IL 60015-3855 | 200 | Shareholder |
| Connie J & Paul G Knight<br>JT TEN<br>P O Box 161<br>Moran KS 66755-0161 | 175 | Shareholder |
| James L Kohout<br>c/o Sodoro Daly & Sodoro PC<br>7000 Spring St<br>Omaha NE 68106 | 84 | Shareholder |
| Denis A Kurtenbach<br>IRA Custodial TBNA Cust<br>P O Box 369<br>Paola KS 66071 | 925 | Shareholder |

Bankruptcy2009 ©1991-2009, New Hope Software, Inc., ver. 4.4.9-732 - 32342 - Adobe PDF

In re  Team Financial Inc                                    ,          Case No. _____
                              Debtor

## List of Equity Security Holders (Continuation Page)

| Holder of Security | Number Registered | Type of Interest |
|---|---|---|
| Starla Landers<br>1328 26000 Rd<br>Parsons KS 67357 | 75 | Shareholder |
| Ronald R Lang<br>713 Bobtail Ct<br>Newton KS 67114 | 3 | Shareholder |
| Willetta M and Charles K Lawhead<br>JT TEN<br>31760 W 83rd St<br>De Soto KS 66018 | 684 | Shareholder |
| Ashley N Lawson<br>1005 Wicklow Rd<br>Papillion NE 68046 | 83 | Shareholder |
| Justin G Lawson<br>3260 47th St<br>Boulder CO 80301 | 83 | Shareholder |
| Shelly and Ronald Anthony Ledbetter<br>JT TEN<br>503 E Spring<br>Bonner Springs KS 66012 | 10 | Shareholder |
| Huong V Lee<br>1006 Sterling Drive<br>Papillion NE 68133 | 414 | Shareholder |
| Huong V & Jeffrey F Lee<br>JT TEN<br>1006 Sterling Dr<br>Papillion NE 68046 | 418 | Shareholder |
| Russell C Leffel<br>6408 Willow Ln<br>Mission Hills KS 66208 | 500 | Shareholder |
| Karen S Lehto<br>204 Tower St<br>Paola KS 68071 | 120 | Shareholder |
| Ned R Lewis<br>2425 El Paso<br>Colorado Springs CO 80907 | 200 | Shareholder |
| Nancy E Lewis<br>401 NW 80th Rd<br>Lamar MO 64759 | 100 | Shareholder |
| Beverly L & Robert K Locke<br>JT TEN<br>1821 US Hwy 54<br>Iola KS 66749 | 150 | Shareholder |

Bankruptcy2009 ©1991-2009, New Hope Software, Inc., ver. 4.4.9-732 - 32442 - Adobe PDF

In re  Team Financial Inc                              ,      Case No. _____
                    Debtor

## List of Equity Security Holders (Continuation Page)

| Holder of Security | Number Registered | Type of Interest |
|---|---|---|
| Anne Lolley<br>8601 SW 29th St<br>Topeka KS 6614-9219 | 400 | Shareholder |
| Kathy A and Dean S Lovig<br>JT TEN<br>306 E Wea<br>Paola KS 66071 | 1,575 | Shareholder |
| Steven Markham<br>417 West 7th Ave<br>Garnett KS 66032 | 325 | Shareholder |
| Mary C and Rudolph T Matherly<br>JT TEN<br>5122 W 96th Terr<br>Overland Park KS 66207 | 238 | Shareholder |
| Glora J & Phillip A Mathews<br>JT TEN<br>39414 Lone Start<br>Fontana KS 66026 | 50 | Shareholder |
| Robert M Matthews<br>2298 County Rd 1077<br>Blue Mound KS 66010-9445 | 50 | Shareholder |
| Cherri Maxwell<br>29888 Ashmore Way<br>Springhill KS 66083 | 125 | Shareholder |
| Thomas C McFarland<br>Route 1 Box 3<br>Moundville MO 64771 | 250 | Shareholder |
| John WM McQueeney<br>1505 University Dr<br>Lawrence KS 66044 | 1,750 | Shareholder |
| Michael J McQueeney<br>1505 University Dr<br>Lawrence KS 66044 | 1,750 | Shareholder |
| Marsha McRoberts<br>1029 Brown<br>Osawatomie KS 66064 | 186 | Shareholder |
| Georgene & James E Melton<br>JT TEN<br>1115 Durham Dr<br>Paola KS 66071 | 100 | Shareholder |
| Cheryl Miller<br>1304 Adame<br>Ft Calhoun NE 68023 | 170 | Shareholder |

Bankruptcy2009 ©1991-2009, New Hope Software, Inc., ver. 4.4-9-732 - 32442 - Adobe PDF

In re　Team Financial Inc　　　　　　　　　,　　Case No. _____
　　　　　　　　　　　Debtor

## List of Equity Security Holders (Continuation Page)

| Holder of Security | Number Registered | Type of Interest |
|---|:---:|:---:|
| Lora J and Marvin L Miller<br>JT TEN<br>Rt 1 Box 254B<br>Nevada MO 64772 | 100 | Shareholder |
| Geraldine and Marvin Mills<br>TR Geraldine Mills<br>2741 Red Rd<br>Chapman KS 67431 | 410 | Shareholder |
| Marvin Mills<br>TR Marvin Mills Rev Trust # I<br>2741 Red Rd<br>Chapman KS 67431 | 887 | Shareholder |
| Nancy M and Steven J Minor<br>JT TEN<br>2918 Washington<br>Parsons KS 67357 | 25 | Shareholder |
| Mitchell Partners LP<br>Attn Jim Mitchell<br>P O Box 5119<br>Irvine CA 92616 | 5 | Shareholder |
| R Roger Moore<br>303 Crestview<br>Parsons KS 67357 | 250 | Shareholder |
| R Roger and Colleen Moore<br>JT TEN<br>303 Crestview<br>Parsons KS 67357 | 489 | Shareholder |
| David & Mary M Moore<br>JT TEN<br>P O Box 317<br>Baldwin City KS 66006 | 50 | Shareholder |
| Don L Morris<br>P O Box 327<br>Paola KS 66071 | 3,000 | Shareholder |
| Barbara L Mowat<br>1145 3rd St<br>Osawatomie KS 66064 | 30 | Shareholder |
| Joseph L & Carol L Newby<br>JT TEN<br>3345 80th Rd<br>Thayer KS 66776 | 30 | Shareholder |
| Cynthia A & Mark A Newland<br>JT TEN<br>1406 N Western<br>Iola KS 66749 | 50 | Shareholder |

Bankruptcy2009 ©1991-2009, New Hope Software, Inc., ver. 4.4.9-732 - 32442 - Adobe PDF

In re  Team Financial Inc                                    ,      Case No. _____
                          Debtor

### List of Equity Security Holders (Continuation Page)

| Holder of Security | Number Registered | Type of Interest |
|---|:---:|:---:|
| Rachelle L & Christopher J Newport<br>JT TEN<br>22496 Illif Rd<br>Fontana KS 66026 | 60 | Shareholder |
| Rita A Noel and Frankie M Noel IV<br>39780 New Lancas<br>Lacygne KS 66040 | 25 | Shareholder |
| Todd G and Molly B Norton<br>1100 Merril Court<br>Columbia MO 65203 | 100 | Shareholder |
| Norma Ogen<br>39115 Walthal<br>Osawatomie KS 66064 | 198 | Shareholder |
| Diane M & Danny Oswalt<br>JT TEN<br>1681 N Dakota Rd<br>Iola KS 66749 | 275 | Shareholder |
| Arlene A Parde<br>2101 Lucille Dr<br>Bellevue NE 68147 | 2 | Shareholder |
| Brenda R & Charles M Parsons<br>JT TEN<br>P O Box 52<br>McCune KS 66753 | 445 | Shareholder |
| Connie & Richard K Peckman<br>JT TEN<br>R R 4 Box 238G<br>Nevada MO 64772-9245 | 300 | Shareholder |
| Karen and Patrick Petelin<br>JT TEN<br>27503 Lookout Rd<br>Paola KS 66071 | 24 | Shareholder |
| Don Peterson<br>202 Kings Dr<br>Bellevue NE 68005 | 220 | Shareholder |
| Wanda W and Robert L Phillips<br>JT TEN<br>5 Overhill Dr<br>Paola KS 66071 | 544 | Shareholder |
| Wanda Phillips<br>TOD Robert L Phillips<br>5 Overhill Dr<br>Paola KS 66071 | 36 | Shareholder |

Bankruptcy2009 ©1991-2009, New Hope Software, Inc., ver. 4.4.9-732 - 33242 - Adobe PDF

**List of Equity Security Holders (Continuation Page)**

| Holder of Security | Number Registered | Type of Interest |
|---|---|---|
| June S Powell<br>June S Powell Revocable Trust<br>205 Brookside Dr<br>Paola KS 66071 | 4,250 | Shareholder |
| Marvin J and Donna L Pratt<br>JT TEN JTWROS<br>230 Willis Drive<br>Shepherdstown WV 25443 | 3,860 | Shareholder |
| Juanita G & Frank T Pretz<br>JT TEN<br>35105 Moonlight<br>Osawatomie KS 66064 | 50 | Shareholder |
| Donna R Price<br>TOD Debra L Hobbs<br>805 E 31st<br>Pittsburg KS 66762-2500 | 205 | Shareholder |
| Donna R Price<br>TOD Jeffrey W Price<br>805 E 31st St<br>Pittsburg KS 66762-2500 | 205 | Shareholder |
| Donna R Price<br>TOD Tracy A Price<br>805 E 31st St<br>Pittsburg KS 66762-2500 | 205 | Shareholder |
| Private Trust Company Cust<br>Barabara A Shouse Rollover IRA<br>9785 Towne Center<br>San Diego CA 92121 | 410 | Shareholder |
| Gladys A & Christina M Prothe<br>34635 Block Rd<br>Paola KS 66071 | 250 | Shareholder |
| Gladys A & Megan S Prothe<br>34635 Block Rd<br>Paola KS 66071 | 250 | Shareholder |
| Leanne Dudley & Roger/Clarene Prothe<br>JT TEN<br>19298 West 209th<br>Spring Hill KS 66083 | 50 | Shareholder |
| Gladys A & James R Prothe<br>JT TEN<br>34635 Block Rd<br>Paola KS 66071 | 100 | Shareholder |
| Gladys A & Robert W Prothe<br>TR Gladys A Prothe<br>34635 Block Rd<br>Paola KS 66071 | 1,410 | Shareholder |

Bankruptcy2009 ©1991-2009, New Hope Software, Inc., ver. 4.4.9-732 - 32342 - Adobe PDF

In re    Team Financial Inc                                    ,    Case No. _____
                        Debtor

