Appendix 1-01 to LBR 1009.1

UNITED STATES BANKRUPTCY COURT
DISTRICT OF KANSAS

In Re:  Team Financial, Inc.          )
                                      )      Case No. 09-10925-11
Debtor(s)                             )

**NOTICE OF AMENDMENT OF SCHEDULES D, E, F, G OR H
(ADDITION OF CREDITOR(S))**

You are hereby notified that the debtor(s) has filed the attached amended schedule(s) of debt to include the creditor listed below. Debtor's counsel shall also separately provide you a copy of the debtor(s)' full Social Security Number.

1. Creditor (name and address): Metavante Corporation

2. Claim (amount owed, nature of claim, date incurred): Professional Services Contract

3. This claim has been scheduled as (Check one box):
   [ ] secured;  [ ] priority;  [ ] general unsecured.

4. Trustee, if one has been appointed: _____

5. Original deadline for filing proofs of claim: _____

6. Deadline for filing complaints objecting to discharge of specific debts or of debtor under 11 U.S.C. § 523, 727 [Date]: _____
   or
   _____ This claim was added to the schedules after the deadline for filing complaints stated above.

**Check applicable provision(s) below:**

_____ This is a no-asset case. It is unnecessary to file a claim now. If it is determined there are assets to distribute, creditors will receive a notice setting a deadline to file claims.

_____ This claim was added to the schedules after the deadline for filing claims stated above.

_____ This is a Chapter 13 case. You have until the bar date to file your proof of claim.

_____ A plan in this case was confirmed on [Date] _____.

_____ No plan has been confirmed in this case, but a confirmation hearing is currently set for [Date] _____ at [Location] _____. Since the amendment was filed too late to give notice, you may file an objection to either confirmation of the plan or the amendment to the schedules by [Date] _____. If an objection is timely filed, a non-evidentiary preliminary hearing will be scheduled and notice provided by the Clerk upon expiration of the deadline date.

s/ Edward J. Nazar, 245 N. Waco, Ste. 402, Wichita, KS 67202
**Attorney for Debtor(s)  (type name and address)**

Certificate of Service:  I, Edward J. Nazar , certify the above notice and a separate notice of the full Social Security Number of the debtor(s) was served on the above-named creditor by first class, postage prepaid mail, on 5/11/09 .

s/ Edward J. Nazar, #11867
(Signature above)
* * *

As amended 10/17/05.

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF KANSAS

IN RE:

TEAM FINANCIAL, INC.,
         *Debtor.*

Case No. 09-10925
Chapter 11

**Filed Electronically**

## DEBTOR'S AMENDMENT TO SCHEDULE G AND CREDITOR MATRIX

COMES NOW, the debtor, by and through its counsel of record, Edward J. Nazar of Redmond & Nazar, L.L.P., and hereby amends Schedule G, Executory Contracts & Unexpired Leases, and the creditor matrix as follows:

1. **New Creditor Added to Schedule G:**

| **Name** | **Type of Contract** |
|---|---|
| Metavante Corporation<br>4900 W. Brown Deer Rd<br>Brown Deer, WI 53223 | Professional Services |

All other information as shown on Schedule G previously filed with the court, including any amendments thereto, remain unchanged.

WHEREFORE, the debtor amends Schedule G as the creditor matrix as set forth above.

The undersigned, declares under penalty of Perjury that she has read the above and foregoing amendment and that it is true and correct to the best of her knowledge, information and belief.

May 11, 2009
Dated

s/ Connie Hart
Connie Hart, Chairman of the Board

RESPECTFULLY SUBMITTED,

REDMOND & NAZAR, L.L.P.

s/ Edward J. Nazar
Edward J. Nazar, #09845
Attorney for Debtors
245 North Waco, Suite 402
Wichita, KS 67202-1117
316-262-8361 / 316-263-0610
ebn1@redmondnazar.com

In Re: Team Financial, Inc.
Case No. 09-10925-11
Page 2

## CERTIFICATE OF SERVICE

The undersigned hereby notifies the court that a true and correct copy of DEBTOR'S AMENDMENT TO SCHEDULE G AND CREDITOR MATRIX was uploaded to the CM/ECF system on May 11, 2009, which will send a notice of electronic filing to the those requesting notice pursuant to Bankruptcy Rule 2002 and other interested parties.

