REDMOND & NAZAR, L.L.P.
245 North Waco, Suite 402
Wichita, Kansas 67202
316-262-8361

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF KANSAS

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| TEAM FINANCIAL, INC. | ) | Case No. 09-10925-11 |
| | ) | Chapter 11 |
| _____Debtor-in-Possession_____ | ) | |
| IN RE: | ) | |
| | ) | |
| TEAM FINANCIAL ACQUISITION | ) | Case No. 09-10926-11 |
| SUBSIDIARY, INC. | ) | Chapter 11 |
| | ) | |
| _____Debtor-in-Possession_____ | ) | |
| IN RE: | ) | |
| | ) | |
| POST BANCORP, INC. | ) | Case No. 09-10927-11 |
| | ) | Chapter 11 |
| _____Debtor-in-Possession_____ | ) | |

**MOTION AND NOTICE OF INTENDED SALE OF PERSONAL PROPERTY #3**
**SALE DATE: JUNE 5, 2009**
**OBJECTION DEADLINE: JUNE 1, 2009**
**HEARING ON OBJECTIONS: JUNE 11, 2009 at 10:30 A.M.**

1. Notice is hereby given by the Debtors of the intended sale of all right, title, and interest of the Debtor(s) in and to the following described Personal Property:

    **All office furniture and equipment as set forth on the exhibit attached hereto.**

2. The sale of the Personal Property will be by private treaty.

3. The property will be sold free and clear of any claimed liens and encumbrances of record, with the balance of the proceeds will be held for the benefit of unsecured creditors.

4. The hereinabove described Personal Property has not been claimed as exempt by the Debtor(s) or any other person entitled to assert the Debtors' exemptions under federal or state law.

5. The Personal Property as hereinabove described will be sold to the highest bidder, and said

In the United States Bankruptcy Court for the District of Kansas
IN RE: Team Financial, Inc., Team Financial Acquisition Subsidiary, Inc. and Post Bancorp, Inc.
Bankruptcy Case No. 09-10925-11, 09-10926-11 and 09-10927-11
Motion and Notice of Intended Sale of Personal Property #3
Page 2

Personal Property will be sold in its present condition with no express or implied warranties, and the purchaser is to accept said property in its present condition.

6. The sale will be free and clear of all liens and encumbrances of record, and in the event of any mortgage or security interest in and to said property to be sold, the mortgage or security interest shall be transferred to the proceeds of sale. A significant benefit will be realized by any secured creditor to the extent of receipt of proceeds through distribution upon closing of this transaction.

7. Great Southern Bank has made an offer of $23,465.00 and said offer will be accepted by the Debtors if no other bids or objections are received on or before the 1st day of June, 2009.

8. Objections to the sale of the Personal Property and the payment of the administrative expenses should be made in writing to the United States Bankruptcy Court, 401 North Market, Wichita, Kansas 67202, with a copy to the Trustee at the Trustee's address, Redmond & Nazar, L.L.P., 245 North Waco, Suite 402, Wichita, Kansas 67202-1117, on or before the 1st day of June, 2009. If no objections are made to the payment of the above and foregoing items, then the Court may enter an Order approving said costs and disbursing the funds from the sale without further notice to all creditors. In the event an objection is filed, a hearing on the objection will be held on June 11, 2009, at 10:30 a.m. at 401 North Market, Room 150, Wichita, Kansas 67202.

/s/Edward J. Nazar
Edward J. Nazar, #09845
Attorney for Debtors
245 North Waco, Suite 402
Wichita, KS 67202
316-262-8361 / 316-263-0610 fax
ebn1@redmondnazar.com

### CERTIFICATE OF SERVICE

The undersigned hereby certifies that on the 11th day of May, 2009, a true and correct copy of the Motion and Notice of Intended Sale of Personal Property #3 was filed electronically with the United States Bankruptcy Court for the District of Kansas using the CM/ECF system, which sent notification to all parties of interest participating in the CM/ECF system, and a copy of the same was forwarded by first class United States mail, postage prepaid and addressed to those parties not

