# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| IN RE: ) | |
| ) | |
| TEAM FINANCIAL, INC. ) | Case No. 09-10925-11 |
| ) | Chapter 11 |
| _____Debtor-in-Possession_____ ) | |
| IN RE: ) | |
| ) | |
| TEAM FINANCIAL ACQUISITION ) | Case No. 09-10926-11 |
| SUBSIDIARY, INC. ) | Chapter 11 |
| ) | |
| _____Debtor-in-Possession_____ ) | |
| IN RE: ) | |
| ) | |
| POST BANCORP, INC. ) | Case No. 09-10927-11 |
| ) | Chapter 11 |
| _____Debtor-in-Possession_____ ) | |

## REPORT OF SALE #1

COMES NOW, the debtors by and through their attorney of record, Redmond & Nazar, L.L.P., and reports that they sold property of the bankruptcy estate as set forth in the Motion and Notice of Intended Sale of Real Property, Sale #1, for the total sum of $13,000.00.

WHEREUPON, it is announced to the Court that the sum of $467.80 was disbursed as follows:

1. Semloh Enterprises, Inc. was paid $300.00 for sale fee.

2. Semloh Enterprises, Inc. was paid $167.80 for pickup and transporting expenses.

In the United States Bankruptcy Court for the District of Kansas
IN RE:  Team Financial, Inc., Team Financial Acquisition Subsidiary, Inc. and Post Bancorp, Inc.
    Bankruptcy Case No. 09-10925-11, 09-10926-11 and 09-10927-11
    Report of Sale #1
Page 2

RESPECTFULLY SUBMITTED:

REDMOND & NAZAR, L.L.P.

/s/Edward J. Nazar
Edward J. Nazar, #09845
Attorney for Debtors
245 North Waco, Suite 402
Wichita, Kansas 67202-1117
316-262-8361 / 316-263-0610 - Fax
ebn1@redmondnazar.com

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on the 6th day of July, 2009, a true and correct copy of the foregoing was filed electronically with the United States Bankruptcy Court for the District of Kansas using the CM/ECF system, which sent notification to all parties of interest participating in the CM/ECF system. The parties of interest receiving notification either electronically or by first class United States mail are as follows:

Office of the United States Trustee
301 North Main, Suite 1150
Wichita, KS 67202

/s Rhonda Kane
Rhonda Kane
Legal Assistant to Edward J. Nazar

| | | | | 2950 |
|---|---|---|---|---|

**FAL, INC.**
DBA BRADLEY MOTORS
2040 SW COTTONWOOD LANE
TOPEKA, KS 66615

CAPITAL CITY BANK
44-114-1011

6/18/2009

PAY TO THE ORDER OF: Edward J. Nazar    $ **13,000.00

Thirteen Thousand and 00/100************************************************************ DOLLARS

Edward J. Nazar

MEMO  2007 Chrysler Aspen Vin 500965

AUTHORIZED SIGNATURE

---

'AL, INC. • DBA BRADLEY MOTORS        2950
Edward J. Nazar                         6/18/2009
           2007 Chrysler Aspen Limited              13,000.00
           Vin # 500965

Cash in bank Capi   2007 Chrysler Aspen Vin 500965              13,000.00