# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| IN RE: ) | |
| ) | |
| TEAM FINANCIAL, INC. ) | Case No. 09-10925-11 |
| ) | Chapter 11 |
|     Debtor-in-Possession ) | |
| IN RE: ) | |
| ) | |
| TEAM FINANCIAL ACQUISITION ) | Case No. 09-10926-11 |
| SUBSIDIARY, INC. ) | Chapter 11 |
| ) | |
|     Debtor-in-Possession ) | |
| IN RE: ) | |
| ) | |
| POST BANCORP, INC. ) | Case No. 09-10927-11 |
| ) | Chapter 11 |
|     Debtor-in-Possession ) | |

## REPORT OF SALE #2

COMES NOW, the debtors by and through their attorney of record, Redmond & Nazar, L.L.P., and reports that they sold property of the bankruptcy estate as set forth in the Motion and Notice of Intended Sale of Real Property, Sale #2, for the total sum of $6,700.00.

WHEREUPON, it is announced to the Court that the sum of $467.80 was disbursed as follows:

1. Semloh Enterprises, Inc. was paid $300.00 for sale fee.

2. Semloh Enterprises, Inc. was paid $167.80 for pickup and transporting expenses.

In the United States Bankruptcy Court for the District of Kansas
IN RE: Team Financial, Inc., Team Financial Acquisition Subsidiary, Inc. and Post Bancorp, Inc.
Bankruptcy Case No. 09-10925-11, 09-10926-11 and 09-10927-11
Report of Sale #2
Page 2

RESPECTFULLY SUBMITTED:

REDMOND & NAZAR, L.L.P.

/s/Edward J. Nazar
Edward J. Nazar, #09845
Attorney for Debtors
245 North Waco, Suite 402
Wichita, Kansas 67202-1117
316-262-8361 / 316-263-0610 Fax
ebn1@redmondnazar.com

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on the 6th day of July, 2009, a true and correct copy of the foregoing was filed electronically with the United States Bankruptcy Court for the District of Kansas using the CM/ECF system, which sent notification to all parties of interest participating in the CM/ECF system. The parties of interest receiving notification either electronically or by first class United States mail are as follows:

Office of the United States Trustee
301 North Main, Suite 1150
Wichita, KS 67202

/s Rhonda Kane
Rhonda Kane
Legal Assistant to Edward J. Nazar

| | | 5038 |
|---|---|---|
| Peter J Menzies<br>DBA Auto Broker  A9224   Thanks!<br>6331 Raytown Rd<br>Raytown, MO 64133<br>913-530-6577 | 6-17-09<br>DATE | 83-176/1011 |

PAY TO THE ORDER OF   Edward J. Nazar   | $6700

Six thousand seven hundred — DOLLARS

Teambank
95th & Nall
Prairie Village, Ks 66207

FOR  06 T & C Van            /s/ Peter M___    MP