REDMOND & NAZAR, L.L.P.
245 North Waco, Suite 402
Wichita, Kansas 67202-1117
316-262-8361

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF KANSAS

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| TEAM FINANCIAL, INC. | ) | Case No. 09-10925-11 |
| | ) | Chapter 11 |
| Debtor-in-Possession | ) | |
| IN RE: | ) | |
| | ) | |
| TEAM FINANCIAL ACQUISITION | ) | Case No. 09-10926-11 |
| SUBSIDIARY, INC. | ) | Chapter 11 |
| | ) | |
| Debtor-in-Possession | ) | |
| IN RE: | ) | |
| | ) | |
| POST BANCORP, INC. | ) | Case No. 09-10927-11 |
| | ) | Chapter 11 |
| Debtor-in-Possession | ) | |

## AMENDED APPLICATION APPROVING SALE OF MOTOR VEHICLE
## FOR TITLING PURPOSES
(To Include Mileage)

COMES NOW, the debtors, by and through their counsel of record, Redmond & Nazar, L.L.P., and applies to the Court for an order approving the sale of a certain motor vehicle.

IN SUPPORT THEREOF, the debtors set forth:

1. Pursuant to a Motion and Notice of Intended Sale of Personal Property, Sale #2, filed on or about May 11, 2009, the debtors gave notice of their sale by private treaty of certain personal property of the above-captioned debtor(s), specifically a 2006 Chrysler Town & Country Minivan - VIN 2A4GP44R26R697349.

2. Auto Broker, 6331 Raytown Road, Raytown, Missouri 64133, was the highest bidder for the 2006 Chrysler Town & Country Minivan - VIN 2A4GP44R26R697349 with the bid of

In the United States Bankruptcy Court for the District of Kansas
IN RE:   Team Financial, Inc., Team Financial Acquisition Subsidiary, Inc. and Post Bancorp, Inc.
            Bankruptcy Case No. 09-10925-11, 09-10926-11 and 09-10927-11
            Amended Application Approving Sale of Motor Vehicle for Titling Purposes
Page 2

$6,700.00. The total miles on the 2006 Chrysler Town & Country Minivan - VIN 2A4GP44R26R697349 as to the date of the sale was 69105.

3. Semloh Enterprises, Inc. has been appointed by the Court as automobile broker for the estate and sold to the said Auto Broker the above-named motor vehicle.

WHEREFORE the debtors move the Court for a summary Order approving sale of the motor vehicle to Auto Broker, 6331 Raytown Road, Raytown, Missouri 64133 for motor vehicle titling purposes, free and clear of liens and encumbrances of record.

RESPECTFULLY SUBMITTED:

REDMOND & NAZAR, L.L.P.

 /s/Edward J. Nazar
Edward J. Nazar, #09845
Attorney for Debtors
245 North Waco, Suite 402
Wichita, KS 67202-1117
316-262-8361 / 316-263-0610 fax
ebn1@redmondnazar.com

rk