# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF _____

| | | |
|---|---|---|
| IN RE: | } | CASE NUMBER:  09-10925-11 |
| | } | |
| | } | |
| | } | JUDGE |
| | } | |
| DEBTOR: Team Financial, Inc. | } | CHAPTER 11 |

---

### DEBTOR'S MONTHLY OPERATING REPORT (INDIVIDUAL)
### FOR THE PERIOD

**FROM**   10/1/2010   **TO**   10/31/2010

   Comes now the above-named debtor and files its Monthly Operating Report in accordance with the Guidelines established by the United States Trustee and FRBP 2015.

Dated:  11/29/10

_____
Attorney for Debtor

Debtor's Address
and Phone Number:
8 West Peoria Ste 200
Paola, KS  66071

Tel. _____

Attorney's Address
and Phone Number:
245 North Waco Suite 402
Wichita, KS 67202

Bar No. _____
Tel. 316-262-8361

Note:  The original Monthly Operating Report is to be filed with the court and a copy simultaneously provided to the United States Trustee. Monthly Operating Reports must be filed by the 20th day of the following month.

For assistance in preparing the Monthly Operating Report, refer to the following resources on the United States Trustee Program website, http://www.usdoj.gov/ust/r20/Region_20.htm.
1)    Instructions for Preparation Debtor's Chapter 11 Monthly Operating Report
2)    Initial Filing Requirements
3)    Frequently Asked Questions (FAQs)

## SUMMARY OF CASH RECEIPTS AND CASH DISBURSEMENTS

| Case Name: Team Financial Inc. |
|---|
| Case Number: 09-10925-11 |

Note: The information requested below is a summary of the information reported the various Schedules and Attachments contained within this report.

| | Month October | Cumulative Total |
|---|---|---|
| CASH- Beginning of Month (Household) | $ - | $ - |
| CASH- Beginning of Month (Business) | $2,346,524.49 | $ 698,544.74 |
| | | |
| Total Household Receipts | $ - | $ - |
| Total Business Receipts | $1,492.94 | $1,901,680.85 |
| Total Receipts | $ 1,492.94 | $ 1,901,680.85 |
| | | |
| Total Household Disbursements | $ - | $ - |
| Total Business Disbursements | $5,415.27 | $249,836.43 |
| Total Disbursements | $ 5,415.27 | $ 249,836.43 |
| | | |
| NET CASH FLOW (Total Receipts minus Total Disbursements) | $ (3,922.33) | $ 1,651,844.42 |
| | | |
| CASH- End of Month (Individual) | $ - | $ - |
| CASH- End of Month (Business) | $ 2,342,602.16 | $2,342,602.16 |

### CALCULATION OF DISBURSEMENTS FOR UNITED STATES TRUSTEE QUARTERLY FEES

| | | |
|---|---|---|
| TOTAL DISBURSEMENTS (From Above) | $ 5,415.27 | $ 249,836.43 |
| Less: Any Amounts Transferred or Paid from the Business Account to the Household Account (i.e., Salary Paid to Debtor or Owner's Draw) | | |
| | | |
| DISBURSEMENTS FOR U.S. TRUSTEE FEE CALCULATION | $ 5,415.27 | $ 249,836.43 |

I declare under penalty of perjury that this statement and the accompanying documents and reports are true and correct to the best of my knowledge and belief

This _____ day of _____ 20_____ .

_____
Debtor's Signature

# SCHEDULE OF BUSINESS
## CASH RECEIPTS AND CASH DISBURSEMENTS

| | Month October | Cumulative Total |
|---|---|---|
| **CASH** - Beginning of Month | $2,346,524.49 | $ 2,346,524.49 |
| | | |
| **BUSINESS CASH RECEIPTS** | | |
| Cash Sales- Colorado National Bank Trademark | | |
| Account Receivable Collection | | |
| Loans/Borrowing from Outside Sources (attach list to this report) | | |
| Rental Income | | |
| Sale of Business Assets (attach list to this report) | | |
| Other (specify) (attach list to this report) | $1,492.94 | $1,901,680.85 |
| | | |
| **Total Business Receipts** | $1,492.94 | $ 1,901,680.85 |
| | | |
| **BUSINESS CASH DISBURSEMENTS** | | |
| Net Payroll (Excluding Self) | | |
| Salary Paid to Debtor or Owner's Draw (e.g., transfer to Household Account) | | |
| Taxes - Payroll | | |
| Taxes - Sales | | |
| Taxes Other (attach schedule) | | |
| Contract Labor (Subcontractors) | | $ 735.64 |
| Inventory Purchases | | |
| Secured/Lease Payments (Business) | | |
| Utilities (Business) | | |
| Insurance | | |
| Vehicle Expenses | | $ 379.57 |
| Travel & Entertainment | | |
| Repairs and Maintenance | | |
| Supplies | | |
| Charitable Contributions/Gifts | | |
| Purchase of Fixed Assets | | |
| Professional Fees | $4,115.27 | $217,628.10 |
| Bank Charges | | $ 15.50 |
| Other (attach schedule) | | $24,577.49 |
| U.S. Trustee Fees | 1,300.00 | 6,500.00 |
| **Total Business Disbursements** | $5,415.27 | $249,836.40 |
| | | |
| **CASH - End of Month** (Must equal reconciled bank statement - Attachment No. 2) | $ 2,342,602.16 | $ 2,342,602.16 |

**Cash Receipts (Other)**

| Date | Amount | Notes |
|---|---|---|
| 10/31/2010 | $348.19 | FDIC Assessment Refund From Equity Bank |
| 10/31/2010 | 1,144.75 | |

$ 1,492.94 **Total of Other Cash Receipts for October, 2010**

**Cash Disbursements (Other)**

| Date | Amount |
|---|---|

$ - **Total of Other Disbursements for October, 2010**

| QUESTIONNAIRE | YES* | NO |
|---|---|---|
| 1. Have any assets been sold or transferred outside the normal course of business during this reporting period? | | X |
| 2. Have any funds been disbursed from any account other than a debtor in possession account? | | X |
| 3. Are any post-petition receivables (accounts, notes, or loans) due from any relatives, insiders, or related party? | | X |
| 4. Have any payments been made on pre-petition liabilities this reporting period? | | X |
| 5. Have any post-petition loans been received by the debtor from any party? | | X |
| 6. Are any post-petition payroll taxes past due? | | X |
| 7. Are any post-petition state or federal income taxes past due? | | X |
| 8. Are any post-petition state or local sales taxes past due? | | X |
| 9. Are any post-petition real estate taxes past due? | | X |
| 10. Are any amounts owed to post-petition creditors/vendors delinquent? | | X |
| 11. Are any wage payments past due? | | X |