## List of Equity Security Holders (Continuation Page)

| Holder of Security | Number Registered | Type of Interest |
|---|---|---|
| Patricia A Quist<br>TR Patricia A Quist Trust<br>506 Cascio Drive<br>Bellevue NE 68005 | 1,215 | Shareholder |
| John J Ramsey<br>2035 Northridge Cir<br>Blair NE 68008 | 3,800 | Shareholder |
| Phillip B Reaka<br>31423 Santa Fe Rd<br>Paola KS 66071 | 3 | Shareholder |
| Teresa J Reese<br>29850 Lone Star Rd<br>Paola KS 66071 | 25 | Shareholder |
| Clifford E Rexwinkle<br>3115 Johnston Rd<br>Parsons KS 67357 | 500 | Shareholder |
| Deborah A & Scott A Robb<br>JT TEN<br>19670 Rosewood Dr<br>Stillwell KS 66085-9049 | 220 | Shareholder |
| Sharon K and Stan Robinson<br>JT TEN<br>26611 Crescent Hill<br>Paola KS 66071 | 215 | Shareholder |
| Donald L & M Gaye Rowland<br>JT TEN<br>5407 Exeter Drive<br>Richardson TX 75082 | 450 | Shareholder |
| Lutie and Warren C Schooley<br>JT TEN<br>805 W Arch<br>Nevada MO 64772 | 50 | Shareholder |
| Kenneth Schulte<br>P O Box 11<br>Osborne KS 67473 | 300 | Shareholder |
| Harold G Sevy Jr<br>P O Box 42<br>Paola KS 66071 | 3,000 | Shareholder |
| Vickie M Shoults<br>13203 S 35th Ave Cir<br>Bellevue NE 68123 | 43 | Shareholder |
| Deborah Sladky<br>P O Box 91<br>Louisburg KS 66053-0091 | 3 | Shareholder |

Bankruptcy2009 ©1991-2009, New Hope Software, Inc., ver. 4.9-732 - 32342 - Adobe PDF

In re   Team Financial Inc                                    ,        Case No. _____
                    Debtor

## List of Equity Security Holders (Continuation Page)

| Holder of Security | Number Registered | Type of Interest |
|---|---|---|
| Angela L Slaven<br>1222 1800th St<br>Iola KS 66749-3931 | 119 | Shareholder |
| V Dianne Smith<br>1700 Lockhart Lane<br>Osawatomie KS 66064 | 62 | Shareholder |
| Kenneth L & Mildred J Smith<br>JT TEN<br>5 E Terrace<br>Paola KS 66071 | 1,000 | Shareholder |
| SNL Securities LP<br>Box 2124<br>Charlottesville VA 22902 | 1 | Shareholder |
| Robert G and Arlene P Stein<br>JT TEN<br>5965 Wilson Rd<br>Colorado Springs CO 80919 | 338 | Shareholder |
| Thomas S and Julie A Strickler<br>JT TEN<br>501 Canary Ln<br>Iola KS 66749-1913 | 515 | Shareholder |
| Robert F & Andrea V Sullivan<br>Rev Living Trust<br>11609 S Burch<br>Olathe KS 66061 | 165 | Shareholder |
| Barbara A & Clyde E Sutton<br>JT TEN<br>710 E Broad St<br>Colony KS 66015-9506 | 1,090 | Shareholder |
| Dale F Swanson<br>881 S 89th St<br>Omaha NE 68114-4231 | 400 | Shareholder |
| Montie K & Candyse Hill Taylor<br>JT TEN<br>1540 17000 Rd<br>Parsons KS 67357 | 24,080 | Shareholder |
| Taylor Forge Engineered Systems Inc<br>208 North Iron<br>Paola KS 66071 | 10,640 | Shareholder |
| Team Financial Inc<br>Employees Stock Ownership Plan TFI TR<br>8 West Peoria Ste 200<br>Paola KS 66071 | 418,745 | Shareholder |

Bankruptcy2009 ©1991-2009, New Hope Software, Inc., ver. 4.9-732 - 32442 - Adobe PDF

In re  Team Financial Inc                              ,     Case No. _____
                    Debtor

**List of Equity Security Holders (Continuation Page)**

| Holder of Security | Number Registered | Type of Interest |
|---|---|---|
| Amy Teems<br>Rt 4 Box 218<br>Nevada MO 64772 | 40 | Shareholder |
| James & Martha Tellefsen<br>JT TEN<br>805 Mountain Heights<br>Scottsboro AL 35769-8820 | 300 | Shareholder |
| Marita J Thomas<br>4160 E Windsong<br>Springfield MO 65809 | 420 | Shareholder |
| Joanne Thompson<br>10510 West 327th St<br>Paola KS 66071 | 50 | Shareholder |
| Ethel Louise Thompson<br>Revocable Trust<br>804 E Kaskaskia<br>Paola KS 66071 | 975 | Shareholder |
| Alvie & Phyllis Thrower<br>JT TEN JTWROS<br>1406 Lawrence La<br>Bellevue NE 68005 | 545 | Shareholder |
| Cindy L & Donald J Toburen Jr<br>JT TEN<br>28116 W 319th St<br>Paola KS 66071-4652 | 505 | Shareholder |
| Bernard L & Mildred A Toncray<br>JT TEN<br>38190 Harmony Rd<br>Paola KS 66071-3055 | 100 | Shareholder |
| Unified School District 257<br>Allen County KS Endowment Assoc<br>402 E Jackson<br>Iola KS 66749 | 2,000 | Shareholder |
| Rudolph E & Mary Joann Vasko<br>13324 Madison<br>Omaha NE 68137 | 10,640 | Shareholder |
| Karen S and Jennifer L Wagner<br>23387 W 236st<br>Spring Hill KS 66083 | 200 | Shareholder |
| Forrest E & Alma Ware<br>JT TEN<br>4764 Hwy 169<br>Greeley KS 66033 | 100 | Shareholder |

Bankruptcy2009 ©1991-2009, New Hope Software, Inc., ver. 4.4.9-732 - 32342 - Adobe PDF

In re  Team Financial Inc                    ,     Case No. _____
                  Debtor

## List of Equity Security Holders (Continuation Page)

| Holder of Security | Number Registered | Type of Interest |
| --- | --- | --- |
| Deborah K Weatherbie<br>2205 Lakeview Dr<br>Paola KS 66071 | 55,499 | Shareholder |
| Deb Weatherbie<br>Aaron Weatherbie UTMA KS<br>2205 Lakeview Dr<br>Paola KS 66071-1384 | 70 | Shareholder |
| Deb Weatherbie<br>Alex Weatherbie UTMA KS<br>2205 Lakeview Dr<br>Paola KS 66071-1384 | 70 | Shareholder |
| Helen D West<br>216 Caroline Dr<br>Prattville AL 36066-6464 | 112 | Shareholder |
| Eva J & Gerald L Whetstone<br>JT TEN<br>150 N Ridgewood<br>Wichita KS 67208 | 50 | Shareholder |
| Janet & Darryl R White<br>JT TEN<br>30700 W 399th<br>Parker KS 66072 | 40 | Shareholder |
| Jerry & Joan Wiesner<br>JT TEN JTWROS<br>315 S Elm<br>Ottawa KS 66067 | 200 | Shareholder |
| Sharla R Wilkerson<br>104 W 3rd St<br>Lamar MO 64759-1033 | 50 | Shareholder |
| Mary A Wilkes<br>7212 Hardy<br>Overland Park KS 66204 | 300 | Shareholder |
| Jill F Wilks<br>930 Overlook Dr<br>Olathe KS 66061 | 150 | Shareholder |
| Jamie Wilson<br>910 Brown<br>Osawatomie KS 66064 | 60 | Shareholder |
| Windsor Drive Investments<br>729 N Frontier Drive Ste 8<br>Papaillion NE 68046 | 19,200 | Shareholder |
| Dick Works & Karen Works<br>JT TEN JTWROS<br>1220 Neosho<br>Humbolt KS 66748 | 75 | Shareholder |

Bankruptcy2009 ©1991-2009, New Hope Software, Inc., ver. 4.4.9-732 - 32342 - Adobe PDF

In re   Team Financial Inc                           ,        Case No. _____
                          Debtor

**List of Equity Security Holders (Continuation Page)**

| Holder of Security | Number Registered | Type of Interest |
|---|---|---|
| Kent P and Diane R Wyatt<br>JT TEN<br>1606 Hickok<br>Abilene KS 67410 | 125 | Shareholder |
| Michael Zuk Jr. & Gayle Line Zuk<br>JT TEN<br>4923 W 96th Terr<br>Overland Park KS 66207 | 200 | Shareholder |

Bankruptcy2009 ©1991-2009, New Hope Software, Inc., ver. 4.4.9-732 - 32442 - Adobe PDF

B203
12/94

# United States Bankruptcy Court
## District of Kansas

In re  Team Financial Inc

Case No. _____

Chapter  _____11_____

Debtor(s)

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR

1.  Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above-named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf  of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follow s:

For legal services, I have agreed to accept ...........................…………………........ $ _____0_____

Prior to the filing of this statement I have received .......…………….............…..... $ ___182,745___

Balance Due ...........................…………………………....................…………......... $ _____0_____

2.  The source of compensation paid to me was:

☑ Debtor        ☐ Other (specify)

3.  The source of compensation to be paid to me is:

☑ Debtor        ☐ Other (specify)

4.  ☑  I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

☐  I have agreed to share the above-disclosed compensation with a other person or persons who are not members or associates of my law firm.  A copy of the agreement, together with a list of the names of the people sharing in the compensation, is attached.

5.  In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

   a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
   b. Preparation and filing of any petition, schedules, statements of affairs and plan which may be required;
   c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
   d. Representation of the debtor in adversary proceedings and other contested bankruptcy matters;
   e. [Other provisions as needed]

THIS IS AN HOURLY CASE.

6.  By agreement with the debtor(s), the above-disclosed fee does not include the following services:

Bankruptcy2009 ©1991-2009, New Hope Software, Inc., ver. 4.4-9-732 - 32442 - Adobe PDF

---

### CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in the bankruptcy proceeding.

04/05/2009
_____
Date

/s/ Edward J. Nazar
_____
Signature of Attorney

Redmond & Nazar, L.L.P.
_____
Name of law firm

---

ACE Property & Casualty Ins
Elliott Insurance Group
278 Fairlane Drive
Louisburg KS 66053


ACE USA
Dept CH 14089
Palatine IL 60055-4089


Perry O Adkins
dba Midwest Banking Services
2731 NE River Ridge Rd
St Joseph MO 64507


Advance Ins Co of Ks
1133 SW Topeka Blvd
Topeka KS 66629-0001


AFLAC
1932 Wynnton Rd
Columbus GA 31999-2000


Agler & Gaeddert
P O Box 1020
Ottawa KS 66067


Air Communication Systems
23 W Wea
Paola KS 66071


David Alley
4750 Malcom Ct
Colorado Springs CO 80920


Russell J Anderson
17550 Bar X Road
Colorado Springs CO 80908


Emily J & Keith A Anselmi
JT TEN
14774 County Rd
Centerville KS 66014

Paula and Donald G Armstrong
JT TEN
1105 Pawnee Drive
Paola KS 66071


AS Pratt & Sons
P O Box 840208
Dallas TX 75284-0208


Ascensus Crump Group Inc
P O Box 36469
Newark NJ 07188-6469


Assurant Employee Benefits
P O Box 843300
Kansas City MO 64184-3300


Crisanne S & Brian E Badders
JT TEN
34160 High Dr
Osawatomie KS 66064


Banc Tec Remittance Processing
P O Box 6168
2100 A Corporate Drive
Addison IL 60101