                                                                s/ Edward J. Nazar
                                                                Edward J. Nazar, #09845

| FORM B9F (Official Form 9F) (Chapter 11 Corporation/Partnership Case) (12/07) | Case Number 09-10925 |
|---|---|
| UNITED STATES BANKRUPTCY COURT District of Kansas (Wichita) ||
| **Notice of Chapter 11 Bankruptcy Case, Meeting of Creditors, & Deadlines** ||

A chapter 11 bankruptcy case concerning the debtor(s) Corporation listed below was filed on 4/5/09.

You may be a creditor of the debtor. **This notice lists important deadlines.** You may want to consult an attorney to protect your rights.
All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below.
**NOTE: The staff of the bankruptcy clerk's office cannot give legal advice.**

## See Reverse Side For Important Explanations

Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
**Team Financial Inc**
PO Box 402
Paola, KS 66071

| Case Number / Presiding Judge: **09-10925 / Robert E. Nugent** | Social Security/Individual Taxpayer ID/Employer ID/Other Nos.: 48-1017164 |
|---|---|
| Attorney for Debtor(s) (name and address): Edward J Nazar 245 North Waco Ste 402 Wichita, KS 67202 Telephone number: (316) 262-8361 | |

### Meeting of Creditors
Date: **May 1, 2009**                             Time: **10:00 AM**
Location: **Room B-56 US Courthouse, 401 North Market, Wichita, KS 67202**

All individual debtors are required to produce photo ID and proof of Social Security Number to the Trustee at this meeting.
Non-lawyers SHOULD NOT bring cellular telephones, pagers, two-way radios, personal digital assistants, cameras, or other electronic communication devices to the courthouse.

### Deadline to File a Proof of Claim
Proof of claim must be *received* by the bankruptcy clerk's office by the following deadline:

Notice of deadline will be sent at a later time.

### Creditor with a Foreign Address:
A creditor to whom this notice is sent at a foreign address should read the information under "Claims" on the reverse side.

### Deadline to File a Complaint to Determine Dischargeability of Certain Debts:

### Creditors May Not Take Certain Actions:
In most instances, the filing of the bankruptcy case automatically stays certain collection and other actions against the debtor and the debtor's property. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although the debtor can request the court to extend or impose a stay. If you attempt to collect a debt or take other action in violation of the Bankruptcy Code, you may be penalized. Consult a lawyer to determine your rights in this case.

| Address of the Bankruptcy Clerk's Office: 167 US Courthouse 401 North Market Wichita, KS 67202 Telephone number: (316) 269-6486 | For the Court: Clerk of the Bankruptcy Court: Fred Jamison |
|---|---|
| Hours Open: 9:00 AM - 4:00 PM Monday - Friday Phone Hours: 9:30 AM - 3:30 PM Monday - Friday | Date: 4/6/09 |