In the United States Bankruptcy Court for the District of Kansas
IN RE:  Team Financial, Inc., Team Financial Acquisition Subsidiary, Inc. and Post Bancorp, Inc.
Bankruptcy Case No. 09-10925-11, 09-10926-11 and 09-10927-11
Motion and Notice of Intended Sale of Personal Property #3
Page 3

participating in the CM/ECF system. The parties of interest receiving notification either electronically or by first class United States mail are as shown by the matrix attached to the original Motion on filed with the Clerk of the United States Bankruptcy Court and as follows:

Internal Revenue Service
271 West 3rd North, Suite 3000
Stop 5333 WIC
Wichita, KS 67202-9821

Internal Revenue Service
PO Box 21126
Philadelphia, PA 19114

Kansas Department of Revenue
Civil Tax Enforcement
PO Box 12005
915 SW Harrison
Topeka, KS 66612-2005

Shawnee County Treasurer
Courthouse
616 S.E. Jefferson Street
Topeka, KS 66603

/s/Rhonda Kane
Rhonda Kane
Legal Assistant to Edward J. Nazar

| Bruce Office |
|---|
| Cherry Executive Desk w/Ret & Spanner |
| (2) 2 Dr Lateral File @ 100.00 |
| |
| Executive Chair |
| (2) Side Chair @ 20 |
| Conference Table |
| (5) Side Chair @ 20. |
| |
| Sony TV, VCR, Projector, CD, Cart, |
| |
| Tree |
| |
| Easel |
| Picture |
| (2) L Table @ 5 |
| 5' Bookshelf @ 30. |
| 3' Bookshelf @ 20 |
| Plant |
| |
| Computer |
| Konica Copier |
| **Sect.** |
| Cherry Desk w/2 Return |
| Side Chair |
| 3 dr Fire King Lateral File |
| Computer |
| 3x Chair |
| |
| HP 4250 LJ Printer |
| HP CP4005 Color Printer |
| |
| 3 Dr Fire King Lateral File |
| Oak 4 Dr File |
| **OFFICE** |
| Hon 4 Dr File |
| 5 dr Hon Lateral File |
| 6 x 10 Work Station (Compoents) |
|   w/Lat. File, File Base, & Work Tops |
| |
| Office Misc. (cal & Etc) |
| Exec. Chair |
| (2) Side Chair @ 7.50 |
| |
| Computer, Printer |
| |
| Phone System |
| **SECT. AREA** |
| Cherry Desk w/Credenza & Spanner |

| |
|---|
| (2) 4' Cherry Book Shelf |
| (2) Side Chair @ 20 |
| Executive chair |
| 3 dr Lateral File |
| Computer |
| Office Misc. |
| |
| Hon 5 Dr Lateral File |
| **Executive Office** |
| Oak Executive Office, Desk wCredenaz & Spanner |
| (2) 2 Dr Lateral File @ 100. |
| (4) Side Chair @ 20 |
| Area Rug |
| Executive Chair |
| 30" Book Shelf |
| |
| Computer |
| |
| (3) Hon 5 Dr Lateral File @ 100. |
| **OFFICES** |
| Componetn Office Set (Work Tops) Lateal Files, |
| 3 Corner & Spanner @ 100. |
| Executive Chiar |
| (2) Side Chair @ 7.50 |
| 2 Dr Lateral File |
| |
| Computer Printer |
| Printer |
| |
| Component Office Set (Work Tops Lateral Files |
| 3 Corner & Spanner @ 100 |
| |
| Executive Chair |
| Picture |
| |
| Executive Chair |
| (2) Side Chair @ 15. |
| |
| Computer |
| Office Misc. |
| |
| **Small Conference Room** |
| Picture |
| Walnut Credenza |
| |
| 7' Oval Conference table |
| (5) Side Chair @ 20. |
| Plant |