*If the answer to any of the above questions is "YES," provide a detailed explanation of each item on a separate sheet.

| INSURANCE INFORMATION | YES | NO* |
|---|---|---|
| 1. Are real and personal property, vehicle/auto, general liability, fire, theft, worker's compensation, and other necessary insurance coverages in effect? | N/A | |
| 2. Are all premium payments current? | N/A | |

*If the answer to any of the above questions is "NO," provide a detailed explanation of each item on a separate sheet.

| CONFIRMATION OF INSURANCE | | | | | |
|---|---|---|---|---|---|
| TYPE of POLICY | and | CARRIER | Period of Coverage | Payment Amount and Frequency | Delinquency Amount |
| N/A | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

_____ Check here if United States Trustee has been listed a a Certificate Holder on all policies of insurance.

**DESCRIBE PERTINENT DEVELOPMENTS, EVENTS, AND MATTERS DURING THIS REPORTING PERIOD:**

Estimated Date of Filing the Plan of Reorganization and Disclosure Statement: _____

## BANK ACCOUNT RECONCILIATIONS

| Bank Account Information | Account #1 | Account #2 | Account #3 | Account #4 |
|---|---|---|---|---|
| Name of Bank: | Intrust Bank | R&N Trust | Great Southern Bank | Great Southern Bank |
| Account Number: | xxxx7471 | N/A | xxx-xxx-869-1 | xxx720-0 |
| Purpose of Account (Business/Personal) | DIP Account | Trust | Dividend Account | Section 125 |
| Type of Account (e.g. checking) | Checking | N/A | N/A | |
| | | | | |
| 1. **Balance per Bank Statement** | $490,765.41 | $100,124.60 | $1,238.23 | $8,355.10 |
| 2. **ADD**: Deposits not credited (attach list to this report) | $ - | $ - | $ - | $ - |
| 3. **SUBTRACT**: Outstanding Checks (attach list) | | $ - | $ - | $ - |
| 4. Other Reconciling Items (attach list to this report) | $ - | $ - | $ - | $ - |
| 5. **Month End Balance** (Must Agree with Books) | $ 490,765.41 | $ 100,124.60 | $ 1,238.23 | $ 8,355.10 |
| TOTAL OF ALL ACCOUNTS Page 1 | | | | $ 600,483.34 |

Note: Attach a copy of the bank statement and bank reconciliation for each account.

| Investment Account Information Bank / Account Name / Number | Date of Purchase | Type of Instrument | Purchase Price | Current Value |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

Note: Attach a copy of each investment account statement.

**October 2010**

**Statement of Account**
▬7471



3 Enclosures

Statement Date: October 31, 2010
For questions about your statement,
please call 316-383-1234 or 800-895-2265.
Page 1 of 3

TEAM FINANCIAL INC
DEBTOR IN POSSESSION CASE NO 09-10925
% BUSINESS CONSULTANTS INC ATTN: K CLARK
105 S BROADWAY SUITE 470
WICHITA KS 67202-4206

*www.intrustbank.com*



||ı|ılıı|ıl.ıl|||ıııılı|l.lıl.ıl.l|||ıııl||lı.ıllllıl.l.l.l

**Visa® Payroll Card** – Reduce your payroll costs and increase operating efficiency with the Visa Payroll Card. Payroll funds are loaded on individual employee cards each pay period through a single ACH deposit file. Employees can then make purchases anywhere Visa debit cards are accepted or withdraw their funds through an ATM or bank teller. INTRUST Bank provides all of the employee materials, education and customer service. For more information, call 800-327-3483.

## Summary of Your Account

**SMALL BUSINESS CHECKING**          Account #▬7471

| | | | |
|---|---|---|---|
| Beginning balance on September 30, 2010 | $506,310.51 | Low Balance | $492,065.41 |
| - Checks paid | $14,245.10 | Average Balance | $500,190.71 |
| Ending balance on October 31, 2010 | $492,065.41 | Avg Collected Balance | $500,190.00 |

Total of 3 Debits / Total of 0 Credits

76

## Activity for SMALL BUSINESS CHECKING - Account #▬7471

### Account Transactions by date with daily balance information

| Date | Description | Withdrawal | Deposit | Balance |
|---|---|---|---|---|
| 10/18 | CHECK 1050 | 6,187.50 | | 500,123.01 |
| 10/19 | CHECK 1051 | 6,397.70 | | 493,725.31 |
| 10/20 | CHECK 1052 | 1,659.90 | | 492,065.41 |

### Account Transactions by type with detailed description

| Checks Paid | | | | | | (*indicates out of sequence, R indicates returned check) | | |
|---|---|---|---|---|---|---|---|---|
| Check # | Date | Amount | Check # | Date | Amount | Check # | Date | Amount |
| 1050 | 10/18 | 6,187.50 | 1051 | 10/19 | 6,397.70 | 1052 | 10/20 | 1,659.90 |

**Images for SMALL BUSINESS CHECKING - Account #42047471**







Check # 1050, Posted 10/18, Amount $6,187.50          Check # 1051, Posted 10/19, Amount $6,397.70

9965 - 7 pages or less - Section 14

## This Form is Designed To Help You Balance Your Statement

**Member FDIC**

### Checks Outstanding
Not Charged To Account

| Number | $ | |
|--------|---|---|
| 11-16 | 1053 | 1,300 00 |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| **Total** | **$ 1,300 00** | |

Bank balance shown on this statement:  $ 492,065.41

### Add
Deposits not credited on this statement (if any)   $  — 0 —

### Total   $ 492,065.41

### Subtract
Checks outstanding   $ 1,300.00

### Balance   $ 490,765.41

Should agree with checkbook balance after deducting service charge (if any) shown on this statement.