BancIntelligence.com Inc
1301 Hightower Trail Ste 310
Atlanta GA 30350


Heather Forck Bappe
26695 Harmony Rd
Paola KS 66071


Bobbi & Samuel Barber
JT TEN
P O Box 335
Lacygne KS 66040


Jerry G Basson
9410 Beacon Hill Cir
Dallas TX 75217

Shawn Baus
1212 S 5th St E
Louisburg KS 66053


Tiffany D Baxter
812 Pine St
Eudora KS 66025-9673


Carmen Beastrom


Helen Beebe
8008 S 36th St
Bellevue NE 68147-1961


Best Western Paola
1600 E Hedge Lane Ct
Paola KS 66071


Lori A Bickford
14506 S 132nd St
Springfield NE 68059


O Gene Bicknell
7400 College Blvd Suite 205
Overland Park KS 66210


O Gene Bicknell
c/o John A. Granda Esq
Stinson Morrison Hecker LLP
1201 Walnut Suite 2900
Kansas City MO 64106


BISYS Retirement Srvs LP
431 Golf Course Drive North
P O Box 979
Brainerd MN 56401


Robert M Blachly
307 N Oak
Paola KS 66071


Helen I Blakeman
31475 Oak Grove Rd
Paola KS 66071

Neil E and Helen Blakeman
JT TEN
31475 Oak Grove
Paola KS 66071


Cherie K Bloch
c/o Cherie Taylor
P O Box 8292
Springfield MO 65801


Freeda & Gary Bloomberg
JT TEN
2425 Yorkshire S
Fort Collins CO 80526


Blue Cross Blue Shield of Ks
1133 SW Topeka Blvd
Topeka KS 66612


BodyMaxx Fitness
708 Baptiste Drive
Paola KS 66071


Marilyn K & Joseph A Bolander
JT TEN
26081 Ottawa Rd
Parsons KS 67357


Sandra K and Ralph E Bowman
120 S Webster
Erie KS 66733-1346


Julie L Boyle
15616 S Gallery St
Olathe KS 66062


Patricia A and Kevin D Brening
JT TEN
808 Loch Lommond
Hutchinson KS 67502


Deana Brim
803 Saddlewood St Apt C
Gardner KS 66030-1520

Lois A and Jerry R Brinker
519 Charles Rd
Abilene KS 67410


Broadridge
P O Box 23487
Newark NJ 07189


Cind S Bruce
31501 NE 1900 Rd
Garnett KS 66032


Bruce R Vance CPA Chtd
8 West Peoria
Paola KS  66071


Donna Bruner
21013 Ness Rd
Parsons KS 67357-8082


Lora Bryant
113 Waterworks Rd
Paola KS 66071


Eric W & Kristin M Bunnell
JT TEN
23982 Eagle Court
Paola KS 66071-5709


Karlan K Butler
21548 S Soryl Ave
Peculiar MO 64708


Sergio Campanini
2706 University Dr
Lawrence KS 66049


Carl W Hartley LLC
16206 W 319th Street
Paola  KS 66071

Louita A and William L Carter
JT TEN
P O Box 256
McCune KS 66753


CBCINNOVIS INC
P O Box 535595
Pittsburgh PA 15253-5595


CBIZ Accounting Tax & Advisory
11440 Tomahawk Creek Pkwy
Leawood KS 66211


CBIZ Valuation Group LLC
P O Box 849846
Dallas TX 75284-9846


Cede and Co
P O Box 20
Bowling Green St
New York NY 10274


Ceridian
P O Box 10989
Newark NJ 07193


Ceridian Corporation
3311 E Old Shakopee Rd
Minneapolis MN 55425


Clark Consulting
CBC Banking Practice
21712 Network Place
Chicago IL 60673-1217


Charles Clatterbuck
1718 Hillcrest Dr
Bellevue NE 68005-3652


Charles R & Linda L Clatterbuck
JT TEN
1718 Hillcrest Dr
Bellevue NE 68005-3652

Robert L and Donna Clatterbuck
JT TEN
605 Lincoln Rd
Bellevue NE 68005


CNA Ins Companies
P O Box 14534
Des Moines IA 50398


Computershare
39322 Treasury Center
Chicago IL 60694-9300


Rhonda and Bruce Cordle
JT TEN
26619 K 68 Hwy
Paola KS 66071-5750


Country Club Bank
P O Box 410889
Kansas City MO 64141-0889


Sally A and Michael S Crane
JT TEN
446 N Cedar
Garnett KS 66032


Frances Laverne Crooks
207 Crestview Dr
Nevada MO 64772


Crossfirst Holdings LLC
11225 College Blvd Ste 130
Overland Park KS 66210


Brian R & Marjorie E Davis
JT TEN
2211 Dovming Dr
Colorado Spring CO 80909


John P Day
4790 Yarrow Pl
Colorado Springs CO 80917-1428

Neil Detrich
Revocable Trust No 1
P O Box 589
Chapman KS 67431


Kimberly S Drews
23870 W 264th St
Paola KS 66071


DSM Consulting LLC
28080 W 303rd
Paola KS 66071


Kimberly Dunn
10434 Osage Rd
Oskaloosa KS 66066


Raymond H and Barbara A Dunn
JT TEN
6178 Sapporo Dr
Colorado Springs CO 80918


Lori D Edge
405 Kansas Drive
Iola KS 66749


Charles R & Paula G Edmonds
JT TEN
1201 S Spring
Nevada MO 64772


Keith Edquist
12005 N 72nd St
Omaha NE 68122


Electronic Technology Inc
5700 Merriam Dr
Merriam KS 66203


Mark E Emley
13108 W 127th Pl
Overland Park KS 66213

James R Englehart
7219 W 144th Terr
Overland Park KS 66223


Harold J & Beverly J Englekamp
JT TEN
2109 Englewood Dr
Bellevue NE 68005


John E Ennis
1630 N Main 3 C
El Dorado KS 67042


Francis W & Carolyn S Esely
JT TEN
107 Winston Place
St Joseph MO 64506


Sheba and David Evans
JT TEN
19389 W 319th St
Paola KS 66071


ExpressData Corporation
1025 Cobb Place Bvd Ste 100
Kennesaw GA 30144


FedEx
P O Box 94515
Palatine IL 60094-4515


James D & Shirley A Ferley
JT TEN
34475 W 263rd St
Paola KS 66071-4224


Peter J and Jane F Fiene
JT TEN
13832 Hemlock
Overland Park KS 66223


First Clearing Corp
Cust Hellen M Welch IRA
P O Box 6510
Glen Allen VA 23058-6510

First Trust of MidAmerica
605 Cherry Street Ste 304
Belton MO 64012


Fiserv Health Kansas
Cari Charter Admin
P O Box 47822
Wichita KS 67201-7822


Fiserv Solutions Inc
4220 Shawnee Mission Pkwy Ste 101B
Fairway KS 66025


Catherine E & Joseph E Flake
JT TEN
23207 W 289th
Paola KS 66071


Pamela J and Bradley K Fogo
JT TEN
14605 W 60th Terrace
Shawnee KS 66216


Marion A Foster
5 Circle Drive
Paola KS 66071


Gary Friedenbach
708 Kayleen Dr
Bellevue NE 66005-2350


Matthew C Froggatte
2908 Utah Terrace
Rantoul KS 66079


G & L Gym
119 W Wea
Paola KS 66071


Davina L Garrison
28100 Hospital Dr
Paola KS 66071

Georgeson Inc
36758 Teasury Center
Chicago IL 60694-6700


Beverly E Gfeller
7107 E State Route W
Freeman MO 64746-6282


Michael L Gibson
205 Overhill Dr
Paola KS 66071


Gibson Living Trust
205 Overhill Dr
Paola KS 66071


Thomas E Giefer
918 Lincoln St
Parsons KS 67357-2952


Globe Newswire
Lockbox 40200
P O Box 8500
Philadelphia PA 19178-0200


Dolores M Gottfried
4648 Pika Pt
Colorado Springs CO 80922


Robert Gregory
1019 Prairie
Paola KS 66071


Alan C Gregory
2595 Tamora Way
Colorado Springs CO 80919


William Griffin Jr & Patricia R Griffin
JT TEN
29 Holly Lane
Paola KS 66071-1842

Kristin A Guier
200 N Washington St
Freeman MO 64746-9727


Pam Halcomb
523 E Maple St
Nevada MO 64772


Deryl F Hamann
1500 Woodman Tower
Omaha NE 68102-2002


James Dean Hancock
16203 Palace Creek Dr
Monument CO 80132


Harland Financial Solutions
400 SW Sixth Ave
Portland OR 97204


Kenneth F & Annette E Harris
JT TEN
4751 Hayes
Shawnee KS 66203


Sherry and Ashley R Hart
JT TEN
601 S Washington
Iola KS 66749


Connie Hart
P O Box 250
Paola KS 66071


Sherry Hart and Amanda Phillips
JT TEN
601 S Washington
Iola KS 66749


Hartley Nicholson & Hartley PA
6 West Peoria St
Paola KS 66071-1410

```
Dorthoy Arlene & Fred Harvey
JT TEN
10834 W 2100 Rd
Lacygne KS 66040


Hawk Business Specialties
110 S Washington
Iola KS 66749-1106


Harold B Hendrickson
29980 W 335th St
Oswatomie KS 66064


Colby G Hendrickson
4007 E 107th St
Kansas City MO 64137


Jason A & Niki J Henrie
JT TEN
9321 Kessler Ln
Overland Park KS 66212


Deborah Higgins & George F Huffman
JT TEN
214 Sycamore
Lacygne KS 66040


Holderman Printing LLC
Box 392
Paola KS 66071


Pam and George Holtz
JT TEN
31305 Hospital Dr
Paola KS 66071


Horn Aylward & Bandy LLC
2600 Grand Boulevard Ste 1100
Kansas City MO 64108


Robert E Howell
1674 Industrial Ave
Ottawa KS 66067
```