## EXPLANATIONS
B9F (Official Form 9F) (12/07)

| | |
|---|---|
| Filing of Chapter 11 Bankruptcy Case | A bankruptcy case under Chapter 11 of the Bankruptcy Code (title 11, United States Code) has been filed in this court by or against the debtor(s) listed on the front side, and an order for relief has been entered. Chapter 11 allows a debtor to reorganize or liquidate pursuant to a plan. A plan is not effective unless confirmed by the court. You may be sent a copy of the plan and a disclosure statement telling you about the plan, and you might have the opportunity to vote on the plan. You will be sent notice of the date of the confirmation hearing, and you may object to confirmation of the plan and attend the confirmation hearing. Unless a trustee is serving, the debtor will remain in possession of the debtor's property and may continue to operate any business. |
| **Legal Advice** | The staff of the bankruptcy clerk's office cannot give legal advice. Consult a lawyer to determine your rights in this case. |
| Creditors Generally May Not Take Certain Actions | Prohibited collection actions are listed in Bankruptcy Code § 362. Common examples of prohibited actions include contacting the debtor by telephone, mail or otherwise to demand repayment; taking actions to collect money or obtain property from the debtor; repossessing the debtor's property; and starting or continuing lawsuits or foreclosures. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although the debtor can request the court to extend or impose a stay. |
| Meeting of Creditors | A meeting of creditors is scheduled for the date, time and location listed on the front side. *The debtor's representative must be present at the meeting to be questioned under oath by the trustee and by creditors.* Creditors are welcome to attend, but are not required to do so. The meeting may be continued and concluded at a later date without further notice. The court, after notice and a hearing, may order that the United States trustee not convene the meeting if the debtor has filed a plan for which the debtor solicited acceptances before filing the case. |
| Claims | A Proof of Claim is a signed statement describing a creditor's claim. If a Proof of Claim form is not included with this notice, you can obtain one at any bankruptcy clerk's office. You may look at the schedules that have been or will be filed at the bankruptcy clerk's office. If your claim is scheduled and is *not* listed as disputed, contingent, or unliquidated, it will be allowed in the amount scheduled unless you filed a Proof of Claim or you are sent further notice about the claim. Whether or not your claim is scheduled, you are permitted to file a Proof of Claim. If your claim is not listed at all *or* if your claim is listed as disputed, contingent, or unliquidated, then you must file a Proof of Claim or you might not be paid any money on your claim and may be unable to vote on the plan. The court has not yet set a deadline to file a Proof of Claim. If a deadline is set, you will be sent another notice. A secured creditor retains rights in its collateral regardless of whether that creditor files a Proof of Claim. Filing a Proof of Claim submits the creditor to the jurisdiction of the bankruptcy court, with consequences a lawyer can explain. For example, a secured creditor who files a Proof of Claim may surrender important nonmonetary rights, including the right to a jury trial. **Filing Deadline for a Creditor with a Foreign Address:** The deadlines for filing claims will be set in a later court order and will apply to all creditors unless the order provides otherwise. If notice of the order setting the deadline is sent to a creditor at a foreign address, the creditor may file a motion requesting the court to extend the deadline. |
| Discharge of Debts | Confirmation of a chapter 11 plan may result in a discharge of debts, which may include all or part of your debt. See Bankruptcy Code § 1141(d). A discharge means that you may never try to collect the debt from the debtor, except as provided in the plan. If you believe that a debt owed to you is not dischargeable under Bankruptcy Code § 1141(d)(6)(A), you must start a lawsuit by filing a complaint in the bankruptcy clerk's office by the "Deadline to File a Complaint to Determine Dischargeability of Certain Debts" listed on the front side. The bankruptcy clerk's office must receive the complaint and any required filing fee by that Deadline. |
| Bankruptcy Clerk's Office | Any paper that you file in this bankruptcy case should be filed at the bankruptcy clerk's office at the address listed on the front side. You may inspect all papers filed, including the list of the debtor's property and debts and the list of the property claimed as exempt, at the bankruptcy clerk's office. |
| Creditor with a Foreign Address | Consult a lawyer familiar with United States bankruptcy law if you have any questions regarding your rights in this case. |

### Refer to Other Side for Important Deadlines and Notices

### D. Kan. LBR 6007.1 ABANDONMENT OF PROPERTY OF THE ESTATE

When the Clerk of the Court provides the Notice of Bankruptcy Case, Meeting of Creditors and Deadlines, the Notice shall contain a provision that within 60 days from the conclusion of the meeting of creditors held under § 341, the trustee may file notice of intended abandonment of any or all of the debtor's property in the estate as authorized by § 554 without further service on creditors or interested parties. Unless a creditor or interested party objects to abandonment within 75 days from the conclusion of the meeting of creditors held under § 341, the property subject to the intended abandonment will be deemed abandoned without further notice or order of the court.