| |
|---|
| **Recept - Second Floor** |
| (2) 4 Dr Lateral Fiel |
| Executive Chair |
| Computer |
| Office Misc. |
| Executive Chair |
| # dr Ped |
| |
| HP Color Copier |
| |
| **2nd Floor Entry** |
| (2) Side Chairs @ 20. |
| L Table |
| Plant |
| |
| **Large Conference Room** |
| (2)  4 x 8 Conference Table (8 x 8 Surface) @ 200 |
| (16) Conference Chairs @ 40. |
| d |
| 2 x 6 Oval Match Table |
| |
| (14) Stack Chairs  @ 5. |
| Coffee Table |
| Oak Cabinet |
| |
| HP 4250 LJ Printer |
| |
| **2nd Floor - Cherry Desk Set (like one on 1st Floor** |
| Hon Executive Desk & Return |
| Shell Table to Match |
| |
| Executive Chair |
| (2) Side Chair @ 20 |
| |
| **HALL** |
| Oak 2 Dr Lateral File |
| |
| **OFFICE** |
| (2) Set Componetn Office w/1 work top  @ 100 |
| Computer |
| office misc. |
| Steno Chair |
| Executive Chiar |
| |
| **OFFICE** |
| Set Component Office w/Desk top, Files, Work Top |
| (2) Side Chair @ 7.50 |

| WEST OFFICE - NOTHING |
|---|
| TO GO DOWN STAIRS |
| Wal Cap Wall To Front of Bldg |
| #1  Component Office |
| 4 dr File |
| Executive Chair |
| Side Chiar |
|  |
| #2 Component Office |
|  |
| #3 Component Office |
| Executive Chair |
|  |
| #4 Component Office |
| #5 Component Office |
| #6 Component Office |
|  |
| Steno Chair |
| Executive Chair |
| Executive Chair |
|  |
| 2 Ped File @ 10 |
|  |
| Steno Chair |
| Walnut 2 dr Lateral File |
|  |
| (8) Hon 4 Dr file @   4 @ 40.00 |
| 4 @ 25. |
|  |
| Electric Heater |
| 4' Book Shelf |

REDMOND & NAZAR, L.L.P.
245 North Waco, Suite 402
Wichita, Kansas 67202
316-262-8361

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF KANSAS

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| TEAM FINANCIAL, INC. | ) | Case No. 09-10925-11 |
| | ) | Chapter 11 |
|     Debtor-in-Possession | ) | |
| IN RE: | ) | |
| | ) | |
| TEAM FINANCIAL ACQUISITION | ) | Case No. 09-10926-11 |
| SUBSIDIARY, INC. | ) | Chapter 11 |
| | ) | |
|     Debtor-in-Possession | ) | |
| IN RE: | ) | |
| | ) | |
| POST BANCORP, INC. | ) | Case No. 09-10927-11 |
| | ) | Chapter 11 |
|     Debtor-in-Possession | ) | |

## JOURNAL ENTRY AND ORDER APPROVING
## SALE OF PERSONAL PROPERTY #3

This matter comes before the Court on the Motion and Notice of Intended Sale of Personal

Property #3. The debtors appear by and through their counsel of record, Redmond & Nazar, L.L.P.

In the United States Bankruptcy Court for the District of Kansas
IN RE: Team Financial, Inc., Team Financial Acquisition Subsidiary, Inc. and Post Bancorp, Inc.
Bankruptcy Case No. 09-10925-11, 09-10926-11 and 09-10927-11
Journal Entry and Order Approving Sale of Personal Property #3
Page 2

There are no other appearances.

WHEREUPON THE COURT FINDS:

1. Notice was given by the Debtors of the intended sale of all right, title, and interest of the Debtor(s) in and to the following described Personal Property:

    **All office furniture and equipment as set forth on the exhibit attached to the original motion.**

2. The property shall be sold free and clear of any claimed liens and encumbrances of record, with the balance of the proceeds held for the benefit of unsecured creditors.

3. The hereinabove described Personal Property has not been claimed as exempt by the Debtor(s) or any other person entitled to assert the Debtors' exemptions under federal or state law.

4. The Personal Property as hereinabove described shall be sold to the highest bidder, and said Personal Property shall be sold in its present condition with no express or implied warranties, and the purchaser is to accept said property in its present condition.

5. Great Southern Bank has made an offer of $23,465.00 and said offer shall be accepted by the Debtors.

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED the sale of personal property as set forth herein is approved, free and clear of liens and encumbrances of record.

IT IS SO ORDERED.

### # # #

APPROVED BY:

REDMOND & NAZAR, L.L.P.

/s/Edward J. Nazar
Edward J. Nazar, #09845
Attorney for Debtors
245 North Waco, Suite 402
Wichita, KS 67202
316-262-8361 / 316-263-0610 fax
ebn1@redmondnazar.com