**If your Account Does Not Balance,**
**Check the Following Carefully:**
- Have you correctly entered the amount of each check on your check book stubs?
- Are the amounts of your deposits entered on your checkbook stubs the same as those on your bank statement?
- Have all checks been deducted from your checkbook stubs?
- Have you deducted all bank charges from your check book stubs?
- Have you carried the correct balance forward from one checkbook stub to the next?
- Have you checked all additions and subtractions on your check book stubs?

**IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC TRANSFERS**

Telephone us at 316-383-1354 or 800-222-7458, or write us at P.O. Box 2124, Wichita, Kansas 67201, as soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer listed on the statement or receipt. We must hear from you no later than 60 days after we send the FIRST statement on which the problem or error appears.

1. Tell us your name and account number, if any.
2. Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information.
3. Tell us the dollar amount of the suspected error.

If you tell us orally, we may require that you send us your complaint or question in writing within 10 business days.

We will tell us the results of our investigation within 10 business days after we hear from you and will correct any error promptly. If we need more time, however, we may take up to 45 days to investigate your complaint or question. If we decide to do this, we will recredit your account within 10 business days for the amount you think is in error, so that you will have the use of the money during the time it takes us to complete our investigation. If we ask you to put your complaint or question in writing and we do not receive it within 10 business days, we may not recredit your account.

For errors involving new accounts (within 30 days after the first deposit), point-of-sale transactions made with an INTRUST ATM Card, INTRUST Visa® Check Card or INTRUST HSA Visa® Check Card, or foreign-initiated transactions, we may take up to 90 days to investigate your complaint or question. For new accounts, we may take up to 20 business days to credit your account for the amount you think is in error.

We will tell us the results within 3 business days after completing our investigation. If we decide that there was no error, we will send you a written explanation. You may ask for copies of the documents that we used in our investigation.

To determine the amount of the FINANCE CHARGE for this billing cycle you must multiply the Daily Principal Loan Balance for each day in the billing cycle by the Daily Periodic Rate in effect for that day. (The Daily Principal Loan Balance is only disclosed for those days where it changed due to an advance or a payment.) This result gives you the FINANCE CHARGE for each day in the billing cycle. The sum of each of these daily FINANCE CHARGES is the total FINANCE CHARGE for this current billing cycle. If you failed to pay all or a portion of your FINANCE CHARGES from a previous billing cycle, those FINANCE CHARGES will appear in the Previous Balance on this statement. The New Balance on this statement will be the Previous Balance on your next statement.

The Daily Principal Loan Balance is the beginning principal balance of your account each day, adding any new advances and subtracting any payments.

**BILLING RIGHTS SUMMARY**

In Case of Errors or Questions About Your Statement.

If you think your bill is wrong, or if you need more information about a transaction on your bill, write us on a separate sheet at the address shown on the other side of this statement as soon as possible. We must hear from you no later than 60 days after we sent you the first bill on which the error or problem appeared. You can telephone us, but doing so will not preserve your rights.

In your letter, give us the following information:
- Your name and account number
- The dollar amount of the suspected error.
- Describe the error and explain, if you can, why you believe there is an error. If you need more information, describe the item you are unsure about.

You do not have to pay any amount in question while we are investigating, but you are still obligated to pay the parts of your bill that are not in question. While we investigate your question, we cannot report you as delinquent or take any action to collect the amount you question.

For questions about your statement,
please call 316-383-1234 or 800-895-2265.

Statement Date: October 31, 2010
Account ████7471
Page 3 of 3

## Images for SMALL BUSINESS CHECKING - Account #42047471   (continued)



Check # 1052, Posted 10/20, Amount $1,659.90





**Great Southern Bank**

www.greatsouthernbank.com

Date 10/29/10
Primary Account
Enclosures

Page    1
691

```
TFI
DIVIDEND ACCOUNT
C/O BUSINESS CONSULTANTS INC
105 S BROADWAY SUITE 470
WICHITA KS 67202
```

..........................GREAT SOUTHERN ACCOUNT..........................

Account Title:       TFI
                     DIVIDEND ACCOUNT

| CORPORATE CHECKING | | Number of Enclosures | 0 |
|---|---|---|---|
| Account Number | 691 | Statement Dates  10/01/10 thru 10/31/10 | |
| Previous Balance | 1,238.23 | Days in the statement period | 31 |
| Deposits/Credits | .00 | Average Ledger | 1,238.23 |
| Checks/Debits | .00 | Average Collected | 1,238.23 |
| Service Charge | .00 | | |
| Interest Paid | .00 | | |
| Current Balance | 1,238.23 | | |

------------------------ DAILY BALANCE INFORMATION ------------------------

10/01          1,238.23

*Reconciled November 22, 2010*

TO    **GREAT SOUTHERN**
CUSTOMER SERVICE DEPARTMENT
218 SOUTH GLENSTONE
P.O. BOX 9009
SPRINGFIELD, MO 65808
(417) 887-4400  1-800-749-7113
www.greatsouthernbank.com

**MEMBER**
**FDIC**

MONTH _October_            20 _10_

| CHECKS OUTSTANDING – NOT CHARGED TO ACCOUNT | |
|---|---|
| NO. | $ |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
| TOTAL | $ — 0 — |

BALANCE SHOWN
ON THIS STATEMENT    $ _1,238.23_

ADD:
DEPOSITS NOT CREDITED
ON THIS STATEMENT
(IF ANY)    $ — 0 —

TOTAL    $ _1,238.23_

SUBTRACT    $ — 0 —
CHECKS OUTSTANDING

BALANCE    $ _1,238.23_
SHOULD AGREE WITH YOUR CHECK BOOK BALANCE AFTER
DEDUCTING SERVICE CHARGE (IF ANY) AND ADDING
INTEREST EARNED (IF ANY) SHOWN ON THIS STATEMENT

## PLEASE NOTIFY US OF ANY CHANGE OF ADDRESS.

**IN CASE OF ERRORS OR QUESTIONS ABOUT THIS STATEMENT, ELECTRONIC TRANSFERS, OR ANY OTHER TRANSACTION:**

Please call or write to the name and address or phone number of Great Southern listed above. If you think your statement or receipt is wrong or if you need more information about a transfer listed on the statement or receipt, we must hear from you no later than sixty (60) days after we have sent the FIRST statement on which the problem or error appeared.