Richard Inge

Mark Isbell
11723 W 1800 Rd
Parker KS 66072

Mark B and Michelle L Jenkins
5377 W 208th St
Bucyrus KS 66013

Kristin Johnson
112 Ash Rd
Southport NC 28461

Deborah P Johnson
33510 W 395th St
Osawatomie KS 66064

Paul D Johnson
Paul D Johnson TR UA
928 South Esplan
Leavenworth KS 66048-3547

Kandie Johnston
TOD Dakota Johnston
13819 NW Hwy 31
Garnett KS 66032

Kandie Johnston
TOD Denver Johnston
13819 NW Hwy 31
Garnett KS 66032

Carolyn K Jones
818 Thrid St
Osawatomie KS 66064

Jones & Keller PC
World Trade Center
1625 Broadway 16th Fl
Denver CO 80202

Jones Day
222 E 41st Street
New York NY 10017-6702


Blake C Jorgensen
432 E 11th St
Ottawa KS 66067


Kansas City Power & Light
P O Box 219330
Kansas City MO 64121-9703


KBA Insurance Inc
610 SW Corporate View
P O Box 4407
Topeka KS 66604-0407


Mary Ann and Darrel L Keller
JT TEN
3004 Johnston Rd
Parsons KS 67357


Jeanne Kelly
5010 Ottawa St
Kansas City KS 66106-3428


Francis W & Jeanne Kelly
JT TEN
5010 Ottawa St
Kansas City KS 66106-3428


Linda K Kice
121 S 16th Terrace
Louisburg KS 66053


RG and Beverly Kilkenny
JT TEN JTWROS
4304 W 110th St
Leawood KS 66211


Emily B Kirby
2000 Greenbriar Ln
Riverwoods IL 60015-3855

Connie J & Paul G Knight
JT TEN
P O Box 161
Moran KS 66755-0161


James L Kohout
c/o Sodoro Daly & Sodoro PC
7000 Spring St
Omaha NE 68106


KPMG LLP
1000 Walnut Street Ste 1000
Kansas City MO 64106-2162


KPMG LLP
Dept 0970
Box 120001
Dallas TX 75312-0970


Denis A Kurtenbach
IRA Custodial TBNA Cust
P O Box 369
Paola KS 66071


Starla Landers
1328 26000 Rd
Parsons KS 67357


Ronald R Lang
713 Bobtail Ct
Newton KS 67114


Willetta M and Charles K Lawhead
JT TEN
31760 W 83rd St
De Soto KS 66018


Lawing Financial Associates
11020 King Street 4th Fl
Overland Park KS 66210


Ashley N Lawson
1005 Wicklow Rd
Papillion NE 68046

Justin G Lawson
3260 47th St
Boulder CO 80301


Leawood Rotary Club
P O Box 6608
Leawood KS 66206


Leawood South
12700 Overbrook Rd
Leawood KS 66209


Shelly and Ronald Anthony Ledbetter
JT TEN
503 E Spring
Bonner Springs KS 66012


Huong V Lee
1006 Sterling Drive
Papillion NE 68133


Huong V & Jeffrey F Lee
JT TEN
1006 Sterling Dr
Papillion NE 68046


Russell C Leffel
6408 Willow Ln
Mission Hills KS 66208


Karen S Lehto
204 Tower St
Paola KS 68071


Ned R Lewis
2425 El Paso
Colorado Springs CO 80907


Nancy E Lewis
401 NW 80th Rd
Lamar MO 64759

Beverly L & Robert K Locke
JT TEN
1821 US Hwy 54
Iola KS 66749


Lois Rausch
32631 Lookout Rd
Paola KS 66071


Anne Lolley
8601 SW 29th St
Topeka KS 6614-9219


Loomis Fargo & Co
300 NW Parkway
Riverside MO 64150


Kathy A and Dean S Lovig
JT TEN
306 E Wea
Paola KS 66071


Steven Markham
417 West 7th Ave
Garnett KS 66032


Mary C and Rudolph T Matherly
JT TEN
5122 W 96th Terr
Overland Park KS 66207


Glora J & Phillip A Mathews
JT TEN
39414 Lone Start
Fontana KS 66026


Robert M Matthews
2298 County Rd 1077
Blue Mound KS 66010-9445


Cherri Maxwell
29888 Ashmore Way
Springhill KS 66083

Thomas C McFarland
Route 1 Box 3
Moundville MO 64771


John WM McQueeney
1505 University Dr
Lawrence KS 66044


Marsha McRoberts
1029 Brown
Osawatomie KS 66064


Georgene & James E Melton
JT TEN
1115 Durham Dr
Paola KS 66071


Merrill Communications LLC
CM-9638
St Paul MN 55170-9638


Metavante Corporation
Accounting Dept
Bin 440
Milwaukee WI 53288-0440


James A Meyer
FDIC
2345 Grand Blvd Ste 1200
Kansas City MO 65108


MHM Retirement Solutions
11440 Tomahawk Creek Pkwy
Leawood KS 66211


Michael L Gibson
205 Overhill Dr
Paola KS 66071


Midwest Pension Administrators Inc
15641 S Mahaffie St
Olathe KS 66062

Cheryl Miller
1304 Adame
Ft Calhoun NE 68023


Lora J and Marvin L Miller
JT TEN
Rt 1 Box 254B
Nevada MO 64772


Miller Healthmart
2 E Peoria
Paola KS 66071


Geraldine and Marvin Mills
TR Geraldine Mills
2741 Red Rd
Chapman KS 67431


Marvin Mills
TR Marvin Mills Rev Trust # I
2741 Red Rd
Chapman KS 67431


Nancy M and Steven J Minor
JT TEN
2918 Washington
Parsons KS 67357


Mitchell Partners LP
Attn Jim Mitchell
P O Box 5119
Irvine CA 92616


Sandra J Moll
28080 W 303rd
Paola KS 66071


David Moll
28080 W 303rd St
Paola KS 66071


R Roger Moore
303 Crestview
Parsons KS 67357

R Roger and Colleen Moore
JT TEN
303 Crestview
Parsons KS 67357


David & Mary M Moore
JT TEN
P O Box 317
Baldwin City KS 66006


Don L Morris
P O Box 327
Paola KS 66071


Barbara L Mowat
1145 3rd St
Osawatomie KS 66064


Nationwide Trust Company FSB
P O Box 183046
Columbus OH 43218-3046


Navrats Office Products
1005 Baptiste Drive
Paola KS 66071


New Directions Behavioral Health
P O Box 87-0195
Kansas City MO 64187-0195


Joseph L & Carol L Newby
JT TEN
3345 80th Rd
Thayer KS 66776


Cynthia A & Mark A Newland
JT TEN
1406 N Western
Iola KS 66749


Rachelle L & Christopher J Newport
JT TEN
22496 Illif Rd
Fontana KS 66026

Nicholson Law Office LC
25 W Peoria
P O Box 407
Paola KS 66071


Rita A Noel and Frankie M Noel IV
39780 New Lancas
Lacygne KS 66040


Todd G and Molly B Norton
1100 Merril Court
Columbia MO 65203


Norma Ogen
39115 Walthal
Osawatomie KS 66064


Diane M & Danny Oswalt
JT TEN
1681 N Dakota Rd
Iola KS 66749


Paola Chamber of Commerce
3 W Wea
Paola KS 66071


Paola Country Club
P O Box 467
Paola KS 66071


Arlene A Parde
2101 Lucille Dr
Bellevue NE 68147


Brenda R & Charles M Parsons
JT TEN
P O Box 52
McCune KS 66753


PC Connection Sales Corp
P O Box 4520
Woburn MA 01888-4520

```
Connie & Richard K Peckman
JT TEN
R R 4 Box 238G
Nevada MO 64772-9245


Diane Peoples


Karen and Patrick Petelin
JT TEN
27503 Lookout Rd
Paola KS 66071


Don Peterson
202 Kings Dr
Bellevue NE 68005


Philadelphia American Life Ins Co
P O Box 2887
Houston TX 77252-2887


Philadelphia American Life Ins Co
P O Box 4884
Houston TX 77210-4884


Wanda W and Robert L Phillips
JT TEN
5 Overhill Dr
Paola KS 66071


Wanda Phillips
TOD Robert L Phillips
5 Overhill Dr
Paola KS 66071


Post Bancorp Inc


June S Powell
June S Powell Revocable Trust
205 Brookside Dr
Paola KS 66071


PR Newswire
G P O Box 5897
New York NY 10087-5897
```

Marvin J and Donna L Pratt
JT TEN JTWROS
230 Willis Drive
Shepherdstown WV 25443


Juanita G & Frank T Pretz
JT TEN
35105 Moonlight
Osawatomie KS 66064


Donna R Price
TOD Debra L Hobbs
805 E 31st
Pittsburg KS 66762-2500


Donna R Price
TOD Jeffrey W Price
805 E 31st St
Pittsburg KS 66762-2500


Donna R Price
TOD Tracy A Price
805 E 31st St
Pittsburg KS 66762-2500


Prime News Wire
Lockbox 40200
P O Box 8500
Philadelphia PA 19178-0200


Private Trust Company Cust
Barabara A Shouse Rollover IRA
9785 Towne Center
San Diego CA 92121


Gladys A & Christina M Prothe
34635 Block Rd
Paola KS 66071


Leanne Dudley & Roger/Clarene Prothe
JT TEN
19298 West 209th
Spring Hill KS 66083

Gladys A & James R Prothe
JT TEN
34635 Block Rd
Paola KS 66071


Gladys A & Robert W Prothe
TR Gladys A Prothe
34635 Block Rd
Paola KS 66071


Patricia A Quist
TR Patricia A Quist Trust
506 Cascio Drive
Bellevue NE 68005


John J Ramsey
2035 Northridge Cir
Blair NE 68008


Lois Rausch
32631 Lookout Rd
Paola KS 66071


Phillip B Reaka
31423 Santa Fe Rd
Paola KS 66071


Teresa J Reese
29850 Lone Star Rd
Paola KS 66071


Jeffrey L Renner
224 Shadow Road
Bellevue NE 68005


Clifford E Rexwinkle
3115 Johnston Rd
Parsons KS 67357


Deborah A & Scott A Robb
JT TEN
19670 Rosewood Dr
Stillwell KS 66085-9049

Sharon K and Stan Robinson
JT TEN
26611 Crescent Hill
Paola KS 66071


Donald L & M Gaye Rowland
JT TEN
5407 Exeter Drive
Richardson TX 75082


Sage Software Inc
P O Box 404927
Atlanta GA 30384-4927


Sandler Oneill & Partners LP
3424 Peachtree Rd NE Ste 2050
Atlanta GA 30326


Sandra J Moll
28080 W 303rd
Paola KS 66071


Sandra K Hartley LLC
16206 W 319th Street
Paola  KS 66071


Lori Schlegel


Lutie and Warren C Schooley
JT TEN
805 W Arch
Nevada MO 64772


Kenneth Schulte
P O Box 11
Osborne KS 67473


Harold G Sevy Jr
P O Box 42
Paola KS 66071


Vickie M Shoults
13203 S 35th Ave Cir
Bellevue NE 68123

Greg Sigman
Sigman & Co Inc
4310 Madison Ave
Kansas City MO 64444


Deborah Sladky
P O Box 91
Louisburg KS 66053-0091


Angela L Slaven
1222 1800th St
Iola KS 66749-3931


V Dianne Smith
1700 Lockhart Lane
Osawatomie KS 66064


Kenneth L Smith
5 E Terrace
Paola KS 66071


Kenneth L & Mildred J Smith
JT TEN
5 E Terrace
Paola KS 66071


SNL Securities LP
Box 2124
Charlottesville VA 22902


Sonnenschein Nath & Rosenthal
4520 Main Street Ste 1100
Kansas City MO 64111


Robert G and Arlene P Stein
JT TEN
5965 Wilson Rd
Colorado Springs CO 80919


Thomas S and Julie A Strickler
JT TEN
501 Canary Ln
Iola KS 66749-1913

Suddenlink
Box 650742
Dallas TX 75265-0742


Robert F & Andrea V Sullivan
Rev Living Trust
11609 S Burch
Olathe KS 66061


Barbara A & Clyde E Sutton
JT TEN
710 E Broad St
Colony KS 66015-9506


Dale F Swanson
881 S 89th St
Omaha NE 68114-4231


T Mobile
Box 790047
St Louis MO 63179-0047


Montie K & Candyse Hill Taylor
JT TEN
1540 17000 Rd
Parsons KS 67357


Taylor Forge Engineered Systems Inc
208 North Iron
Paola KS 66071


TBNA Asset Corp


Team Financial Acquisition Subsidiary Inc.