Your written complaint must include:
1.    Your name and account number.
2.    A description of the error or the transfer you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information.
3.    The dollar amount of the suspected error.

We will investigate your complaint and will correct any error promptly. If we take more than ten (10) business days to do this, we will recredit your account for the amount you think is in error, so that you will have use of the money during the time it takes us to complete our investigation.

If Depositor does not notify Bank of an unauthorized signature or alteration within a reasonable time (not to exceed 14 days) after Bank sends or makes available to Depositor their statement and items: (a) Depositor cannot assert the unauthorized signature or alteration against Bank, even if Bank is unable to show a loss due to Depositor's failure and, (b) Depositor cannot assert any unauthorized signatures or alterations by the same wrongdoer on items paid by Bank after the reasonable time mentioned above elapses, but before Bank receives Depositor's notice. Bank loses this protection if Bank fails to exercise ordinary care in paying an item with an unauthorized signature or alteration, unless Depositor does not notify Bank of the problem within 60 days of when Bank sends or makes available to Depositor the statement and items. Depositor must also report any other account problem (i.e., erroneous statement entry, missing signature, unauthorized endorsement, etc.) within this 60-day period or Depositor loses their right to assert the problem against us.

## SERVICES FOR YOU

- Interest paying checking accounts
- Great Access check, ATM, and Savings Plus card
- Certificates of deposit

- Cash management accounts
- Money Market Accounts
- Investment plans
  for corporations

- Individual Retirement Plans
- Keogh & SEPP Retirement Plans
- Tax Deferred Annuities

- Consumer loans
- Real estate loans
- Home Improvement loans
- Commercial loans

- Convenient locations
- Evening and weekend hours
- Extensive ATM Network
- 24-hr Phone Bank
  (800-725-6622)
- Great Access Online (internet banking)
- Safe deposit boxes
  (check specific office for availability)
- Travelers Checks
- Notary Service

**• SUBSIDIARIES OFFERING TRAVEL, INSURANCE & INVESTMENT SERVICES**



**Great Southern Bank**

www.greatsouthernbank.com

Date 10/29/10
Primary Account
Enclosures

Page     1
200

TEAM FINANCIAL INC
EMPLOYEE 125 PLAN
ATTENTION PAYROLL DEPT
C/O BUSINESS CONSULTANTS INC
105 S BROADWAY SUITE 470
WITCHITA KS 67202

. . . . . . . . . . . . . . . . . . . . . . . . . . GREAT SOUTHERN ACCOUNT. . . . . . . . . . . . . . . . . . . . . . . . . . .

Account Title:            TEAM FINANCIAL INC
                          EMPLOYEE 125 PLAN
                          ATTENTION PAYROLL DEPT

CORPORATE CHECKING                          Number of Enclosures                  0
Account Number              200             Statement Dates   10/01/10 thru 10/31/10
Previous Balance         8,355.10           Days in the statement period        31
     Deposits/Credits         .00           Average Ledger                8,355.10
     Checks/Debits            .00           Average Collected             8,355.10
Service Charge                .00
Interest Paid                 .00
Current Balance          8,355.10

---------------------- DAILY BALANCE INFORMATION ---------------------------

10/01            8,355.10

*Reconciled November 22, 2010*

TO          **GREAT SOUTHERN**
            CUSTOMER SERVICE DEPARTMENT
            218 SOUTH GLENSTONE
            P.O. BOX 9009
            SPRINGFIELD, MO 65808
            (417) 887-4400  1-800-749-7113
            www.greatsouthernbank.com

**MEMBER**
**FDIC**

MONTH _October_          20 _10_

| CHECKS OUTSTANDING – NOT CHARGED TO ACCOUNT | |
|---|---|
| NO. | $ |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| TOTAL | $ ~ 0 ~ |

BALANCE SHOWN
ON THIS STATEMENT   $ _8,355.10_

ADD+                  $ _~ 0 ~_
DEPOSITS NOT CREDITED
ON THIS STATEMENT
(IF ANY)

TOTAL               $ _8,355.10_

SUBTRACT            $ _~ 0 ~_
CHECKS OUTSTANDING

BALANCE             $ _8,355.10_
SHOULD AGREE WITH YOUR CHECK BOOK BALANCE AFTER
DEDUCTING SERVICE CHARGE (IF ANY) AND ADDING
INTEREST EARNED (IF ANY) SHOWN ON THIS STATEMENT.

### PLEASE NOTIFY US OF ANY CHANGE OF ADDRESS.

**IN CASE OF ERRORS OR QUESTIONS ABOUT THIS STATEMENT, ELECTRONIC TRANSFERS, OR ANY OTHER TRANSACTION:**

Please call or write to the name and address or phone number of Great Southern listed above. If you think your statement or receipt is wrong or if you need more information about a transfer listed on the statement or receipt, we must hear from you no later than sixty (60) days after we have sent the FIRST statement on which the problem or error appeared.

   Your written complaint must include:
   1.   Your name and account number.
   2.   A description of the error or the transfer you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information.
   3.   The dollar amount of the suspected error.

We will investigate your complaint and will correct any error promptly. If we take more than ten (10) business days to do this, we will recredit your account for the amount you think is in error, so that you will have use of the money during the time it takes us to complete our investigation.

If Depositor does not notify Bank of an unauthorized signature or alteration within a reasonable time (not to exceed 14 days) after Bank sends or makes available to Depositor their statement and items: (a) Depositor cannot assert the unauthorized signature or alteration against Bank, even if Bank is unable to show a loss due to Depositor's failure and, (b) Depositor cannot assert any unauthorized signatures or alterations by the same wrongdoer on items paid by Bank after the reasonable time mentioned above elapses, but before Bank receives Depositor's notice. Bank loses this protection if Bank fails to exercise ordinary care in paying an item with an unauthorized signature or alteration, unless Depositor does not notify Bank of the problem within 60 days of when Bank sends or makes available to Depositor the statement and items. Depositor must also report any other account problem (i.e., erroneous statement entry, missing signature, unauthorized endorsement, etc.) within this 60-day period or Depositor loses their right to assert the problem against us.