Team Financial Inc
Employees Stock Ownership Plan TFI TR
8 West Peoria Ste 200
Paola KS 66071


TeamBank NA
1515 Baptiste Dr
Paola KS 66071

Amy Teems
Rt 4 Box 218
Nevada MO 64772


James & Martha Tellefsen
JT TEN
805 Mountain Heights
Scottsboro AL 35769-8820


The Agos Group LLC
Attn Employee Protection Line
321 S Boston Ave Suite 900
Tulsa OK 74103


The ESOP Association
Dept 5149
Washington DC 20061-5149


The NASDAQ Stock Market LLC
P O Box 7777-W8130
Philadelphia PA 19175-8130


Marita J Thomas
4160 E Windsong
Springfield MO 65809


Joanne Thompson
10510 West 327th St
Paola KS 66071


Ethel Louise Thompson
Revocable Trust
804 E Kaskaskia
Paola KS 66071


Thompson Coburn LLP
P O Box 18379M
St Louis MO 63195


Alvie & Phyllis Thrower
JT TEN JTWROS
1406 Lawrence La
Bellevue NE 68005

Cindy L & Donald J Toburen Jr
JT TEN
28116 W 319th St
Paola KS 66071-4652

Bernard L & Mildred A Toncray
JT TEN
38190 Harmony Rd
Paola KS 66071-3055

TraceSecuity
5615 Corporate Blvd Ste 200A
Baton Rouge LA 70808

Rick Tremblay
12729 Grandview St
Overland Park KS 66213

Unified School District 257
Allen County KS Endowment Assoc
402 E Jackson
Iola KS 66749

US Attorney's Office
301 North Main Ste 1200
Wichita, KS 67202

US Bank
Attn Timothy N Scheer VP
P O Box 790401
St Louis MO 63179-0401

Bruce R Vance CPA Chtd
8 West Peoria
Paola KS  66071

Rudolph E & Mary Joann Vasko
13324 Madison
Omaha NE 68137

VISA Card Services
Box 219736
Kansas City MO 64121-9736

Karen S and Jennifer L Wagner
23387 W 236st
Spring Hill KS 66083


Forrest E & Alma Ware
JT TEN
4764 Hwy 169
Greeley KS 66033


Washington Natl Ins Co
P O Box 223400
Pittsburgh PA 15251-2400


Deborah K Weatherbie
2205 Lakeview Dr
Paola KS 66071


Deb Weatherbie
Aaron Weatherbie UTMA KS
2205 Lakeview Dr
Paola KS 66071-1384


Deb Weatherbie
Alex Weatherbie UTMA KS
2205 Lakeview Dr
Paola KS 66071-1384


Trenton S and Robyn R Weatherbie
JT TEN JTWROS
809 Melrose
Paola KS 66071


Wells Fargo NA Trustee
Trust Preferred Securities
Attn Corp Trust Division
919 Market Street Ste 700
Wilmington DE 19801


Helen D West
216 Caroline Dr
Prattville AL 36066-6464

Eva J & Gerald L Whetstone
JT TEN
150 N Ridgewood
Wichita KS 67208


Janet & Darryl R White
JT TEN
30700 W 399th
Parker KS 66072


Jerry & Joan Wiesner
JT TEN JTWROS
315 S Elm
Ottawa KS 66067


Sharla R Wilkerson
104 W 3rd St
Lamar MO 64759-1033


Mary A Wilkes
7212 Hardy
Overland Park KS 66204


Jill F Wilks
930 Overlook Dr
Olathe KS 66061


Sue Wilson


Jamie Wilson
910 Brown
Osawatomie KS 66064


Windsor Drive Investments
729 N Frontier Drive Ste 8
Papaillion NE 68046


Wood Dulohery Ins Inc
1725 Washington
P O Box 933
Parsons KS 67357

```
Dick Works & Karen Works
JT TEN JTWROS
1220 Neosho
Humbolt KS 66748


Kent P and Diane R Wyatt
JT TEN
1606 Hickok
Abilene KS 67410


Michael Zuk Jr. & Gayle Line Zuk
JT TEN
4923 W 96th Terr
Overland Park KS 66207
```

# UNITED STATES BANKRUPTCY COURT
## District of Kansas

In re   Team Financial Inc                              ,

                              Debtor

Case No. _____

Chapter   11

# VERIFICATION OF LIST OF CREDITORS

    I hereby certify under penalty of perjury that the attached List of Creditors which consists of 33 pages, is true, correct and complete to the best of my knowledge.

Date   04/05/2009

Signature   /s/ Sandra Moll

SANDRA MOLL,
Chief Operating Officer

Edward J. Nazar
Redmond & Nazar, L.L.P.
245 N. Waco, Ste. 402
Wichita, KS 67202
(316) 262-8361
(316) 263-0610

# UNITED STATES BANKRUPTCY COURT
### District of Kansas

In Re  Team Financial Inc _____                    Case No. _____
                                                                                    (if known)

# STATEMENT OF FINANCIAL AFFAIRS

This statement is to be completed by every debtor.  Spouses filing a joint petition may file a single statement on which the information for both spouses is combined.  If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.  An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs.  To indicate payments, transfers and the like to minor children, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian."  Do not disclose the child's name. See 11 U.S.C. § 112 and Fed. R. Bankr. P. 1007(m).

Questions 1 - 18 are to be completed by all debtors.  Debtors that are or have been in business, as defined below, also must complete Questions 19 - 25.  **If the answer to an applicable question is "None," mark the box labeled "None."**  If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

### DEFINITIONS

*"In business."*  A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership.  An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within six years immediately preceding the filing of this bankruptcy case, any of the following: an officer, director, managing executive, or owner of 5 percent or more of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed full-time or part-time.  An individual debtor also may be "in business" for the purpose of this form if the debtor engages in a trade, business, or other activity, other than as an employee, to supplement income from the debtor's primary employment.

*"Insider."*  The term "insider" includes but is not limited to: relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any owner of 5 percent or more of the voting or equity securities of a corporate debtor and their relatives; affiliates of the debtor and insiders of such affiliates; any managing agent of the debtor.  11 U.S.C. § 101.

─────────────────────────────────

**1.  Income from employment or operation of business**

None

☐

State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business, including part-time activities either as an employee or in independent trade or business, from the beginning of this calendar year to the date this case was commenced.  State also the gross amounts received during the **two years** immediately preceding this calendar year.  (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income.  Identify the beginning and ending dates of the debtor's fiscal year.)  If a joint petition is filed, state income for each spouse separately.  (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

|       | AMOUNT    | SOURCE |
|-------|-----------|--------|
| 2009  | Unknown   | Team Financial Inc & Subsidiaries |
| 2008  | Unknown   | Extension Filed<br>Team Financial Inc & Subsidiaries |
| 2007  | -3,621,325 | Team Financial Inc & Subsidiaries |

Bankruptcy2009 ©1991-2009, New Hope Software, Inc., ver. 4.4.9-732 - 32442 - Adobe PDF

**2.    Income other than from employment or operation of business**

None

☒

State the amount of income received by the debtor other than from employment, trade, profession, or operation of the debtor's business during the two years immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

AMOUNT                                                    SOURCE

---

**3. Payments to creditors**

None

☒

*Complete a. or b., as appropriate, and c.*

*a. Individual or joint debtor(s) with primarily consumer debts:* List all payments on loans, installment purchases of goods or services, and other debts to any creditor made within 90 days immediately preceding the commencement of this case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $600. Indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and creditor counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

---

None

☐

*b. Debtor whose debts are not primarily consumer debts:* List each payment or other transfer to any creditor made within 90 days immediately preceding the commencement of the case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $5,475. If the debtor is an individual, indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments and other transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR AND RELATIONSHIP TO DEBTOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

SEE ATTACHED

Bankruptcy2009 ©1991-2009, New Hope Software, Inc., ver. 4.4.9-732 - 32442 - Adobe PDF

| | Date | Description | Detail | | | Balance |
|---|---|---|---|---|---|---|
| | | **2008** | | | | |
| | 12/01/08 | Metavante | | 31,900.00 | | $ 348,025.81 |
| 1930 | 12/01/08 | TBNA | Wire to Edquist | 22,725.37 | | $ 325,300.44 |
| | 12/01/08 | Cancer Ins Deposit | | | 134.20 | $ 325,434.64 |
| | 12/02/08 | Trans to Payroll | 02-163-6 | 17,000.00 | | $ 308,434.64 |
| | 12/01/08 | Trans to A/P | | 10,900.00 | | $ 297,534.64 |
| | 12/02/08 | Trans to A/P | Reverse 11/28/08 entry | 66,185.00 | | $ 231,349.64 |
| | 12/03/08 | Deposit | TBNA | | 27,992.00 | $ 259,341.64 |
| 1932 | 12/05/08 | KBA Ins | Trust Discovery | 1,187.00 | | $ 258,154.64 |
| | 12/08/08 | Reserve transfer for A/P | | | 10,900.00 | $ 269,054.64 |
| | 12/09/08 | Trans to A/P | | 56,085.11 | | $ 212,969.53 |
| | 12/09/08 | HR Cancer Refund | | 24.00 | | $ 212,945.53 |
| | 12/09/08 | Deposit | Moll - t-mobile | | 36.70 | $ 212,982.23 |
| | 12/10/08 | Deposit | KBA refund - 601 Colorado term | | 2,082.00 | $ 215,064.23 |
| | 12/11/08 | Deposit | TBNA- management fees | | 60,667.30 | $ 275,731.53 |
| | 12/10/08 | ?? HR | | 103.00 | | $ 275,628.53 |
| | 12/11/08 | Deposit | CNB - Management fees | | 32,489.43 | $ 308,117.96 |
| | 12/15/08 | Payroll - CNB | | 47,040.85 | | $ 261,077.11 |
| | 12/15/08 | Payroll - TFI | | 61,910.09 | | $ 199,167.02 |
| | 12/15/08 | Deposit | Insurance | | 17,751.68 | $ 216,918.70 |
| | 12/15/08 | Deposit | Fitness | | 115.36 | $ 217,034.06 |
| | 12/15/08 | 401 (K) Deposit and Wire | | 21,794.97 | 21,794.97 | $ 217,034.06 |
| | 12/12/08 | Colorado Department of Rev | Co. State Tax Est. payment | 4,000.00 | | $ 213,034.06 |
| | 12/12/08 | Trans from payroll account | | | 17,000.00 | $ 230,034.06 |
| | 12/12/08 | ACH for Federal Tax payment | | 20,000.00 | | $ 210,034.06 |
| | 12/15/08 | Deposit | Trans from CNB | | 140,000.00 | $ 350,034.06 |
| | 12/15/08 | Deposit | Holdings - Tax payment | | 512,000.00 | $ 862,034.06 |
| 1934 | 12/15/08 | Greg Sigman | 3rd Qtr and mileage | 9,000.00 | | $ 853,034.06 |
| | 12/15/08 | Trans  for A/P | | 73,978.64 | | $ 779,055.42 |
| | 12/15/08 | HR Correction from 12/10/08 | | | 103.00 | $ 779,158.42 |
| | 12/16/08 | Deposit | Mo. Tax - HR | | 17.57 | $ 779,175.99 |
| | 12/16/08 | Deposit | Cobra Dental - HR | | 68.76 | $ 779,244.75 |
| | 12/18/08 | Deposit | TBNA | | 1,500.00 | $ 780,744.75 |
| | 12/18/08 | Deposit | TBNA | | 39,250.67 | $ 819,995.42 |
| 1935 | 12/18/08 | Robert M. Blachly | 3rd Qtr Directors Fees | 4,550.00 | | $ 815,445.42 |
| 1936 | 12/18/08 | Connie D. Hart | 3rd Qtr Directors Fees | 12,000.00 | | $ 803,445.42 |
| 1937 | 12/18/08 | Jeffrey L. Renner | 3rd Qtr Directors Fees | 3,066.67 | | $ 800,378.75 |
| 1938 | 12/18/08 | Kenneth L. Smith | 3rd Qtr Directors Fees | 6,250.00 | | $ 794,128.75 |
| 1939 | 12/18/08 | Richard J. Tremblay | 3rd Qtr Directors Fees | 3,916.67 | | $ 790,212.08 |
| 1940 | 12/18/08 | Robert E. Howell | 3rd Qtr Directors Fees | 400.00 | | $ 789,812.08 |
| 1941 | 12/18/08 | Denis Kurtenbach | 3rd Qtr Directors Fees | 3,966.67 | | $ 785,845.41 |
| 1942 | 12/18/08 | Harold Sevy | 3rd Qtr Directors Fees | 3,666.67 | | $ 782,178.74 |
| | 12/19/08 | Deposit | Asseet Corp Tax Estimate | | 89,000.00 | $ 871,178.74 |
| | 12/09/18 | Deposit | RJS | | 113,306.30 | $ 984,485.04 |
| | 12/31/08 | Payroll CNB | | 48,805.60 | | $ 935,679.44 |
| | 12/31/08 | Payroll TFI | | 54,010.16 | | $ 881,669.28 |
| | 12/31/08 | Deposit | Insurance | | 21,514.81 | $ 903,184.09 |
| | 12/31/08 | Deposit | Fitness | | 115.32 | $ 903,299.41 |
| | 12/31/08 | Deposit and Wire | 401(K) | 21,303.12 | 21,303.12 | $ 903,299.41 |
| 1943 | 12/31/08 | Wire for Keith Edquist | | 22,646.21 | | $ 880,653.20 |
| 1944 | 12/24/08 | Greg Sigman | Mileage | 610.40 | | $ 880,042.80 |
| | 12/26/08 | Deposit | TBNA | | 6,988.14 | $ 887,030.94 |
| | 12/26/08 | Deposit | TBNA | | 67,838.09 | $ 954,869.03 |
| 1945 | 12/29/08 | USBank | Interest payment | 51,000.00 | | $ 903,869.03 |
| | 12/29/08 | Trans to A/P | | 102,885.49 | | $ 800,983.54 |
| 1946 | 12/30/08 | VOID | | | | $ 800,983.54 |
| 1947 | 12/31/08 | TBNA - Wire | 401(K) Match | 192,392.64 | | $ 608,590.90 |
| 1948 | 12/31/08 | TBNA | Due from CNB | 27,900.28 | | $ 580,690.62 |
| 1949 | 12/31/08 | TBNA | Due from CNB | 8,549.77 | | $ 572,140.85 |
| | 12/31/08 | Deposit | TBNA | | 11,220.70 | $ 583,361.55 |
| | 12/31/08 | Deposit | TBNA | | 67,738.02 | $ 651,099.57 |
| | 12/31/08 | Trans for A/P | | 280,302.36 | | $ 370,797.21 |
| | 12/31/08 | Deposit | RJS dividends | | 272.75 | $ 371,069.96 |
| | | **2009** | | | | |
| | 01/02/09 | Metavante | | 31,900.00 | | $ 339,169.96 |
| | 01/02/09 | Deposit | Cancer Automatics | | 134.20 | $ 339,304.16 |
| | 12/02/09 | Deposit | Health Ins- Yesnowski | | 781.00 | $ 340,085.16 |
| 1950 | 01/06/09 | TBNA | 401(K) Forgeitures | 982.92 | | $ 339,102.24 |
| 1951 | 01/06/09 | CNB | 401(K) Forgeitures | 1,746.87 | | $ 337,355.37 |