### SERVICES FOR YOU

- Internet paying checking accounts
- Great Access: check, ATM, and Savings Plus card
- Certificates of deposit

- Cash management accounts
- Money Market Accounts
- Investment plans for corporations

- Individual Retirement Plans
- Keogh & SEPP Retirement Plans
- Tax Deferred Annuities

- Consumer loans
- Real estate loans
- Home improvement loans
- Commercial loans

- Convenient locations
- Evening and weekend hours
- Extensive ATM Network
- 24-hr Phone Bank (800-725-0622)
- Great Access Online (Internet banking)
- Safe deposit boxes (check specific office for availability)
- Travelers Checks
- Notary Service

**• SUBSIDIARIES OFFERING TRAVEL, INSURANCE & INVESTMENT SERVICES**

## BANK ACCOUNT RECONCILIATIONS

| Bank Account Information | Account #1 | Account #2 | Account #3 | Account #4 |
|---|---|---|---|---|
| Name of Bank: | Equity Bank | | | |
| Account Number: | xxxx3051 | | | |
| Purpose of Account (Business/Personal) | | | | |
| Type of Account (e.g. checking) | | | | |
| | | | | |
| 1. **Balance per Bank Statement** | $1,742,118.82 | | | |
| 2. **ADD:** Deposits not credited (attach list to this report) | $          - | | | |
| 3. **SUBTRACT:** Outstanding Checks (attach list) | | | | |
| 4. Other Reconciling Items (attach list to this report) | $          - | | | |
| 5. **Month End Balance** (Must Agree with Books) | $  1,742,118.82 | | | |
| TOTAL OF ALL ACCOUNTS Page 1 & 2 | | | | $    2,342,602.16 |

Note: Attach a copy of the bank statement and bank reconciliation for each account.

| Investment Account Information<br><br>Bank / Account Name  / Number | Date of Purchase | Type of Instrument | Purchase Price | Current Value |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

Note: Attach a copy of each investment account statement.



**EQUITY BANK** Member FDIC
7701 E. Kellogg, Ste 100 • Wichita, KS 67207

3051

1

TEAM FINANCIAL INC
FDIC-R
105 S BROADWAY STE 470
WICHITA KS 67202

Oct 31, 2010

Pg   1 of   1

Eq Platinum MM
10/01/2010 Beginning Balance                                    -1,740,625.88
          2 Deposits/Other Credits                      +        1,492.94
          0 Checks/Other Debits                         -             .00
10/31/2010 Ending Balance        31 Days in Statement Period     1,742,118.82
-------------------------------------------------------------------------------

------------------------- Deposits/Other Credits ----------------------------
10/22/2010 Service Charge Rev                                      348.19
10/31/2010 Accr Earning Pymt    Added to Account                 1,144.75

| | Total For This Period | Total Year-to-Date |
|---|---|---|
| Total Overdraft Fees | .00 | .00 |
| Total Return Item Fees | .00 | .00 |

----------------------- Daily Ending Balance ---------------------------
10/01    1,740,625.88    10/22    1,740,974.07    10/31    1,742,118.82

----------------------- Earnings Summary --------------------------
          ** Below is an itemization of the Earnings **
          **    for this statement period          **
Interest Paid This Period     1,144.75 Annual Percentage Yield Earned  8.30 %
Interest Paid YTD            13,250.84 Days in Earnings Period            31
                                      Earnings Balance            168,481.36

*Reconciled November 22, 2010*

## THIS FORM IS PROVIDED TO HELP YOU BALANCE AND RECONCILE YOUR ACCOUNT

| OUTSTANDING CHECKS | |
|---|---|
| NUMBER | AMOUNT |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| TOTAL | −0− |

ENTER ON LINE 6

1. Be sure that any charges or automatic deductions shown on this statement have been subtracted from your checkbook balance and that all deposits, loan advances, and credits shown on this statement have been added to your checkbook balance.

2. An Asterisk (*) indicates a gap in the numerical listing of check number. This means that one or more checks not listed have not been paid during this statement period, but may have been paid on a previous statement(s). Enter in the column provided to the left, the check number and amount of any issued by you and not yet paid. Total up the list of outstanding checks.

| 3. | Enter final balance shown on this statement. | | 1,742,118 82 |
|---|---|---|---|
| 4. | Add the total of deposits not credited on this statement. | + | |
| 5. | Total of lines 3 and 4. | | 1,742,118 82 |
| 6. | Subtract outstanding check total. | − | −0− |
| 7. | Balance should agree with your checkbook balance. | | 1,742,118 82 |

## IF YOUR ACCOUNT DOES NOT BALANCE - CHECK THE FOLLOWING CAREFULLY

- Does the amount of each check agree with the amount shown on the statement and the amount in your checkbook?
- Have you checked all addition and subtraction in your checkbook?
- Have you carried the correct balance forward in your checkbook?
- Have all checks been entered and deducted from your checkbook balances?
- Do all the deposits and cash advances entered in your checkbook agree with your statement?
- Have you entered all service charges and automatic payments in your checkbook?
- Have you accurately entered and totaled all outstanding checks as described above in step 2?

## IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC TRANSFERS

If you think your statement or receipt is wrong, or if you need more information about a transfer listed on the statement or receipt, please telephone us at (888) 733-5041 or write us at PO Box 730, Andover, KS 67002 as soon as you can. We must hear from you no later than 60 days after we sent the FIRST statement on which the problem or error appeared.

(1) Tell us your name and account number.

(2) Describe the error or the transfer you are unsure about and explain as clearly as you can why you believe it is an error or why you need more information.

(3) Tell us the dollar amount of the suspected error.

We will investigate your complaint and will correct any error promptly. If we take more that 10 business days (5 business days if the suspected error involves an unauthorized transfer made by use of your Mastercard Debit Card and 20 business days if the suspected error occurred within 30 days after the first deposit to the account) to do this, we will credit your account for the amount you think is in error so that you will have the use of the money during the time it takes us to complete our investigation.