| Check# | Date | Description | Memo | | | $ Balance |
|---|---|---|---|---|---|---|
| | 01/06/08 | Trans from CNB | | | 112,600.00 | $ 449,955.37 |
| 1952 | 01/08/09 | TBNA Wire | Redmond Nazar | 50,000.00 | | $ 399,955.37 |
| | 01/12/09 | Deposit | HR - Mo Tax Refund | | 17.75 | $ 399,973.12 |
| | 01/12/09 | Deposit | HR Dec emp ded | | 131.26 | $ 400,104.38 |
| | 01/14/09 | CNB | Payroll | 52,589.91 | | $ 347,514.47 |
| | 01/14/09 | TFI | Payroll | 56,009.52 | | $ 291,504.95 |
| | 01/14/09 | Deposit | Insurance | | 20,658.09 | $ 312,163.04 |
| | 01/14/09 | Deposit | Fitness | | 115.36 | $ 312,278.40 |
| | 01/14/09 | 401(K) Deposit and Wire | | 24,116.17 | 24,116.17 | $ 312,278.40 |
| | 01/13/09 | Trans for A/P | | 177,396.96 | | $ 134,881.44 |
| | 01/13/09 | Deposit | Suddenlink refund (733311-100) | | 23.40 | $ 134,904.84 |
| | 01/16/09 | Deposit | TBNA | | 290,901.41 | $ 425,806.25 |
| 1953 | 01/20/09 | Lang Chev | TBNA autos | 7,410.55 | | $ 418,395.70 |
| 1954 | 01/20/09 | Lang Chev | TBNA autos | 446.71 | | $ 417,948.99 |
| 1955 | 01/21/09 | Miami Co. Treasurer | TBNA autos | 772.60 | | $ 417,176.39 |
| | 01/26/09 | CNB Payroll | | 43,190.22 | | $ 373,986.17 |
| | 01/26/09 | Deposit | TBNA | | 31,357.26 | $ 405,343.43 |
| | 01/26/09 | Deposit | TBNA | | 71,583.94 | $ 476,927.37 |
| | 01/26/09 | Deposit | MI CO Treas - Bob's vehicle | | 510.39 | $ 477,437.76 |
| | 01/28/09 | Trans to A/P | | 198,338.04 | | $ 279,099.72 |
| | 01/29/09 | Deposit | CNB management Fees | | 52,552.71 | $ 331,652.43 |
| | 01/30/09 | TFI | Payroll | 51,742.24 | | $ 279,910.19 |
| | 01/30/09 | Deposit | INsurance | | 20,666.42 | $ 300,576.61 |
| | 01/30/09 | Deposit | Fitness | | 115.36 | $ 300,691.97 |
| | 01/30/09 | Deposit and Wire | 401(K) | 17,816.39 | 17,816.39 | $ 300,691.97 |
| | 01/29/09 | Deposit | HR - Cobra | | 2,411.76 | $ 303,103.73 |
| 1958 | 01/30/09 | TBNA | Due from CNB | 15,801.79 | | $ 287,301.94 |
| | 01/30/09 | Deposit | TBNA | | 7,517.69 | $ 294,819.63 |
| | 01/30/09 | Deposit | TBNA | | 196,321.50 | $ 491,141.13 |
| | 01/30/09 | Trans for A/P | | 12,192.22 | | $ 478,948.91 |
| | 02/02/09 | Deposit | Cancer Automatics | | 134.20 | $ 479,083.11 |
| | 02/02/09 | Deposit | Cobra deposit | | 781.00 | $ 479,864.11 |
| | 02/02/09 | Metavante | | 31,900.00 | | $ 447,964.11 |
| | 02/03/09 | Deposit | TBNA | | 27,992.00 | $ 475,956.11 |
| 1957 | 02/05/09 | Wire to USBank | Int to date | 21,000.00 | | $ 454,956.11 |
| | 02/06/09 | Trans for A/P | | 106,753.64 | | $ 348,202.47 |
| | 02/09/09 | CNB Payroll | | 47,566.03 | | $ 300,636.44 |
| | 02/09/09 | Deposit | Insurance | | 20,964.68 | $ 321,601.12 |
| | 02/09/09 | Deposit | Fitness | | 180.85 | $ 321,781.97 |
| | 02/09/09 | Deposit | 401(K) | 19,031.05 | 19,031.05 | $ 321,781.97 |
| | 02/09/09 | Deposit | Trans from CNB | | 190,000.00 | $ 511,781.97 |
| 1958 | 02/10/09 | TBNA | Trans of Staff Expense | 9,321.99 | | $ 502,459.98 |
| | 02/11/09 | Deposit | Fed Tax Refund | | 340,000.00 | $ 842,459.98 |
| 1959 | 02/11/09 | TBNA Asset Corp | Fed Tax Refund | 17,541.30 | | $ 824,918.68 |
| 1960 | 02/11/09 | CNB | Fed Tax Refund | 32,868.86 | | $ 792,049.82 |
| 1961 | 02/11/09 | TBNA Holdings | Fed Tax Refund | 289,589.84 | | $ 502,459.98 |
| | 02/11/09 | Dick Yesnowski | Ins refund for overpayment | 2.31 | | $ 502,457.67 |
| 1962 | 02/12/09 | State of Colorado | Annual Report | 10.00 | | $ 502,447.67 |
| | 02/13/09 | Deposit | TBNA | | 98,593.03 | $ 601,040.70 |
| | 02/18/09 | Deposit | TBNA | | 133,187.82 | $ 734,228.52 |
| 1963 | 02/18/09 | Wire to USBank | | 1,000.00 | | $ 733,228.52 |
| | 02/20/09 | Deposit | CNB | | 21,512.47 | $ 754,740.99 |
| | 02/21/09 | Trans for A/P | | 298,160.03 | | $ 456,580.96 |
| | 02/27/09 | CNB Payroll | | 45,651.00 | | $ 410,929.96 |
| | 02/27/09 | Deposit | Insurance | | 20,688.37 | $ 431,618.33 |
| | 02/27/09 | Deposit | Fitness | | 143.12 | $ 431,761.45 |
| | 02/27/09 | 401(K) Deposit and Wire | | 17,675.34 | 17,675.34 | $ 431,761.45 |
| | 02/25/09 | Deposit | TBNA | | 7,808.39 | $ 439,569.84 |
| | 02/25/09 | Deposit | TBNA | | 68,128.07 | $ 507,697.91 |
| | 02/25/09 | Deposit | HR | | 17.37 | $ 507,715.28 |
| | 02/25/09 | Deposit | HR | | 14.50 | $ 507,729.78 |
| | 02/25/09 | Deposit | HR | | 262.52 | $ 507,992.30 |
| | 02/25/09 | Deposit | HR | | 1,191.13 | $ 509,183.43 |
| | 02/26/09 | TBNA | CNB Due From for TBNA | 29,159.23 | | $ 480,024.20 |
| | 02/26/09 | Deposit | TBNA due from | | 15,118.95 | $ 495,143.15 |
| | 03/02/09 | Metavante | | 31,900.00 | | $ 463,243.15 |
| | 03/02/09 | Deposit | Cancer Automatics | | 134.20 | $ 463,377.35 |
| | 03/02/09 | Deposit | Trans from CNB | | 100,000.00 | $ 563,377.35 |
| | 03/06/09 | Deposit | Trans to close Ins Acct | | 51,768.02 | $ 615,145.37 |

None

☒

*c. All debtors:* List all payments made within one year immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR AND RELATIONSHIP TO DEBTOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

### 4. Suits and administrative proceedings, executions, garnishments and attachments

None

☒

a.     List all suits and administrative proceedings to which the debtor is or was a party within one year immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|

None

☒

b.     Describe all property that has been attached, garnished or seized under any legal or equitable process within one year immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON FOR WHOSE BENEFIT PROPERTY WAS SEIZED | DATE OF SEIZURE | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