## PLEASE EXAMINE STATEMENT AT ONCE AND ADVISE PROMPTLY OF ANY EXCEPTIONS

## CASH DISBURSEMENTS DETAILS - BUSINESS

| Name of Bank | Equity Bank |
|---|---|
| Account Number | XXXXX3051 |
| Purpose of Account (Business) | |
| Type of Account (e.g., Checking) | |

| Check Number | Date of Check | Payee | Purpose or Description | Amount |
|---|---|---|---|---|
| | | (See attached spreadsheet) | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | TOTAL | $ - |

If any checks written this period have not been delivered to the payee, provide details, including the payee, amount, explanation for holding check and anticipated delivery date of check.

## CASH DISBURSEMENTS DETAILS - BUSINESS

| Name of Bank | Intrust Bank (DIP account) |
|---|---|
| Account Number | XXXXXX7471 |
| Purpose of Account (Business) | OPERATING |
| Type of Account (e.g., Checking) | Checking |

| Check Number | Date of Check | Payee | Purpose or Description | Amount |
|---|---|---|---|---|
| | | (See Attached Register) | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | TOTAL | $    - |

If any checks written this period have not been delivered to the payee, provide details, including the payee, amount, explanation for holding check and anticipated delivery date of check.

**Team Financial Inc.**
**Case No. 09-10925-11**
**Intrust Bank XXXX7471**

| Date | Check # | Description | Category | Cleared | Checks | Deposits | Balance |
|---|---|---|---|---|---|---|---|
| | | Beginning Balance as of 5.18.09 | | | | | 0.00 |
| 05/20/09 | Draft | Wire Transfer In | Bank Charges | x | | 517,237.56 | 517,237.56 |
| 05/20/09 | Draft | Service Charge for Wire Transfer In | Vehicle Expenses | x | 15.50 | | 517,222.06 |
| 05/27/09 | Draft | Withdrawal for Deluxe Checks | Supplies | x | 182.75 | | 517,039.31 |
| 06/25/09 | DEP | Deposit | Vehicle Sales | x | | 58,818.45 | 575,857.76 |
| 06/30/09 | 1001 | Joe Morsman (Qualified Administration) | Retainer - Services | x | 7,000.00 | | 568,857.76 |
| 06/30/09 | 1002 | Sandy Hartly | Legal Fees | x | 2,786.00 | | 566,071.76 |
| 06/30/09 | 1003 | Stock Share Computer Service | Mo. Service for Stock Register for Shareholders | x | 740.65 | | 565,331.11 |
| 07/10/09 | 1004 | Commission of Sale of 2 Bank Vehicles | Other | x | 935.60 | | 564,395.51 |
| 07/10/09 | 1005 | Legal - Margo Soulet | Professional Fees | x | 144.00 | | 564,251.51 |
| 07/15/09 | 1006 | ESOP Consulting - Shelly Newport | Professional Fees | x | 967.80 | | 563,283.71 |
| 07/15/09 | 1007 | Bruce Vance CPA | Professional Fees | x | 1,073.82 | | 562,209.89 |
| 07/28/09 | DEP | Deposit | Other Deposit | x | | 185.36 | 562,395.25 |
| 07/28/09 | 1008 | Stock Transfer Expense | Other | x | 1,734.93 | | 560,660.32 |
| 07/30/09 | 1009 | US Trustee Fees | US Trustee Fees | x | 325.00 | | 560,335.32 |
| 07/29/09 | 1010 | ESOP Consulting - Shelly Newport | Professional Fees | x | 521.99 | | 559,813.33 |
| 07/30/09 | 1011 | Legal - Sandra Hartley | Professional Fees | x | 1,386.24 | | 558,427.09 |
| 07/30/09 | 1012 | ESOP Consulting - Jim Rawings | Professional Fees | x | 887.34 | | 557,539.75 |
| 07/30/09 | 1013 | US Trustee Fees | US Trustee Fees | x | 325.00 | | 557,214.75 |
| 08/13/09 | 1014 | Legal-Margo Soulet | Professional Fees | x | 720.00 | | 556,494.75 |
| 09/10/09 | 1015 | Business Consultants, Inc. | Professional Fees-Liquidation | x | 19,187.58 | | **537,307.17** |
| 09/02/09 | 1016 | Jolene Wheeler | Employee Insurance Refund | x | 810.00 | | 536,497.17 |
| 09/08/09 | DEP | Deposit | From 401 (k) Liquidation | x | | 3,919.31 | 540,416.48 |
| 10/09/09 | 1017 | Jones & Keller | Professional Fees- Legal | x | 2,258.00 | | 538,158.48 |
| 10/09/09 | 1018 | Sandy Hartly | Professional Fees- Legal | x | 4,203.90 | | 533,954.58 |
| 10/09/09 | 1019 | Sonnenschein Nath & Rosenthal | Professional Fees, Margo Soule- Legal | x | 1,368.00 | | 532,586.58 |
| 10/09/09 | 1020 | Shelly Newport | Human Resource Contract Labor | x | 425.11 | | 532,161.47 |
| 12/07/09 | 1021 | ComputerShare | Stock Transfer Fees | x | 491.58 | | 531,669.89 |
| 09/21/09 | 1022 | U. S. Trustee | Trustee Fees | x | 1,300.00 | | 530,369.89 |
| 10/23/09 | DEP | Deposit | Great Southern Bank- Office Equip. Purchase | | | 23,465.00 | 553,834.89 |
| 12/05/09 | 1023 | Jim Rawlings | Human Resource Contract Labor | x | 310.53 | | 553,524.36 |
| 11/12/09 | 1024 | Business Consultants, Inc. | Professional Fees- Liquidation | x | 12,144.86 | | 541,379.50 |
| 11/12/09 | 1025 | ComputerShare | Stock Transfer Fees | x | 981.18 | | 540,398.32 |
| 11/12/09 | 1026 | Sandra Hartley | Professional Fees- Legal | x | 1,540.00 | | 538,858.32 |
| 11/12/09 | 1027 | Jones & Keller | Professional Fees- Legal, Reid Godbolt | x | 1,602.20 | | 537,256.12 |
| 12/07/09 | 1028 | Sonnenschein Nath & Rosenthal | Professional Fees- Legal, Margo Soule | x | 1,152.00 | | 536,104.12 |
| 12/07/09 | 1029 | Jones & Keller | Professional Fees- Legal, Reid Godbolt | x | 186.60 | | 535,917.52 |
| 12/15/09 | 1030 | ComputerShare | Stock Transfer/Maintenance Fees | x | 1,232.54 | | **534,684.98** |
| 02/18/10 | 1031 | U. S. Trustee | Trustee Fees | x | 1,300.00 | | 533,384.98 |
| 02/18/10 | DEP | Deposit | Refunds- Westport & Broadridge | x | | 52,062.42 | 585,447.40 |