### 5. Repossessions, foreclosures and returns

None

☒

List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within one year immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR OR SELLER | DATE OF REPOSESSION, FORECLOSURE SALE, TRANSFER OR RETURN | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

Bankruptcy2009 ©1991-2009, New Hope Software, Inc., ver. 4.4.9-732 - 32442 - Adobe PDF

**6. Assignments and Receiverships**

None ☒    a.    Describe any assignment of property for the benefit of creditors made within 120 days immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF ASSIGNEE | DATE OF ASSIGNMENT | TERMS OF ASSIGNMENT OR SETTLEMENT |
|---|---|---|

None ☐    b.    List all property which has been in the hands of a custodian, receiver, or court-appointed official within one year immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CUSTODIAN | NAME AND LOCATION OF COURT CASE TITLE & NUMBER | DATE OF ORDER | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|---|
| FDIC | | | Furniture being used by FDIC |

**7. Gifts**

None ☐    List all gifts or charitable contributions made within one year immediately preceding the commencement of this case, except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON OR ORGANIZATION | RELATIONSHIP TO DEBTOR, IF ANY | DATE OF GIFT | DESCRIPTION AND VALUE OF GIFT |
|---|---|---|---|
| USD 368 Endowment | | 3-27-08 | $5,000 |
| Service Award to Staff | | 3-19-08 | $2,974.50 |
| Service Award to Staff | | 3-27-08 | $2,064.14 |
| Service Award to Staff | | 3-27-08 | $245.12 |
| Crystal Award to Retiring Directors | | 6-13-08 | $335.25 |
| Crystal Award to Retiring Directors | | 3-27-08 | $335.25 |
| Crystal Award to Retiring Directors | | 8-29-08 | $835.25 |

Bankruptcy2009 ©1991-2009, New Hope Software, Inc., ver. 4.4.9-732 - 32342 - Adobe PDF

**8. Losses**

None ☒   List all losses from fire, theft, other casualty or gambling within one year immediately preceding the commencement of this case or since the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| DESCRIPTION AND VALUE OF PROPERTY | DESCRIPTION OF CIRCUMSTANCES, AND, IF LOSS WAS COVERED IN WHOLE OR IN PART BY INSURANCE, GIVE PARTICULARS | DATE OF LOSS |
| --- | --- | --- |

**9. Payments related to debt counseling or bankruptcy**

None ☐   List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of a petition in bankruptcy within one year immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYOR IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
| --- | --- | --- |
| Edward J. Nazar<br>Redmond & Nazar, L.L.P.<br>245 N. Waco, Ste. 402<br>Wichita, KS 67202 | Payor: Retainer/Fees paid to include work for this entity bankruptcy, as well as Post Bancorp Inc. and Team Financial Acquisition Subsidiary Inc. filings. | $50,000  1/8/09<br>$150,000  3/19/09<br>Balance 182,745.25 |
| Bruce R Vance CPA Chtd<br>8 West Peoria<br>Paola KS  66071 | 3/27/09 | $20,000<br>expensed |

**10. Other transfers**

None ☐   a.   List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within two years immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF TRANSFEREE, RELATIONSHIP TO DEBTOR | DATE | DESCRIBE PROPERTY TRANSFERRED AND VALUE RECEIVED |
| --- | --- | --- |
| Michael L. Gibson | 2006 | |
| Bob Weatherbie | | |
| Raymond James Financial Services | 2008 | Investment Account to General Fund |
| Lang Chevrolet<br>Paola KS | January 21, 2009 | 2007 Yukon Denali Suburban XL<br>Sold for $23,500<br>Net Book Value $30,645 |

Bankruptcy2009 ©1991-2009, New Hope Software, Inc., ver. 4.4.9-732 - 32342 - Adobe PDF

b.  List all property transferred by the debtor within ten years immediately preceding the commencement of this case to a self-settled trust or similar device of which the debtor is a beneficiary.

None
☒

| NAME OF TRUST OR OTHER DEVICE | DATE(S) OF TRANSFER(S) | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY OR DEBTOR'S INTEREST IN PROPERTY |
|---|---|---|

### 11.  Closed financial accounts

None
☐

List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within one year immediately preceding the commencement of this case.  Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions.  (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF INSTITUTION | TYPE OF ACCOUNT, LAST FOUR DIGITS OF ACCOUNT NUMBER, AND AMOUNT OF FINAL BALANCE | AMOUNT AND DATE OF SALE OR CLOSING |
|---|---|---|
| Raymond James Financial Services | Investment Account Closing Balance: 0.00 | December 2008 |

### 12.  Safe deposit boxes

None
☐

List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within one year immediately preceding the commencement of this case.    (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF BANK OR OTHER DEPOSITORY | NAMES AND ADDRESSES OF THOSE WITH ACCESS TO BOX OR DEPOSITORY | DESCRIPTION OF CONTENTS | DATE OF TRANSFER OR SURRENDER, IF ANY |
|---|---|---|---|
| TeamBank Paola, KS | | Car titles, papers, etc. No Value | |

Bankruptcy2009 ©1991-2009, New Hope Software, Inc., ver. 4.4.9-732 - 32442 - Adobe PDF

| | Shares of | # shares | Sale Price | Trade Amount | Commission | Fee | Handling | Net Amount | Cost Basis | P/L | | P/L |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| BAC | Bank of America (Nations) | 200,000 | 17.0100 | 3,402.00 | 107.34 | 0.02 | 4.95 | 3,289.69 | 4,183.02 | -781.02 | 0.00 | -781.02 |
| BANF | BancFirst Corp. | 200,000 | 44.1000 | 8,820.00 | 189.00 | 0.05 | 4.95 | 8,626.00 | 3,350.00 | 5,470.00 | 5,470.00 | 0.00 |
| BOKF | BOK Financial Corp New | 109,000 | 44.5700 | 4,858.13 | 119.71 | 0.03 | 4.95 | 4,733.44 | 2,227.77 | 2,630.36 | 2,630.36 | 0.00 |
| BXX | Brooke Corporation | 100,000 | 0.0150 | 1.50 | 1.49 | 0.01 | | 0.00 | 439.50 | -438.00 | 0.00 | -438.00 |
| CBC | Capitol Bancorp Limited | 100,000 | 5.8480 | 584.80 | 60.00 | 0.01 | 4.95 | 519.84 | 2,891.00 | -2,306.20 | 0.00 | -2,306.20 |
| CRBC | Citizens Banking Corp | 100,000 | 2.4620 | 246.20 | 60.00 | 0.01 | 4.95 | 181.24 | 2,549.00 | -2,302.80 | 0.00 | -2,302.80 |
| FFSL | First Independence Corp.Delaware | 100,000 | 11.0500 | 1,105.00 | 60.00 | 0.01 | 4.95 | 1,040.04 | 1,487.50 | -382.50 | 0.00 | -382.50 |
| FHN | First Horizon Natl Corp | 0.061 | | 0.00 | | | | 0.60 | | 0.00 | | 0.00 |
| FHN | First Horizon Natl Corp | 103,000 | 10.4816 | 1,079.60 | 60.00 | 0.01 | 4.95 | 1,014.64 | 4,471.00 | -3,391.40 | 0.00 | -3,391.40 |
| FTB | Fifth Third Bancorp | 159,000 | 8.4610 | 1,345.30 | 72.01 | 0.01 | 4.95 | 1,268.33 | 4,658.15 | -3,312.85 | 0.00 | -3,312.85 |
| FSNM | First St. Bancorporation | 200,000 | 1.9100 | 382.00 | 60.00 | 0.01 | 4.95 | 317.04 | 2,075.00 | -1,693.00 | 0.00 | -1,693.00 |
| HTLF | Heartland Finl USA Inc. | 100,000 | 21.2760 | 2,127.60 | 70.74 | 0.02 | 4.95 | 2,051.89 | 1,965.00 | 162.60 | 162.60 | 0.00 |
| HWBK | Hawthorn Bancshares | 500,000 | 16.3080 | 8,154.00 | 210.33 | 0.05 | 4.95 | 7,938.67 | 16,016.00 | -7,862.00 | 0.00 | -7,862.00 |
| JPM | JP Morgan Chase & Company (OI | 159,000 | 35.4815 | 5,641.56 | 163.59 | 0.04 | 4.95 | 5,472.98 | 4,205.09 | 1,436.47 | 1,436.47 | 0.00 |
| LARK | Landmark Bancorp Inc | 318,000 | 17.0501 | 5,421.93 | 162.30 | 0.04 | 4.95 | 5,254.64 | 9,059.25 | -3,637.32 | 0.00 | -3,637.32 |
| MBFI | MB Financial Incorp New | 150,000 | 26.8167 | 4,022.51 | 135.45 | 0.03 | 4.95 | 3,882.08 | 2,796.00 | 1,226.51 | 1,226.51 | 0.00 |
| MBR | Mercantile Bancorp | 600,000 | 11.0217 | 6,613.02 | 197.99 | 0.04 | 4.95 | 6,410.04 | 8,908.00 | -2,294.98 | 0.00 | -2,294.98 |
| MI | Marshall Ilsley Corp | 492,000 | 13.0015 | 6,396.74 | 185.95 | 0.04 | 4.95 | 6,205.80 | 8,407.60 | -2,010.86 | 0.00 | -2,010.86 |
| MOFG | Midwestone Finl Group | 950,000 | 9.8587 | 9,365.77 | 287.35 | 0.06 | 4.95 | 9,073.41 | 16,470.45 | -7,104.69 | 0.00 | -7,104.69 |
| MV | Metavante Technologies | 164,000 | 16.6901 | 2,737.18 | 106.28 | 0.02 | 4.95 | 2,625.93 | 2,802.53 | -65.35 | 0.00 | -65.35 |
| OKSB | Southwest Bancorp Inc. OK | 300,000 | 13.0303 | 3,909.09 | 126.10 | 0.03 | 4.95 | 3,778.01 | 2,700.00 | 1,209.09 | 1,209.09 | 0.00 |
| PVTB | PrivateBancorp Inc. | 200,000 | 30.5340 | 6,106.80 | 149.01 | 0.04 | 4.95 | 5,952.80 | 7,202.00 | -1,095.20 | 0.00 | -1,095.20 |
| RF | Regions Finl Corporation | 223,000 | 9.8701 | 2,201.03 | 96.23 | 0.02 | 4.95 | 2,099.83 | 6,523.38 | -4,322.35 | 0.00 | -4,322.35 |
| SBSI | Southside Bancshares, Inc. | 167,000 | 21.6800 | 3,620.56 | 122.78 | 0.03 | 4.95 | 3,492.80 | 1,523.62 | 2,096.94 | 2,096.94 | 0.00 |
| UMBF | UMB Financial Corp | 306,000 | 47.5470 | 14,549.38 | 295.20 | 0.09 | 4.95 | 14,249.14 | 5,234.19 | 9,315.19 | 9,315.19 | 0.00 |
| USB | US Bancorp | 100,000 | 28.5815 | 2,858.15 | 84.83 | 0.02 | 4.95 | 2,768.35 | 2,101.00 | 757.15 | 757.15 | 0.00 |
| WFC | Wells Fargo & Company | 200,000 | 31.5000 | 6,300.00 | 151.85 | 0.04 | 4.95 | 6,143.16 | 6,338.40 | -38.40 | 0.00 | -38.40 |
| | | 6,300.061 | | 111,849.84 | 3,334.040 | 0.780 | 125.240 | 108,390.38 | 130,584.45 | -18,734.61 | 24,304.31 | -43,038.91 |
| | | | | -3,460.06 | | | | | | | | -18,734.61 |
| | | | | 108,389.78 | | | | | | | | |