Case 09-10925-11    Doc# 324    Page 19 of 24

Team Financial Inc.
Case No. 09-10925-11
Intrust Bank XXXX7471

Cleared

| Date | Check # | Description | Category | Cleared | Checks | Deposits | Balance |
|---|---|---|---|---|---|---|---|
| 02/18/10 | 1032 | Shelly Newport | Pofessional Fees- ESOP Consulting | | 259.63 | | 585,187.77 |
| 02/18/10 | 1033 | Business Consultants, Inc. | Professional Fees- Liquidation | x | 9,097.49 | | 576,090.28 |
| 02/19/10 | 1034 | ComputerShare | Stock Maintenance Fees | x | 1,235.41 | | 574,854.87 |
| 02/19/10 | 1035 | Peterson Peterson & Goss | Professional Fees- Accounting & Tax | x | 25,633.00 | | 549,221.87 |
| 03/09/10 | 1036 | Business Consultants, Inc. | Professional Fees Liquidation Jan & Feb, 2010 | x | 13,520.04 | | 535,701.83 |
| 03/05/10 | 1037 | Business Consultants, Inc. | Professional Fees Liquidation 20% 5/09to 2/10 | x | 13,297.60 | | 522,404.23 |
| 03/05/10 | 1038 | ComputerShare | Stock Maintenance Fees | x | 980.29 | | 521,423.94 |
| 03/06/10 | 1039 | Kansas Secretary of State | 2009 Corporate Annual Report Filing Fees | x | 55.00 | | 521,368.94 |
| 03/06/10 | DEP | Humana | Claims Settlement | | | 20.25 | 521,389.19 |
| 03/14/10 | 1040 | U.S. Trustee | Trustee Fees | x | 1,300.00 | | 520,089.19 |
| 03/14/10 | DEP | State of Colorado | Unemployment Tax Refund | | | 1,349.47 | 521,438.66 |
| 07/01/10 | 1041 | Underground Vaults & Storage | Document Storage Fees- 7 years | x | 4,694.14 | | 516,744.52 |
| 07/01/10 | 1042 | Sandra Hartley | Professional Fees- Legal | x | 2,465.75 | | 514,278.77 |
| 07/01/10 | 1043 | Sonnenschein Nath & Rosenthal | Professional Fees- Legal, Margo Soule | x | 2,178.00 | | 512,100.77 |
| 07/01/10 | 1044 | Jones & Keller | Professional Fees- Legal, Reid Godbolt | x | 1,011.70 | | 511,089.07 |
| 07/01/10 | 1045 | ComputerShare | Stock Transfer & Maintenance Fees | x | 1,232.72 | | 509,856.35 |
| 07/29/10 | 1046 | U. S. Trustee | Trustee Fees | x | 1,300.00 | | 508,556.35 |
| 07/29/10 | 1047 | Peterson Peterson & Goss | Professional Fees Accounting & Tax | x | 4,076.00 | | 504,480.35 |
| 07/29/10 | 1048 | ComputerShare | Stock Maintenance Fees | x | 489.58 | | 503,990.77 |
| 09/14/10 | DEP | Community Bank Partners | Sale of Colorado National Bank Trademark | | | 3,158.26 | 507,149.03 |
| 09/21/10 | DEP | First Option Bank | Nationwide Settlement on 401(k) | | | 144.35 | 507,293.38 |
| 09/21/10 | 1049 | ComputerShare | Stock Maintenance Fees | x | 982.87 | | 506,310.51 |
| 10/12/10 | 1050 | Graybill & Hazlewood | Legal Fees- Insurance Issue | x | 6,187.50 | | 500,123.01 |
| 10/19/10 | 1051 | DOCS | Document Scanning Fees- FDIC/Stinson Matter | x | 6,397.70 | | 493,725.31 |
| 10/19/10 | 1052 | Underground Vaults & Storage | Retrieval/Replacement Charges | x | 1,659.90 | | 492,065.41 |
| 11/16/10 | 1053 | U. S. Trustee | Trustee Fees | | 1,300.00 | | 490,765.41 |
| | | | | | | | |
| | | | | | | | |

October, 2010 Totals

Grand Total of all Checks $169,595.02

Grand Total of all Deposits

$4,115.27 Drawn on R&N Trust Account

$1,300.00

$660,360.43

## CASH DISBURSEMENTS DETAILS - BUSINESS

| Name of Bank | Redmond & Nazar Trust Account |
|---|---|
| Account Number | N/A |
| Purpose of Account (Business) | N/A |
| Type of Account (e.g., Checking) | Trust Account |

| Check Number | Date of Check | Payee | Purpose or Description | Amount |
|---|---|---|---|---|
| | | (See attached Trust Register) | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | TOTAL | $ - |

If any checks written this period have not been delivered to the payee, provide details, including the payee, amount, explanation for holding check and anticipated delivery date of check.