Heritage Cash Account

| | | |
|---|---|---|
| Par | 130,584.45 | $4,428.94 |
| P/L | -18,734.61 | $112,819.32 |
| Expense | -3,460.06 | $113,306.30 |
| Cash | 108,389.7828 | ($486.98) |
| | 0.6000 | |
| | 108,390.3828 | |

Dividends

| Dividends | |
|---|---|
| $5.00 | 68.00 |
| $24.53 | 24.53 |
| $68.00 | 5.00 |
| $21.71 | 108,411.50 |
| $10.02 | 168.04 |
| $10.02 | 10.02 |
| $157.44 | 180.88 |
| $144.88 | 108,867.97 |
| $36.00 | 113,296.91 |
| $477.58 | -9.39 |

($9.40)

**13. Setoffs**

None
☒

List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within 90 days preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATE OF SETOFF | AMOUNT OF SETOFF |
|---|---|---|

**14. Property held for another person**

None
☒

List all property owned by another person that the debtor holds or controls.

| NAME AND ADDRESS OF OWNER | DESCRIPTION AND VALUE OF PROPERTY | LOCATION OF PROPERTY |
|---|---|---|

**15. Prior address of debtor**

None
☒

If the debtor has moved within the three years immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate address of either spouse.

| ADDRESS | NAME USED | DATES OF OCCUPANCY |
|---|---|---|

**16. Spouses and Former Spouses**

None
☒

If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within eight years immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

| NAME |
|---|

**17. Environmental Sites**

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes, or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites.

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law

None
☒ 

a.     List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law:

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

Bankruptcy2009 ©1991-2009, New Hope Software, Inc., ver. 4.4.9-732 - 32342 - Adobe PDF

b.    List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

None
☒

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

c.    List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which the debtor is or was a party. Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

None
☒

| NAME AND ADDRESS OF GOVERNMENTAL UNIT | DOCKET NUMBER | STATUS OR DISPOSITION |
|---|---|---|

**18. Nature, location and name of business**

None
☒

a.    If the debtor is an individual, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partnership, sole proprietorship, or  was self-employed in a trade, profession, or other activity either full- or part-time within six years immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within the six years immediately preceding the commencement of this case.

If the debtor is a partnership, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity  securities, within the six years immediately preceding the commencement of this case.

If the debtor is a corporation, list the names, addresses, taxpayer identification numbers, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within the six years immediately preceding the commencement of this case.

| NAME | LAST FOUR DIGITS OF SOCIAL-SECURITY OR OTHER INDIVIDUAL TAXPAYER-I.D. NO. (ITIN)/ COMPLETE EIN | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
|---|---|---|---|---|

b.    Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.

None
☒

| NAME | ADDRESS |
|---|---|

Bankruptcy2009 ©1991-2009, New Hope Software, Inc., ver. 4.4.9-732 - 32342 - Adobe PDF

The following questions are to be completed by every debtor that is a corporation or partnership and by any individual debtor who is or has been, within the six years immediately preceding the commencement of this case, any of the following: an officer, director, managing executive, or owner of more than 5 percent of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or otherwise self-employed.

*(An individual or joint debtor should complete this portion of the statement only if the debtor is or has been in business, as defined above, within the six years immediately preceding the commencement of this case. A debtor who has not been in business within those six years should go directly to the signature page.)*

**19. Books, record and financial statements**

None ☐    a.    List all bookkeepers and accountants who within the two years immediately preceding the filing of this bankruptcy case kept or supervised the keeping of books of account and records of the debtor.

NAME AND ADDRESS              DATES SERVICES RENDERED

SEE ATTACHED

None ☐    b.    List all firms or individuals who within the two years immediately preceding the filing of this bankruptcy case have audited the books of account and records, or prepared a financial statement of the debtor.

| NAME | ADDRESS | DATES SERVICES RENDERED |
|---|---|---|
| KPMG LLP | Dept 0970<br>Box 120001<br>Dallas TX 75312-0970 | For over 10 years |

None ☒    c.    List all firms or individuals who at the time of the commencement of this case were in possession of the books of account and records of the debtor. If any of the books of account and records are not available, explain.

NAME              ADDRESS

None ☐    d.    List all financial institutions, creditors and other parties, including mercantile and trade agencies, to whom a financial statement was issued within the two years immediately preceding the commencement of this case by the debtor.

NAME AND ADDRESS              DATE ISSUED

Financials available through
SEC filing

Bankruptcy2009 ©1991-2009, New Hope Software, Inc., ver. 4.4.9-732 - 32442 - Adobe PDF

| Name | Last Known Address | Hire Date | Term. Date | |
|---|---|---|---|---|
| Aubrey, Curtis | 17682 W. 156th St., Olathe, KS 66062 | 6/24/2002 | 6/4/2004 | Asst Controller |
| Beastrom | 625 Folks Rd. #136, Lawrence, KS 66049 | 6/7/07 & 1/22/08 | n/a | former Acctg. Clerk; currently in Audit |
| Beeman, Kaila | 318 Signal Ridge Dr., Baldwin City, KS 66006 | 2/20/2007 | n/a | PAO |
| Berckefeldt, Debbie | 30519 W. 287th, Paola, KS 66071 | 9/17/2002 | n/a | Acct Assistant |
| Boyle, Julie | 15616 Gallery St., Olathe, KS 66062 | 6/7/2004 | 2/17/2009 | Controller |
| Connealy, Frank | 4523 W. 159th Terr. #110, Stillwell, KS 66085-9548 | 11/21/2005 | 4/7/2006 | CAO |
| Gibson, Michael | 205 Overhill Dr., Paola, KS 66071 | 2/1/1971 | 6/30/2007 | CFO |
| Peirce, Jodi | 10016 Kessler, Overland Park, KS 66212 | 9/18/2006 | 3/13/2009 | Asst Controller |
| Rausch, Lois | 32631 Lookout Rd., Paola, KS 66071 | 8/31/1982 | n/a | Sr. VP- Investments |
| Schreacke, Gregory | 421 Chestnut St., Elizabeth Town, KY 42701 | 8/22/1999 | 1/16/2004 | Controller |
| Small, Justin | 217 Brookside Dr., Paola, KS 66071 | 12/5/2005 | 4/9/2007 | Asst Controller |
| Smith, Sheila | 2004 W. 84th St., Leawood, KS 66206 | 2/18/2004 | 9/23/2005 | Controller |
| Swicegood, Laurie | 34755 W. 311th, Paola, KS 66071 | 9/21/2005 | 6/8/2006 | Acct Assistant |
| Tremblay, Richard | 12729 Grandview Rd., Overland Park, KS 66213 | 1/5/2006 | 4/25/2008 | CFO |
| Vance, Bruce | 15159 Sherwood Rd., Leawood, KS 66224 | 7/5/2006 | 2/17/2009 | consultant/former CFO |

**20. Inventories**

None ☒    a.    List the dates of the last two inventories taken of your property, the name of the person who supervised the taking of each inventory, and the dollar amount and basis of each inventory.

| DATE OF INVENTORY | INVENTORY SUPERVISOR | DOLLAR AMOUNT OF INVENTORY |
|---|---|---|
| | | (Specify cost, market or other basis) |

None ☒    b.    List the name and address of the person having possession of the records of each of the two inventories reported in a., above.

| DATE OF INVENTORY | NAME AND ADDRESSES OF CUSTODIAN OF |
|---|---|
| | INVENTORY RECORDS |

**21. Current Partners, Officers, Directors and Shareholders**

None ☒    a.    If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the partnership.

| NAME AND ADDRESS | NATURE OF INTEREST | PERCENTAGE OF INTEREST |
|---|---|---|

None ☒    b.    If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who directly or indirectly owns, controls, or holds 5 percent or more of the voting or equity securities of the corporation.

| NAME AND ADDRESS | TITLE | NATURE AND PERCENTAGE OF |
|---|---|---|
| | | STOCK OWNERSHIP |

**22. Former partners, officers, directors and shareholders**

None ☒    a.    If the debtor is a partnership, list each member who withdrew from the partnership within one year immediately preceding the commencement of this case.

| NAME | ADDRESS | DATE OF WITHDRAWAL |
|---|---|---|

None ☒    b.    If the debtor is a corporation, list all officers, or directors whose relationship with the corporation terminated within one year immediately preceding the commencement of this case.

| NAME AND ADDRESS | TITLE | DATE OF TERMINATION |
|---|---|---|

Bankruptcy2009 ©1991-2009, New Hope Software, Inc., ver. 4.4.9-732 - 32442 - Adobe PDF

**23. Withdrawals from a partnership or distribution by a corporation**

None ☒   If the debtor is a partnership or a corporation, list all withdrawals or distributions credited or given to an insider, including compensation in any form, bonuses, loans, stock redemptions, options exercised and any other perquisite during one year immediately preceding the commencement of this case.

| NAME & ADDRESS OF RECIPIENT, RELATIONSHIP TO DEBTOR | DATE AND PURPOSE OF WITHDRAWAL | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

**24. Tax Consolidation Group**

None ☒   If the debtor is a corporation, list the name and federal taxpayer identification number of the parent corporation of any consolidated group for tax purposes of which the debtor has been a member at any time within the six-year period immediately preceding the commencement of the case.

| NAME OF PARENT CORPORATION | TAXPAYER IDENTIFICATION NUMBER (EIN) |
|---|---|

**25. Pension Funds**

None ☒   If the debtor is not an individual, list the name and federal taxpayer identification number of any pension fund to which the debtor, as an employer, has been responsible for contributing at any time within the six-year period immediately preceding the commencement of the case.

| NAME OF PENSION FUND | TAXPAYER IDENTIFICATION NUMBER (EIN) |
|---|---|

\* \* \* \* \* \*

*[If completed on behalf of a partnership or corporation]*

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct to the best of my knowledge, information and belief.

Date   04/05/2009

Signature   /s/ Sandra Moll

SANDRA MOLL,
Chief Operating Officer

Print Name and Title

[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]

Bankruptcy2009 ©1991-2009, New Hope Software, Inc., ver. 4.4-9-732 - 32342 - Adobe PDF

_0_ continuation sheets attached

***Penalty for making a false statement:  Fine of up to $500,000 or imprisonment for up to 5 years, or both.  18 U.S.C. §152 and 3571***

---

### DECLARATION AND SIGNATURE OF NON-ATTORNEY BANKRUPTCY PETITION PREPARER (See 11 U.S.C. § 110)

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and required under 11U.S.C. §§ 110(b), 110(h), and 342(b); (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110 setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section.

_____      _____
Printed or Typed Name and Title, if any, of Bankruptcy Petition Preparer     Social Security No. (Required by 11 U.S.C. § 110(c).)
*If the bankruptcy petition preparer is not an individual, state the name, title (if any), address, and social security number of the officer, principal, responsible person, or partner who signs this document.*

_____

_____
Address

X_____      _____
Signature of Bankruptcy Petition Preparer         Date

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional signed sheets conforming to the appropriate Official Form for each person.

***A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 18 U.S.C. §156.***

Bankruptcy2009 ©1991-2009, New Hope Software, Inc., ver. 4.4.9-732  - 32342 - Adobe PDF