Team Financial Inc.
Case No. 09-10925-11
R&N Trust Account

Category

| Date | Check # | Description | | Checks | Deposits | Balance |
|------|---------|-------------|---|--------|----------|---------|
| | | Beginning Balance 4.5.09 Trust Account | Other | | | 182,745.25 |
| 4/30/2009 | 21560 | Redmond & Nazar, LLP Fees | Legal Fees | 11,101.88 | | 171,643.37 |
| 7/1/2009 | 21609 | Redmond & Nazar, LLP Fees | Legal Fees | 4,532.98 | | 167,110.39 |
| 8/1/2009 | 21620 | Redmond & Nazar, LLP Fees | Legal Fees | 13,528.23 | | 153,582.16 |
| 9/9/2009 | 21668 | US Trustee | 2nd Qtr Fees TEAM | 325.00 | | 153,257.16 |
| 9/9/2009 | 21669 | US Trustee | 2nd Qtr Fees TAC | 325.00 | | 152,932.16 |
| 10/1/2009 | 21691 | Redmond & Nazar, LLP Fees | Legal Fees | 3,774.67 | | 149,157.49 |
| 12/3/2009 | 21783 | Redmond & Nazar, LLP Fees | Legal Fees - October | 1,258.96 | | 147,898.53 |
| 12/3/2009 | 21782 | Redmond & Nazar, LLP Fees | Legal Fees - November | 3,024.58 | | 144,873.95 |
| 12/3/2009 | 21769 | Redmond & Nazar, LLP Fees | Legal Fees 100% thru 8.31.09 | 10,783.64 | | 134,090.31 |
| 1/1/2010 | 21796 | Redmond & Nazar, LLP Fees | Legal Fees & Exp. Thru 12.31.09 | 8,940.36 | | 125,149.95 |
| 2/1/2010 | 21763 | Redmond & Nazar, LLP Fees | Fees | 764.58 | | 124,385.37 |
| 2/1/2010 | 21811 | Redmond & Nazar, LLP Fees | Fees 80% for Jan-2010 | 1,276.00 | | 123,109.37 |
| 3/1/2010 | 21841 | Redmond & Nazar, LLP Fees | 80% Fees thru 2/28/2010 | 979.20 | | 122,130.17 |
| 4/1/2010 | 21845 | Redmond & Nazar, LLP Fees | 80% Fees thru 3/31/2010 | 2,493.57 | | 119,636.60 |
| 4/30/2010 | 21884 | Redmond & Nazar, LLP Fees | 80% Fees thru 4/30/2010 | 1,537.94 | | 118,098.66 |
| 5/31/2010 | 21886 | Redmond & Nazar, LLP Fees | 80% Fees thru 5/31/2010 | 2,432.03 | | 115,666.63 |
| 7/1/2010 | 21912 | Redmond & Nazar, LLP Fees | 80% Fees thru 6/30/2010 | 1,844.09 | | 113,822.54 |
| 8/1/2010 | 21916 | Redmond & Nazar, LLP Fees | 80% Fees & 100% Exp thru 7/31/2010 | 2,449.86 | | 111,372.68 |
| 8/26/2010 | 21947 | Redmond & Nazar, LLP Fees | Remaining 20% Fees thru 5.31.10 Per Court Order dated 8.19.10 | 4,220.36 | | 107,152.32 |
| 8/31/2010 | 21959 | Redmond & Nazar, LLP Fees | 80% Fees & 100% Exp thru 8/30/2010 | 2,912.45 | | 104,239.87 |
| 10/1/2010 | 21964 | Redmond & Nazar, LLP Fees | 80% Fees & $2,764.60 100% Exp $264.17 September 2010 | 3,028.77 | | 101,211.10 |
| 10/31/2010 | 22009 | Redmond & Nazar, LLP Fees | 80% Fees & $1,068.40 100% Exp $18.10 October 2010 | 1,086.50 | | 100,124.60 |
| | | October Totals | | $4,115.27 | $0.00 | |

| ACCOUNTS RECEIVABLE RECONCILIATION (Pre- & Post- Petition) | Scheduled Amount | Current Month |
|---|---|---|
| Accounts Receivable Beginning Balance | N/A | |
| Plus:  Billings During the Month | N/A | |
| Less: Collections During the Month | N/A | |
| Adjustments or WriteOffs* | N/A | |
| Accounts Receivable Ending Balance** | N/A | |

| ACCOUNTS RECEIVABLE AGING (Pre- & Post- Petition) | Scheduled Amount | Current Month |
|---|---|---|
| 0 - 30 Days | N/A | |
| 31 - 60 Days | N/A | |
| 61 - 90 Days | N/A | |
| Over 90 Days | N/A | |
| | | |
| Total Accounts Receivable** | | |

\* Attach explanation of  any adjustment or writeoff.

\*\* The "current month" of these two lines must equal.

| POST-PETITION TAXES | Beginning Tax Liability* | Amount Withheld & or Accrued |
|---|---|---|
| **Federal Taxes** | | |
| Withholding** | N/A | |
| FICA - Employee | N/A | |
| FICA - Employer | N/A | |
| Unemployment | N/A | |
| Income | N/A | |
| Other (Attach List) | N/A | |
| **Total Federal Taxes** | | |
| | | |
| **State & Local Taxes** | | |
| Withholding | N/A | |
| Sales | N/A | |
| Unemployment | N/A | |
| Real Property | N/A | |
| Personal Property | N/A | |
| Other (Attach List) | N/A | |
| **Total State & Local Taxes** | | |
| **Total Post-Petition Taxes** | | |

\*  The beginning tax liability should represent the liability from the prior month, or if this is the first report, the amount should be zero

\*\* Attach copies of IRS Form 6123 or your FTD coupon and payment receipt to verify payment or deposit

### ACCOUNTS PAYABLE RECONCILIATION (Post-Petition Only)

|  | Month | Month | Month |
|---|---|---|---|
|  |  |  |  |
| **Accounts Payable Beginning Balance*** | N/A |  |  |
| Plus: New Indebtedness During the Month |  |  |  |
| Less: Amount Paid on Acct. Payables in Month |  |  |  |
| Adjustments or WriteOffs** |  |  |  |
| **Accounts Payable Ending Balance** |  |  |  |

\* The beginning A/P liability should represent the liability from the prior month, or if this is the first report, the amount should be zero
\*\*Attach explanation for any adjustment or write-off.

### ACCOUNTS PAYABLE LISTING
[List all bills or invoices incurred since the filing of the petition (Post-Petition Only) and have NOT been paid]***

| Vendor & Description of Bill/Invoice | Date Incurred | Days Outstanding | Amount |
|---|---|---|---|
| N/A |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |

\*\*\* List any additional payables on a separate sheet and attach to this schedule.

### POST-PETITION STATUS OF SECURED NOTES, LEASES, AND ADEQUATE PROTECTION PAYMENTS

| Name of Secured Creditor / Lessor | Scheduled Monthly Payment Due | Total Past Due From Prior Month(s) | Amount Paid During Month | Total Unpaid Postpetition | Total Number of Payments Past Due |
|---|---|---|---|---|---|
| N/A |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |